UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*, | Case No. 22-10964 (MG) |
| Debtors.² | (Joint Administration Pending) |

# ORDER ADMITTING
## JOSHUA M. MESTER TO PRACTICE, *PRO HAC VICE*

Upon the motion of Joshua M. Mester, to be admitted, *pro hac vice,* to represent CDP Investissements Inc. ("CDP"), in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California, it is hereby

**ORDERED**, that Joshua M. Mester is admitted to practice *pro hac vice*, in the above-referenced case to represent the CDP, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  July 18, 2022
        New York, New York

                                    /S/ Martin Glenn
                                    HONORABLE MARTIN GLENN
                                    UNITED STATES BANKRUPTCY JUDGE

---

² The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.