Hello Judge Martin Glenn, my name is Mario Foti and I was one of many common retail investors that invested my money with Celsius after their constant advertisements and promotions of *"Earn great & safe APY returns like the rich. You can access your money at any time, your crypto is always safe with us."* On and on the false promises went.



As a disabled Combat Veteran who served in the Afghanistan Campaign, it hasn't been easy for me to maintain employment and save money to build a future retirement for my family. So, I have been saving for years to amass the sum that I had in Celsius. To Celsius I am but a minnow in a sea of whales. My 36k loan to Celsius that took me nearly a decade to save for with dedication and hard work for feels completely insignificant. The fact that Celsius is asking to continue paying hundreds of millions of dollars (of OUR funds) to the executives that have clearly failed the company and its customers just shows how out of touch with reality they really are. This company is asking for more per month than the average citizen makes in a year!

Your honor we're not dealing with "market volatility" and "mismanagement of funds" we are dealing with fraud, deception and lies. There are hundreds of videos of Alex Machinsky telling investors (up to and including the day before withdrawals froze) that our money is safe, and everything was great behind the scenes.



Had we known the truth that they gambled all of our money away like they were at

Vegas, the majority of us would have left months ago. Your honor I ask that you please deny Celsius's request to continue paying their ridiculous salaries of "average" 30k a month. This is gross negligence and a complete disrespect to the people that have lost their livelihoods over this. I pray the justice system does its job and does not allow the rich to continue stealing from the poor.

Please help us common tax paying citizens who were just trying to get a fair shake at trying to save for the future while beating inflation rates. Please your honor rule in favor of the little guys and help restore so many lives. Thank you for taking the time to read this.