## Re: Consideration to return Depositor's Funds in Crypto and No 120 days exclusivity for Celsius

21st day of July, 2022

**To the Honorable Judge Glenn,**

I am a female client from Australia with crypto deposits on the Celsius Network. Similar to many other retail investors, I and my family are severely impacted both in financial terms and mental health by the bankruptcy and locked up funds.

I am expecting my third child in 2.5 months and need the money to pay for the doctor, hospital and expenses. Also, my aunt is seriously ill and needs my financial support for her major operation (please refer to screenshots provided below). However, all of my savings have been tied up in the Celsius network. I was planning to withdraw from Celsius to fund my birth and my aunt's operation in late June, but due to the withdrawal halt, I don't have access to any funds and my life has become so miserable now. I am worried that my stress due to Celsius's situation will affect the health of my unborn child. Also, my two other children are still in primary ages and my family also need to fund locked in Celsius for their education.

Celsius customer base extends beyond the United States and its impacts are far-reaching and impacting the lives of many non-US resident depositors like myself. I implore you to consider these facts and ensure that vulnerable retail investors are protected from gross mismanagement demonstrated by Mr Mashinsky and his management team.

I would humbly request that you cancel Celsius Network's request for 120 days exclusivity and allow all parties to submit the best resolution path. I believe this will serve the best interests to all retail depositors like myself.

Also, I really do hope that you will denominate cryptocurrency claims in-kind in each respective cryptocurrency that depositors are owed, rather than converting our claims into dollar amounts on a fixed date. This sort of settlement should be achievable by having Celsius arrange their balance sheet to have the correct coins pro rata.

Another reason why claims should not be paid out in dollars is that it would cause complications over the actual valuation of claims, versus the "sticker price" of claims, or manipulations from the Celsius management team in selling our crypto for a lower dollar settlement amount. We, retail depositors, are owed in crypto and want our crypto coins back.

It seems Celsius and Mr Mashinsky are requesting to receive their salaries and other perks from the bankruptcy estate, and also requesting the company Celsius to fund their credit

card expenses. Considering their lies, fraudulent statements and deceptive posts that Celsius under Mr Mashinsky have made earlier, it is imperative that the estate does not agree to any of the requests of Celsius and its employees, and stop paying them any amounts sought by them.

Many thanks for your consideration. Your wise judgement on the Celsius's case to return crypto back to depositors would mean a lot to us.

**Yours sincerely,**

Thi Khoi Anh Phan (Ann Phan)

*Celsius Retail Depositor*

**Correspondences of my email sent to support on 15 Jun 2022:**

To: support@celsius.network
Cc: ceo@celsius.network

Dear Alex and Celcius support,

I am writing this email to ask for your special consideration to allow me to make a small withdrawal on my BTC held in Celcius.

I understand that Celsius made the decision to pause withdrawals in a volatile market

condition, but I do hope that you review my case and give me special permission.

I am 5.5 months pregnant with my third child. I am expecting to give birth in early October and I do need the fund to pay for the hospital, doctor and baby items such as cot, clothes, nappies etc. I also need the fund to pay for school fees for my two other schools aged children.

I have attached a recent scan of my baby and a letter from my obstetrician confirming my pregnancy and planning for admission into the hospital.

Scan of my baby that I am carrying:

