McCARTER & ENGLISH, LLP
David J. Adler
Worldwide Plaza
825 Eighth Avenue
31st Floor
New York, New York 10019
Telephone:  (212) 609-6847
Facsimile:  (212) 645-1025
dadler@mccarter.com

*Counsel for Christopher J. Little*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, et al.[1] | Case No. 22-10964 (MG) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

        **PLEASE TAKE NOTICE** that McCarter & English, LLP hereby appears in the

above-referenced chapter 11 cases on behalf of claimant Christopher J. Little and, pursuant to

Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), hereby requests that copies of all notices and pleadings given or required to be given in

this case, and all papers served or required to be served in this case, be delivered and served upon

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius
Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC
(3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of
business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey
07030.

-1-

the undersigned attorneys at the following address, telephone and facsimile numbers and email

addresses, and further requests to be added to the master service list established in this case:

> David J. Adler
> McCARTER & ENGLISH, LLP
> Worldwide Plaza
> 825 Eighth Avenue
> 31st Floor
> New York, New York 10019
> Telephone:  (212) 609-6847
> Facsimile:  (212) 645-1025
> Email:        dadler@mccarter.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not

only notices and papers referred to in the Bankruptcy Rules specified above, but also includes,

without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions,

petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports,

schedules of assets and liabilities whether formal or informal, whether written or oral, and

whether transmitted or conveyed by the United States, overnight or electronic mail, facsimile,

courier, telephone, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any

subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or

construed, to be a waiver or release of Mr. Little's rights including, without limitation, (i) against

the Debtors or any other person or entity, (ii) to a jury trial in any proceeding so triable herein or,

in any case, any controversy or proceeding related hereto, (iii) to have any unliquidated portions

of his claims determined by an applicable court other than the Bankruptcy Court, (iv) to have the

reference withdrawn by the United States District Court for the Southern District of New York in

any matter subject to mandatory or discretionary withdrawal, (v) to setoff or recoupment, (vi) to

consent to the jurisdiction of the United States Bankruptcy Court, or (vii) any other rights,

claims, actions, or defenses to which Mr. Little may be entitled under agreements, in law, or in

-2-

ME1 41612444v.1

equity, all of which rights, claims, actions and defenses are expressly reserved.

Dated:  July 21, 2022
            New York, New York                    **McCARTER & ENGLISH, LLP**

                                                                /s/  *David J. Adler*
                                                                David J. Adler
                                                                Worldwide Plaza
                                                                825 Eighth Avenue
                                                                31st Floor
                                                                New York, New York 10019
                                                                Telephone:  (212) 609-6847
                                                                Facsimile:  (212) 645-1025
                                                                dadler@mccarter.com

                                                                *Counsel for Christopher J. Little*

-3-