7 Foulks Ter
Lincroft, NJ 07738
July 21, 2022


The Honorable Martin Glenn
One Bowling Green
Court Room 523
New York, NY 10004-1408


RE:     Celsius Case 22-10964
        Robert Cominos Account 14269784e7


Dear The Honorable Martin Glenn:

I am writing to you today in reference to the Celsius matter before your court. I have been a customer for about 1 year now and have transferred about $250k into Celsius. I was convinced by Alex Mashinksys AMA's on de-banking and moving our money into Celsius. After listening to many of his AMA's and here is a list of them for your review:

What's up with Celsius? Live interview w Alex Mashinsky

Celsius AMA 10th December 2021





Celsius CEO on best practices for retail investing in cryptocurrencies



My money is now locked up as many other customers' funds are. The real issue is Alex Mashinsky knowing that his company was insolvent as he requested many people to deposit funds so he could payout redemption.   Who lends out hundreds of millions of dollars with no collateral? I look at this case as premeditated fraud. So many people are heart and financially ruined.

As a creditor I request that all funds be seized and removed from Mr. Mashinsky control. Mr. Mashinsky needs to stop spending the creditors' money and put #CreditorsFirst.  Mr Mashinsky's request for 120 days should be denied and immediately turned over control of all funds to the Trustee.

My family has been impacted by Celsius and this will take some time to rebuild this lost fund.

Sincerely,

Robert J. Cominos