July 22, 2022

Dear Honorable Martin Glenn,

  I've been a Celsius client since 2019 I become part of the Celsius community after a friend suggest me to use it and I register and download the app, at the beginning I though it was just a savings account where you could earn some passive income through interest in your crypto.

I never thought my Bitcoin will be at risk because Alex Mashinsky and the company always were promoting the security and the safety of having your crypto in Celsius, I really feel totally miss lead from him, and I blindly trusted them my money.

Even worst I convinced my wife to take her money from her bank and converted into usdc to deposit into Celsius, now she has 12.000 Euros in Celsius account.

Since I started to buy Bitcoin in 2018, I saved every euro from my salary to invest in a future where I could feel safe and protect my family, now I feel that lost all after they canceled withdrawals and I want to die, my life has become a complete mess, a lot of depression and I have one month not sleeping and feeling miserable due Celsius.

I would like and pray that you can help me in some ways, please don't allow Celsius to implement his recovery plan under Alex Mashinsky guidance because he's a bad person and as me many people don't trust on him anymore, please allow Simon Dixon Plan for the recovery he's our only hope to get out of this sad and terrible situation.

Also, I ask you please to not allow the Celsius management to be paid from our money, they certainly miss behaved with our money in many ways, would be much better they step out from the company. Please allow Simon Dixon to take over and manage the company under a new brand, Celsius and Alex are not in the condition to do so, they must pay their crimes.

I have right now 1,80 BTC in Celsius and that's the money I'm planning to give to my daughter when I pass away, please help us many people is suffering due Alex.

Sincerely and with gratitude for your efforts,

Pablo Sturm Hernandez.