July 21, 2022

Dear Justice Glenn,

My name is Abel Garza, I am a retired Fire Fighter Engineer and Air Force Veteran and I was one of the many impacted by Celsius Network on July 13th when they stated they would no longer be allowing customers to withdraw their money from their accounts.

Celsius Network has continuously mislead their community and continue to so.  This has had a severe impact on my mental health and overall physical health due to the stress that it has caused me, my wife and my 2 kids.

They continued to mislead their community by using false advertising, such as a safe alternative to the traditional bank.

I trusted them and used their loan services and paid them back on 3 different occasions.

I respectfully request you offer retail users the opportunity to withdraw our hard earned savings (USDC stable coin and other cryptocurrencies) so that it does not have a detrimental impact on my life and the lives of my wife and children.

Sincerely,

Abel P. Garza