**RE:** Case 22-10964 (MG)

Dear Honorable Martin Glenn,

I write to you to let you know the devastating impact that Celsius is having on my life. My husband and I put in a combined amount of $138,000 USD into Celsius trusting their intent and care for customers. The thought of losing that amount of money is horrifying. That was our life savings. It was our chance of having a baby, and funding medical expenses. It was our chance of taking care of our parents as they age. Since the halt of withdrawals, I have not been able to sleep or eat properly. I have been emotionally distressed which is impacting my marriage and my life. I feel like I just cannot get up each day and keep going. My mother, who passed away of cancer when I was 19, left me with some money that I put into Celsius. If I do not get that back, I will end my life as the loss will impact my family and I significantly. We did so much research and thought Alex (CEO) was trustworthy, having a family of his own. I am just devastated, and I beg you to please find a way to ensure Celsius pays back their customers. I absolutely beg you with my life. Please Honourable Martin Glenn. I am beyond upset. This money is everything to us.

I thank you so much for your service, sir.

Katie Davis (and Christopher Davis)

Email: katiedavis161@gmail.com

Phone: +61 0434912604

Location: Australia



**Image on left:** screenshot on 25.07.2022

**Initial Investments:**

Katie Davis: deposited $96,000 USD

Christopher Davis (my husband): deposited $44,000 USD