<u>**United States Bankruptcy Court**</u>
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Phone: 212.668.2870

**Honorable Chief Judge Martin Glenn,**

Thank you for your time to read my letters that I wrote in Dunakeszi/Hungary in 23 July 2022. I want to bring to your kind attention the company Celsius Network LLC <https://celsius.network/>.

**My name is Tibor Dencs and I am a Celsius customer from 7. April 2022.**

As of July 13, Celsius Network claims they are no longer liquidating retail loans or demanding margin calls, but accepting loan repayments and continuing to hold coins posted as collateral. **It is now abundantly clear that they have been hiding an asset liability mismatch for months**. Inside this company the owner, and the managers who make decisions lied to the world. These people have been misleading costumers for a long time and have profited by defrauding retail investors like me.

The Celsius advertised themselves as a SAFE alternative CRYPTO BANK and the most important (reason I put my trust) **This is a high-interest loan payments and no risk investments.** Right now, I believe fraud was committed.

Losing all of my Crypto saving, that I've worked hard for over 5 years will have irreparable consequences. I am ashamed, humiliated and of course I am angry, because I put all my trust into a company that has clearly participated in the near fraudulent activity.

<u>My Celsius crypto wallets including the following amounts:</u>
- **Celsius: 6,176900 CEL**
- **Dogecoin: 658 DOGE**
- **Binance Coin: 0,228615 BNB**
- **Bitcoin: 0.038282 BTC**

These 4 crypto daily values today: 1.100 US Dollar. I know it's not a lot of money in the US, but it's of significant value in Hungary.

What I'm really angry about is that, on June 11th sent the largest amount of Bitcoins to Celsius, because they promised extra 50 USD if I kept my money in there account.  They promoted

their website like everything perfect (they are stable!) and the other side they knew they were bankrupt soon, but they were collecting money from investors. This is we call "stealing" in my country.

I want to honor my obligation of paying back the principal and interest on my loans so that I may receive my collateral back.  I want back my money I have work hard (and pay my tax).
As proof, I have attached screenshot photos of my Celsius account, because I can log in still.

Thank you again for your time and consideration!
Very Respectfully Yours,


Tibor Dencs

Dunakeszi Hungary
my Celsius referral number is: 1479780648
email: dentib76@aol.com