UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

CELSIUS NETWORK, LLC, et al.         Case No. 22-10964-mg
                                     Chapter 11
                                     Jointly Administered
                                     Hon. Martin Glen

                    Debtors.

_____

**VERIFIED MOTION FOR ADMISSION *PRO HAC VICE***

Dawn R. Copley, a member of the bars of the State of Michigan and the State of California, for her Verified Motion for Admission *Pro Hac Vice* to the Bankruptcy Court for the Southern District of New York to represent Thomas Shannon, D.D.S., M.D.S, a creditor in the above-captioned bankruptcy proceeding, states as follows:

1. Dawn R. Copley is a Senior Attorney with Dickinson Wright PLLC, located at 500 Woodward Avenue, Suite 4000, Detroit, Michigan 48226. Her office telephone number is (313) 223-3500.

2. Ms. Copley is admitted to practice law in the State of Michigan (1998), the State of California (2005) (inactive), the United States District Court for the Eastern District of Michigan (1998), and the United States District Court for the Western District of Michigan. Ms. Copley's Michigan State Bar number is P53343 and her California State Bar number is 235940.

3. Ms. Copley is in good standing in the Courts listed in ¶ 2, supra, and is eligible to practice in this Court pursuant to Rule 2090-1 of the Local Rules for the Bankruptcy Court for the Southern District of New York. She is not currently suspended or disbarred in any other

Court.  She is not the subject of any formal pending grievance procedures.  She has not been denied admission or disciplined by the State Bar of Michigan, the State Bar of California or by any other State Bar or Court.

4. Ms. Copley has never been denied admission in the Bankruptcy Court for the Southern District of New York.

WHEREFORE, Dawn R. Copley respectfully requests that this Court admit her *pro hac vice* to practice law in the United States Bankruptcy Court for the Southern District of New York in this adversary proceeding.

DICKINSON WRIGHT PLLC

By: /s/ ***Dawn R. Copley***
    Dawn R. Copley (DRC-4234)
Counsel for Thomas Shannon, D.D.S., M.D.S.
500 Woodward Avenue, Suite 4000
Detroit, Michigan  48226
(313) 223-3500
dcopley@dickinsonwright.com

Dated:  July 27, 2022

## **VERIFICATION**

Dawn R. Copley, being first duly sworn, deposes and says that I have read the above Motion for Admission Pro Hac Vice, and the statements contained therein are true to the best of my knowledge, information and belief.

/s/ ***Dawn R. Copley***
Dawn R. Copley (DRC-4234)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

CELSIUS NETWORK, LLC, et al.                    22-10964-mg
                                                Chapter 11
                                                Hon. Martin Glen

                                          Debtors.

_____

**ORDER FOR ADMISSION *PRO HAC VICE***

The Court, having reviewed the Verified Motion for Admission *Pro Hac Vice* of Dawn R. Copley, and being otherwise duly advised in the premises;

IT IS HEREBY ORDERED that the *Pro Hac Vice* admission of Dawn R. Copley be granted, permitting the same to practice before the United States Bankruptcy Court, Southern District of New York for the purposes of the above bankruptcy case, only.

Dated: _____, 2022

                                                                                                                                      _____
                                                                                                                                    UNITED STATES BANKRUPTCY JUDGE