WALLER LANSDEN DORTCH & DAVIS, LLP
Tyler N. Layne
511 Union Street, Suite 2700
Nashville, Tennessee 37219
(615) 244-6380 (telephone)
(615) 244-6804 (fax)
tyler.layne@wallerlaw.com

*Attorneys for RH Montgomery Properties, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*[1], | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears as counsel for RH Montgomery Properties, Inc. (hereinafter referred to collectively as "***RH***"), creditor and party-in-interest in these jointly administered cases. Pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, request is hereby made that all papers, pleadings, motions, and applications served or required to be served in the jointly administered cases be given to and served upon:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Tyler N. Layne
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Fax: (615) 244-6804
Email: tyler.layne@wallerlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and above-specified Sections of the Bankruptcy Code, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic filing or otherwise filed or made with regard to the jointly administered cases and proceedings therein and for the purposes of CM/ECF.

This Notice of Appearance and Request for Service of Papers is without prejudice to RH's rights, remedies, and claims against other entities or any objection that may be had to the subject-matter jurisdiction of the Court, and shall not be deemed or construed to submit RH to the jurisdiction of the Court.  All rights, remedies, and claims are hereby expressly reserved, including, without limitation, RH's (i) right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) right to trial by jury in any proceeding so triable in the cases or in any case, controversy, or proceeding related to the cases, (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) right to seek a change of venue, or (v) any other rights, claims, actions, setoffs or recoupments to which RH is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments RH expressly reserves.

DATED: July 28, 2022

                Respectfully submitted,

                WALLER LANSDEN DORTCH & DAVIS, LLP

                */s/ Tyler N. Layne*
                Tyler N. Layne
                Nashville City Center
                511 Union Street, Suite 2700
                Nashville, Tennessee 37219
                Telephone: (615) 244-6380
                Fax: (615) 244-6804
                Email: tyler.layne@wallerlaw.com

                *Attorneys for RH Montgomery Properties, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 28, 2022, a true and correct copy of the foregoing has been served via the Court's CM/ECF system on all parties receiving such notices in this case.

                */s/ Tyler N. Layne*
                Tyler N. Layne