Honorable Judge Glenn,

On July 28th 2022, Celsius sent an email to its entire customer base saying that an employee accessed a list of Celsius client email addresses held on the platform and transferred those emails to a third party.

I have one simple question:

If Celsius cannot hold customers' emails safely, what makes them qualified to hold anyone's crypto?

Alex Mashinsky claimed countless times that Celsius is many times safer than a traditional bank. Last time I checked, my bank doesn't gamble away my funds and leak my personal details.

*Email copy:*



We are writing to let you know that we were recently informed by our vendor Customer.io that one of their employees accessed a list of Celsius client **email addresses** held on their platform and transferred those to a third-party.

We do not consider the incident to present any high risks to our clients whose email addresses may have been affected but are releasing this communication to make sure you are aware.

We have been in ongoing communication with Customer.io. They have confirmed that no other Celsius-related data was compromised beyond those identified email addresses.

Please help us.

Sincerely,
Jeffrey Z

07/28/2022