Joshua A. Sussberg, P.C.  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
601 Lexington Avenue  
New York, New York 10022  
Telephone:     (212) 446-4800  
Facsimile:      (212) 446-4900  

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)  
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
300 North LaSalle Street  
Chicago, Illinois 60654  
Telephone:     (312) 862-2000  
Facsimile:      (312) 862-2200  

*Proposed Counsel to the Debtors and*  
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE REGARDING MEETING OF CREDITORS**
**TO BE HELD AUGUST 19, 2022, AT 9:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that pursuant to Section 341 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), a meeting of the creditors (the "341 Meeting") in connection with Celsius Network LLC and the other above-captioned debtors and debtors in possession (collectively, "Celsius"), will be held telephonically, with dial in instructions to be provided at a later date, on **August 19, 2022, at 9:00 a.m. (prevailing Eastern Time)**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the Debtors and the 341 Meeting is set forth on the notice attached hereto at **Exhibit A** (the "341 Notice").

**PLEASE TAKE FURTHER NOTICE** that copies of the 341 Notice and any other pleading in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| New York, New York<br>Dated: July 29, 2022 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br>Email:           jsussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:     (312) 862-2200<br>Email:           patrick.nash@kirkland.com<br>                     ross.kwasteniet@kirkland.com<br><br>*Proposed Counsel to the Debtors and*<br>*Debtors in Possession* |

## Exhibit A

**341 Notice**

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

**Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Deadlines**

Chapter 11 bankruptcy cases concerning the debtors listed below (the "Debtors") were filed on July 13, 2022. You may be a creditor of the Debtors. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. **You are not being sued or forced into bankruptcy.** All documents filed with the Bankruptcy Court, including lists of the Debtors' assets and liabilities, will be available for inspection at the Office of the Clerk of the Bankruptcy Court or by accessing the Bankruptcy Court's website, www.nysb.uscourts.gov. Such documents are also available free of charge (i) by accessing the case website at https://cases.stretto.com/celsius or (ii) by written request to the Debtors' notice and claims agent, Stretto, Celsius Inquiries, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602, or by e-mail, CelsiusInquiries@stretto.com. Note that you need a PACER password and login to access documents on the Bankruptcy Court's website (a PACER password is obtained by accessing the PACER website at http://pacer.psc.uscourts.gov). Note further that the staff of the Bankruptcy Court Clerk's Office, the United States Trustee, and the Debtors' notice and claims agent cannot give legal advice.

**Creditors -- Do not file this notice in connection with any proof of claim you submit to the court.
See Below for Important Explanations.**

| Debtors (names and address)[1] | Case Number | Tax ID number |
|---|---|---|
| Celsius Network LLC | 22-10964 (MG) | 87-1192148 |
| Celsius Network Inc. | 22-10965 (MG) | 82-4381219 |
| Celsius Network Limited | 22-10966 (MG) | 98-1528554 |
| Celsius KeyFi LLC | 22-10967 (MG) | 85-3374414 |
| Celsius Mining LLC | 22-10968 (MG) | 85-3471387 |
| Celsius Networks Lending LLC | 22-10969 (MG) | 84-3503390 |
| Celsius Lending LLC | 22-10970 (MG) | 85-3428417 |
| Celsius US Holding LLC | 22-10971 (MG) | 85-3387956 |

| All other names used by the Debtors in the last 8 years (including trade names): | Attorney for Debtors (name and address): |
|---|---|
| Celsius Core LLC<br>Celsius Network Ltd. | Joshua A. Sussberg, P.C.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone number: (212) 446-4800    Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone number: (312) 862-2000 |

---

[1] The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

| | | | |
|---|---|---|---|
| **Meeting of Creditors** | | | |
| **Date:** August 19, 2022 | **Time:** | 9:00 A.M. (prevailing Eastern Time) | **Location:** The meeting will be held telephonically at the following location:<br><br>Call-In Number: Dial In Instructions to be Provided<br>Participation Code: Participation Code Instructions to be Provided |

**Deadline(s) to File a Proof of Claim:**

Notice of deadline will be sent at a later time.

**Creditor with a Foreign Address:**

A creditor to whom this notice is sent at a foreign address should read the information under the "Claims" section.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:**

Rule 4007(c) of the Federal Rules of Bankruptcy Procedure provides that, except as otherwise provided in subdivision (d) of Rule 4007, a complaint to determine the dischargeability of a debt under 11 U.S.C. § 523(c) shall be filed no later than 60 days after the first date set for the meeting of creditors under 11 U.S.C. § 341(a).

**Creditors May Not Take Certain Actions:**

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the Debtors and the Debtors' property. Under certain circumstances, the stay may be limited to 30 days, or may not exist at all, although the Debtors can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Common examples of prohibited actions by creditors are contacting the Debtors to demand repayment, taking action against the Debtors to collect money owed to creditors, to take property of the Debtors, and starting or continuing collection actions, foreclosure actions, or repossessions. Consult a lawyer to determine your rights in this case.

**Address of the Bankruptcy Clerk's Office**
Clerk of the Bankruptcy Court
One Bowling Green
New York, New York

**Telephone number:** (212) 668-2870
Hours Open: 8:30 a.m. to 5:00 p.m.

2

| **Filing of Chapter 11 Bankruptcy Case** | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the Debtors listed on the front side, and an order for relief has been entered. Chapter 11 allows the Debtors to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the Debtors will remain in possession of the Debtors' property and may continue to operate any business. |
|---|---|
| **Legal Advice** | The staff of the Bankruptcy Clerk's Office, the Office of the United States Trustee, and the Debtors' notice and claims agent cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| **Creditors Generally May Not Take Certain Actions** | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the Debtors by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the Debtors; repossessing the Debtors' property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days, or may not exist at all, although the Debtors can request the court to extend or impose a stay. |
| **Meeting of Creditors** | A meeting of creditors is scheduled for the date, time, and location listed on the previous page. *The Debtors' representative must be present at the meeting to be questioned under oath by the United States Trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| **Notice** | You will not receive notice of all documents filed in these chapter 11 cases. However, parties can obtain a copy of all documents filed electronically with the Court in these cases, including lists of the Debtors' property and debts, by (i) contacting the Clerk of the Court at One Bowling Green, New York, New York 10004-1408; (ii) accessing the Court's website at www.nysb.uscourts.gov (note that a PACER, http://www.pacer.psc.uscourts.gov, password and login are needed to access documents on the Court's website); or (iii) accessing the Debtors' notice and claims agent's website at https://cases.stretto.com/celsius. |
| **Claims** | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **Discharge of Debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtors, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start |

|  | a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the previous page. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. |
|---|---|
| **Bankruptcy Clerk's Office** | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| **Creditor with a Foreign Address** | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
|  | Refer to Previous Pages For Important Deadlines and Notices |

\* \* \* \*