Re: Consideration to return Depositors' funds in 100% Crypto

29th day of July, 2022


To the Honorable Judge Glenn,

I am Yoonjung Oh form South Korea. My sister, Flori Ohm introduced me to deposit my coins in Cesius. She is very cautious for what she is doing all the time but I can't believe this issue for her and myself even for my mother (Yongsoon Kim).

My family are severely impacted both in financial and mental health by the bankruptcy and locked up cryptos. <u>I would sincerely request that you let all Celsius depositors withdraw their cryptocurrency100%, rather than converting our claims into dollar amounts on a fixed date.</u>

Thank you so much giving me a chance to write a letter and reading this. Your wise judgement on the Celsius's case to return crypto 100% back to depositors would help greatly for us to live.

Could you please send email to my sister, Flori Ohm : fohm1227@gmail.com.

My email for Celsius is whanghoo31@naver.com though.


Yours sincerely,

Yoonjung Oh

Thank you,