**Case Number: 22-10964 (MG)**
**Southern District of New York**

Name: Hayden Smith
Email: hayds_@hotmail.com
Country: Australia
Mobile: +61432017560


To Whom it May concern,

I am a Celsius user who has recently been caught up in the Chapter 11 Bankruptcy filings. I have a significant amount of digital assets in the borrow/loans part of Celsius network that has been frozen over the past month.

In total I have 7 loans adding up to almost 50 bitcoin and 160 eth. Please see screenshots of the loan information below(screenshots were taken directly from the Celsius app).

The reason for my email is that I wanted to inform you that I have sufficient funds to be able to repay all my loans in U.S dollars. I can and plan to pay all of my loan obligations upon clarification from the court on the way forward. Moreover, once the loans have been fully repaid, I expect to receive the full amount of collateral I originally sent to Celsius, in kind sent back to me.

Kind regards,

Hayden



