Case 22-10964                                          July 26th, 2022

Dear Honorable Judge Glenn,

My name is Travis Rodgers and I reside in Phoenix, Arizona. I am communicating with you in regards to Celsius Network, LLC.

I started moving crypto assets from Coinbase over to Celsius Network' platform at the beginning of May 2022. Before I moved my crypto assets over to Celsius I was sure to look at all the details that were available to me in regards to their financials. I was sure to look at their public forums through social media as well. At the time there was genuine safety in Celsius through the portrayal of that by their founders. Alex Mashinsky, on his Twitter page, had made several comments about the validity and safety of Celsius Network, just days before locking accounts.

https://mobile.twitter.com/Mashinsky/status/1535767334668861440?cxt=HHwWglCwiaGQktAq AAAA

https://www.linkedin.com/feed/update/urn:li:share:6938465758884638720


 There are many posts on the official Celsius Network Twitter page assuring that there would be "no lock ups" on accounts and that it was safer than traditional banking. This is obviously played out to be completely untrue, and completely misleading. I was also told on numerous phone calls to Celsius Network, as soon as two days before locking accounts, that there was no danger to clients assets and zero probability of bankruptcy. I have several of those phone calls recorded.

https://blog.celsius.network/damn-the-torpedoes-full-speed-ahead-4123847832af


I currently hold crypto assets on Celsius Network to the value of a round US $40,000 with my largest position being that of Cardano's token ADA. I ask that you immediately demand Celsius Network's clients to withdraw their assets from Celsius Network's platform. I also request that you stop all payments to any employees and executives of Celsius Network for salaries until our assets are released and made available for withdraw.

My crypto assets are as follows.

ADA - 42,990
SOL - 130
AVAX - 135
MATIC - 2,851
UNI - 319
LINK - 300

XLM - 16,237
DOT - 254
BAT 4,221
SUSHI - 859
MANA - 960

I demand that my assets be released within 30 days from this letter or I will be filing suit with the Superior Courts of Maricopa County, Arizona for fraud. I will also report Celsius Network to the New York attorney general and provide all supporting documents. I will also be filing fraud with my financial institute in regards to Celsius Network's deception and inability to provide services and ask that all funds I have used through Celsius Network be returned.

Travis Rodgers