United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Phone: 212.668.2870

**Celsius Network LLC, et al. ("Celsius"), Case Number 22   10964 (MG)**



To The Honorable Judge Martin Glenn,

I, Christian Ostheimer, born 4th Dec 1984 and living at 40 Magellan Lane, Easton, 06612, CT, USA am writing you this letter as an affected self-represented individual of the Celsius bankruptcy.

Before Celsius declared chapter 11, I filed an official demand letter with Celsius laying out my claim for return of my funds which they received but of course ignored and never responded to.

On June 20th 2022, I filed an official proof of claim using the provided form 410 with the US Bankruptcy Court of the Southern District of New York as I have more than 30.000 US $ of funds with Celsius which have been locked since June 12th 2022 which in turn brought me into unsurmountable tax complications (acc. To 11 U.S.C. § 507a 8).

I understand that a lot was shared, said and communicated to you already by many affected people regarding the misleading, fraudulent and deceiving business practices and the systemic misinformation and untruthfulness that was deeply rooted in Celsius' as a company which I can only echo. This, of course is besides Celsius' fundamental mismanagement and inadequate risk management which led to the loss of millions of dollars for their clients who trusted them with their retirement savings like myself.

This is truly a case where I think the US justice system can show that it stands for the law and protection of all its people, especially the little man who so often goes down while big corporations and their managers evade their responsibility, accountability and finally, prosecution. It is in your hands, honorable judge to make this a different case were not the lawyers, the attorneys, the big corporations and managers get paid out first but the little man, the mom and pop, the college grad, the granny and grandpa – all those many small unsecured creditors – so that they are not like usual at the end of the chain where they lose everything. I can only appeal to your honor, integrity and morality to make this right, to fight for and defend the little man who works so hard day by day for this great country.

Sincerely

*[signature]*

Christian Ostheimer