

Herbert G. Holroyd

11 Stoney Hill lane

Mount Laurel, NJ 08054

hgholroyd@gmail.com

July 29, 2022

Honorable Chief Judge Martin Glenn,

US Bankruptcy Court

Southern District of New York

Re: Celsius Network LLC, case # 22-10964

Dear Chief Judge Martin Glenn,

I have been retired for over a decade and my wife and I have invested approximately one half of our life savings in the Celsius Network Rewards Account. Upon learning of the Creditors Committee, I considered applying but learned that this committee would be most likely made up of creditors with significant assets invested. While this looks to be the case, I wish to point out that on a percentage of total wealth basis few would exceed our loss. (Document enclosed)

My primary concern is Celsius, being represented by such prestigious legal counsel whose only concern is to do what is in the best interest of Celsius the company, will present a proposal that will postpone and diminish the final reimbursement to the creditors. My reasoning is if Celsius continues as a company, with all the many lawsuits and possibly more to come, that any settlement with the creditors could not commence until all lawsuits were settled, taking years leaving little left for the creditors. Please consider this situation and not allow Celsius and the Celsius Board's legal plan to be implemented and settle in a timely fashion so that the creditors get a reasonable settlement.

We feel as if we are in a David vs. Goliath battle and that Your Honor is the sling and the stone.

Finally we accept all responsibility for our decision to invest the majority of our assets with Celsius rewards. We did not do enough due diligence and, shamefully, have no one to blame but ourselves. I am thankful however for one thing; my wife Mary. When upon learning that the majority of our savings could all be lost she said to me, "let's not allow this to take any more from us then it already has." Meaning our heath and faith.

Respectfully,

Herbert Holroyd

7/29/2022 COINTRACKER PRINTED



# Wallets

EXCHANGES

**Celsius Network** — HERBERT'S WALLET CURRENT VALUE ⊕ → $51,497.52
Updated Yesterday

**Celsius Network** — MARY'S WALLET CURRENT VALUE ⊕ → $43,018.63
Updated Yesterday

**Binance US** — $4,004.25
Updated 21 hours ago

**Celsius Network** — MARY'S WALLET, CURRENT VALUE — ($43,018.63)
Updated Yesterday

- ETH — 24 Transactions — $15,792.15 — 9.08364178 ETH
- SOL — 24 Transactions — $12,199.82 — 282.6147211 SOL
- BTC — 25 Transactions — $5,991.66 — 0.24790844 BTC
- ADA — 21 Transactions — $5,041.35 — 9,415.900681 ADA
- MATIC — 22 Transactions — $3,993.64 — 4,170.15440853 MATIC

⊕ ORIGINAL DOLLAR AMOUNT INVESTED WAS ~$152,000. (IF FOR TAX LOSS)

7/29/2022 COINTRACKER PRINTED

# Wallets

🔄 Sync Wallets    Add Wallet

**EXCHANGES**

Celsius Network  *H. WALLET.*
Updated Yesterday                                                                $51,497.52

Celsius Network  *M. WALLET.*
Updated Yesterday                                                                $43,018.63

Binance US
Updated 21 hours ago                                                             $4,004.25

---

Celsius Network
Updated Yesterday                                 *CURRENT VALUE*    ($51,497.52)

| | | |
|---|---|---|
| BTC  [29 Transactions] | | $25,709.15  1.06373039 BTC |
| MATIC  [26 Transactions] | | $6,903.93  7,209.06547115 MATIC |
| ADA  [28 Transactions] | | $6,557.89  12,248.390615 ADA |
| SOL  [26 Transactions] | | $6,390.01  148.02770232 SOL |
| ETH  [25 Transactions] | | $3,670.68  2.11137322 ETH |
| DOT  [25 Transactions] | | $2,265.86  273.98986641 DOT |

1/2