To the Honorable Judge Martin Glenn,

I have been trying my best to write to you for the past two weeks, but I am just so depressed that it has been a real chore. The fact that past 11 years of saving my money, then rolling it into Bitcoin 2020 that was stored in what I thought was a relatively 'safe' bet has now been greatly compromised. I have sweated, bled, cried, and worked 50+ hours weeks for 10 + years, not to mention out of those 7 and half years I went to school full time and worked full time and was going to use this as my nest egg to pay my student loans which payment begins assuming in January 2023. To be here now only feels that I have been deceived, taken advantage of, and held hostage for what I thought this entire time was MINE. Countless others and I trusted and felt like we did our due diligence by watching weekly AMA's via YouTube, or trusted influencers that covered the content that asked those invasive or tough questions to make sure we were practicing risk management safely. Some of went all the way and attended live and asked those questions personally, went to conventions only to receive the same treatment. This is seriously sickening. How does someone or entity think they have any right to mismanage people's funds so recklessly, and then when they run out of rope, they lie, and they have the audacity to blame social media, and the people who helped them become the giant they are /were to only turn on them and use their funds which they claim to be theirs at the disposal of the depositors to defend themselves. You can't even make this up! I am literally lost for words. I have not read all the letters submitted to you by others, but I have read and be informed about a few and I deeply saddened. This is supposed to be some of the happiest moments of my life where I just graduated college with an awesome engineering degree, moved to a new exotic big city, earned a dream career in a top fortune 100 company and someone is just trying to walk away legally with my assets that I worked so hard and their defense is its in the terms of agreement and its social medias fault?????? NO! I don't walk 40%, 50%, 60%, 70%, 80%, 90%, 95%, I want all Back because it is MINE!!!! If anything, I should be suing for emotional damages!! I won't and

don't believe in that sort of thing though. I just want what is MINE! I can wait because I never planned on selling it. It is intended for generations of Embrey's down the line, and this is not just money. Its Bitcoin!!! Anyways I digress other people have been doing a great job of expressing of how I am feeling because the shame, the anger, deep sadness, the humiliation, irresponsibility (I convinced a friend to put roughly a 3rd of a bitcoin in to Celsius too) anxiety I feel is immense, and while I am managing my mental health with resources from my new job, it is still extreme distracting, and I know the courts will determine what is just and what isn't. I find it so unfair and unethical of how Celsius conducted business and how they are continuing to conduct business. Using our money to protect, pay, invest in themselves. This is a nightmare that I find beyond disturbing.... So now that I tried to share some of my emotional state, I hope to share some thoughts that I hope you may consider moving forward.

   I think most of the depositors would like to pay back in kind, in full. I know that is hard when there are however many billions of assets are GONE and the assets value that is being measured is a moving target, but I know the whole point most of us investing in cryptocurrency or at least Bitcoin is that we do not want cash equivalent. For bitcoin it is digital property that we invested and want to stay invested in. For me I will wait however long it takes with conditions of proper risk taken into consideration (under the current leadership; no way; they MUST go, at least the rotten part.) It makes me very upset to type this but if I can not be paid in kind & full then the remainder, I would like receive equity in a company that will rise from Celsius ashes with a compliant and regulated company that values transparency and integrity that has working business model that has a plan to make me whole in kind (Bitcoin.) To the others that share my pain, some of them are desperate, and for some I think their needs exceed mine. While I do not want to give up what is mine, I do feel their needs to be met before mine. I hope you locate those people and help those people first. The fact that one wrote to you claiming she will go suicide, a single mom who cannot provide for her children, a small family that is dependent on these funds with members who have special needs, or a middle-aged man which will lose

his business and his life's work if not dealt with in time absolutely breaks my heart. I think these people in their own terms need special care and need to be addressed first, and at the very least heard. Celsius needs to directly answer to these people! I am sorry if I have come across informal, overly emotional, or uneducated. I just hurt and lost. I am so sad and beg of your help. This isn't just money, this is people's life savings, hopes dreams, aspirations, and life's work in monetary form. For others it's their first start. If they were transparent with what was going on I bet most of us would have not taken these risks if we knew the risks, we were taking. The content is out there, of their malicious acts, and verbiage used which I should be held just accountable as any legal document that they present. I want to take the time to thank you for reading my letter. Below is pictures my assets held frozen inside the Celsius Earn wallet I wait in desperation and pray to get my funds back, the safety of others mental health and that of their families. This is a hard lesson that needs to be learned here. Not that you are already unaware of the importance of the ruling of this bankruptcy case will go down in history, I hope we can step outside the legacy way of thinking and how things were down in the past and use financial and legal innovation to bring justice to all that deserve it, including some of those on the other side of the fence in the Celsius camp. We are all just people, and I hope everyone can come to agreement with humility, grace, justice into account. Thank you once again for taking the time. God bless and Godspeed. Thank you & good luck, this is a real mess.



*Figure 1.   A picture of my original deposit in Celsius*



*Figure 2.   My most up to date of Bitcoin (BTC) held.*