**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

In re: Celsius Network LLC, et al
    (Jointly administered)

Case No.: <u>22-10964</u>

Chapter <u>11</u>

                   Debtor
------------------------------------------------------------------x

                 Plaintiff

Adversary Proceeding No.: _____

       v.

                Defendant
------------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** ***PRO HAC VICE***

    Upon the motion of <u>Jennifer Rood Esq.</u>, to be admitted, ***pro hac vice***, to represent <u>Vermont Dept. of Financial Regulation</u>, (the "Client") a <u>creditor</u> in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>Vermont</u> and, if applicable, the bar of the U.S. District Court for the _____ District of <u>Vermont, NH and Maine</u>, it is hereby

    **ORDERED**, that <u>Jennifer Rood</u>, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: <u>August 4, 2022</u>
    New York, New York

                                                 _____**/s/ Martin Glenn**_____
                                                     UNITED STATES BANKRUPTCY JUDGE