LEVIN EPSTEIN & ASSOCIATES, P.C.
Joshua Levin Epstein
Eunon Jason Mizrahi
60 East 42nd Street, Suite 4700
New York, New York 10165

*Counsel for New Spanish Ridge, LLC,*
*MRK Spanish Ridge, LLC and PREH Spanish Ridge, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

In re:

Celsius Network LLC, *et al.*,[1]

                                          Debtor.

---------------------------------------------------------------X

Chapter: 11

Case No.: 22-10964 (JM)

Jointly Administered

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned of Levin-Epstein & Associates, P.C. hereby appears in the above-captioned chapter 11 cases on behalf of creditors and parties-in-interest New Spanish Ridge, LLC, MRK Spanish Ridge, LLC and PREH Spanish Ridge, LLC. Pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), all notices given or required to be given in this case and all papers served or required to be served in this case shall be given to and served upon the undersigned at the following address:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

1

LEVIN-EPSTEIN & ASSOCIATES, P.C.
60 East 42nd Street, Suite 4700
New York, New York 10165

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and above-specified Sections of the Bankruptcy Code, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic filing or otherwise filed or made with regard to the jointly administered cases and proceedings therein and for the purposes of CM/ECF.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be a waiver or release of New Spanish Ridge, LLC's, MRK Spanish Ridge, LLC's and PREH Spanish Ridge, LLC's rights including, without limitation, (i) against the Debtors or any other person or entity, (ii) to a jury trial in any proceeding so triable herein or, in any case, any controversy or proceeding related hereto, (iii) to have any unliquidated portions of its claims determined by an applicable court other than the Bankruptcy Court, (iv) to have the reference withdrawn by the United States District Court for the Southern District of New York in any matter subject to mandatory or discretionary withdrawal, (v) to setoff or recoupment, (vi) to consent to the jurisdiction of the United States Bankruptcy Court, or (vii) any other rights, claims, actions, or defenses to which New Spanish Ridge, LLC, MRK Spanish Ridge, LLC and PREH Spanish Ridge, LLC may be entitled under agreements, in law, or in equity, all of which rights, claims, actions and defenses are expressly reserved.

Dated: August 4, 2022
      New York, New York        **LEVIN EPSTEIN & ASSOCIATES, P.C.**

                By:    /s/*Joshua D. Levin-Epstein*
                        Joshua D. Levin-Epstein, Esq.
                        60 East 42nd Street, Suite 4700
                        New York, NY 10165
                        Telephone: (212) 792-0046
                        Facsimile: (646) 786-3170
                        Email: Joshua@levinepstein.com

*Counsel for New Spanish Ridge, LLC,*
*MRK Spanish Ridge, LLC and PREH*
*Spanish Ridge, LLC*