ATTN: To Who It May Concern

To: The Honorable Martin Glenn

Your Honor,

I deposited money on the Celsius platform as a retail investor who sought an opportunity for a safe, conservative investment. I am an "average Joe" of average means, I work full time as a registered nurse and I am raising a newborn daughter. I am not a rich man, I work hard, I serve my community and I abide by the law.

Over the course of about one year, I purchased about $10,0000 worth of bitcoin and deposited it into Celsius for long term storage as these funds are dedicated to a down payment for a house and meeting the needs of my daughter. Over the course of that past year, I followed Mr. Mashinsky closely to learn more about his strategy to ensure that my bitcoin was safe and I was prepared to withdraw my funds the moment I felt uncertain about Celsius. Well, that moment of uncertainty never came because Mr. Mashinsky explicitly reiterated how safe and secure Celsius is. I believe without a shadow of a doubt that Mr. Mashinsky knowingly deceived investors as he spoke confidently about the status of Celsius just hours before filing for bankruptcy. Furthermore, it is worth mentioning that Celsius continued to offer sign-up/referral bonus up until they stopped transfers for this reason, I believe that any changes to Celsius' terms of services within a reasonable time frame should be reviewed and considered.

I ask that Celsius and Mr. Mashinsky are held responsible for their intentionally deceptive actions.

I ask that Celsius and Mr. Mashinsky make creditors whole and allow us to transfer our assets and dollars as we were led to believe we could do. I want to transfer my bitcoin off of the Celsius platform.

I ask that Celsius and Mr. Mashinsky are made an example of so as to send a message that such criminal behavior will not be tolerated.

Your Honor, above all else, I ask that you hear my voice and the voices of everyone else impacted by Mr. Mashinsky's unscrupulous deeds and deliver justice as you see fit. Mr. Mashinsky and Celsius have spread significant pain and suffering throughout thousands of households the world over and I can't imagine a case where a person should be allowed get away with this.

Admittedly, I am not well versed in legal proceedings and pray that my letter to you is perceived as respectful as I do not wish to offend you or the integrity of the court.

Sincerely,

Harold M. Lott

Nashville, TN