Judge Martin Glenn
Chapter 11

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CELSIUS NETWORK, LLC,<br><br>Debtor(s). | NO. 22-10964<br><br>NOTICE OF APPEARANCE OF STATE OF WASHINGTON TAXING AGENCIES AND REQUEST FOR SERVICE OF PAPERS |

TO:   Clerk of the above-entitled court
U.S. Trustee's Office
Joshua A. Sussberg
All Other Parties in Interest

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), the State of Washington Departments of Revenue, Labor & Industries, and Employment Security, appear in this action by the undersigned attorney and request, pursuant to Bankruptcy Rules 2002, 3017, and 9007, that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following address:

Dina L. Yunker
Assistant Attorney General
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
Phone: (206) 389-2187
Fax: (206) 587-5150
Email: Dina.Yunker@atg.wa.gov

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS

1

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150

Notice of all such documents and pleadings should also be made to each agency of the State of Washington that files a proof of claim herein.

**The State of Washington further requests that the above address be added to the court's master mailing matrix.**

This document is a limited appearance and does not constitute acceptance of service of process in any manner inconsistent with pertinent rules and statutes.

DATED this 10th day of August, 2022.

> ROBERT W. FERGUSON
> Attorney General
>
> *s/ Dina Yunker*
>
> DINA L. YUNKER, WSBA No. 16889
> Assistant Attorney General
> Bankruptcy & Collections Unit

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS

2

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – Fax (206) 587-5150