**BLANK ROME LLP**
Evan J. Zucker
1271 Avenue of the Americas
New York, NY 10020
Phone: (212) 885-5000
Facsimile: (212) 885-5001

*Attorney for John Marchioni*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND
DEMAND FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Blank Rome LLP hereby enters its appearance, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), on behalf of John Marchioni ("***Marchioni***").  The undersigned attorneys hereby request, pursuant to Bankruptcy Rules 2002, 3017, and 9007, that copies of all notices and pleadings given or filed in the above-captioned chapter 11 cases and all related proceedings be given and served upon the following persons at the address, facsimile number, or electronic mail address set forth below:

Evan J. Zucker
**BLANK ROME LLP**
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 885-5000
Facsimile: (212) 885-5001
Email: evan.zucker@blankrome.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956).

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, notices of orders, applications, complaints, demands, motions, pleadings, hearings, financial reports, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these cases and any proceedings therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telecopier, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings therein, all of which shall be sent to all of the attorney listed above.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Marchioni's (i) rights to have final orders in non-core matters entered only after de novo review by a higher court; (ii) rights to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) rights to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, recoupments or remedies to which Marchioni is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies are expressly reserved hereby.

Dated: August 10, 2022  
       New York, New York

**BLANK ROME LLP**

*/s/ Evan J. Zucker*  
Evan J. Zucker  
1271 Avenue of the Americas  
New York, New York 10020  
Telephone: (212) 885-5000  
Facsimile: (212) 885-5001  
Email: ezucker@blankrome.com

*Attorney for John Marchioni*

-2-