**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                                      :   Case No. 22-10964
                                                            :
                                                            :   CHAPTER 11
CELSIUS NETWORK LLC, *et al.*,                              :
                                                            :
      Debtors.                  :
------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

    Upon the motion of <u>Layla D. Milligan</u>, to be admitted, ***pro hac vice***, to represent <u>the Texas State Securities Board</u>, (the "Client") <u>an Interested Party</u> in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>Texas</u> and, if applicable, the bar of the U.S. District Court for the <u>Western</u> District of <u>Texas</u>, it is hereby

    **ORDERED**, that <u>Layla D. Milligan</u>, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: <u>August 11, 2022</u>
     New York, New York                                                    /s/Martin Glenn
                                                              CHIEF UNITED STATES BANKRUPTCY JUDGE