**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| CELSIUS NETWORK LLC, *et al.*[1] | ) Case No. 22-10964 (MG) ) |
| Debtors. | ) (Jointly Administered) ) |

**NOTICE OF APPEARANCE AND REQUEST
FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Brown & Connery, LLP, subject to the limitations and conditions set forth hereafter, appears for creditors and parties-in-interest SAP America, Inc. and SAP National Security Services, Inc. (collectively, "SAP") in the above-captioned administratively consolidated proceedings (the "Cases"). Pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Brown & Connery, LLP requests that copies of all pleadings, documents, and notices filed, given, or to be given in the Cases be given and served upon:

BROWN & CONNERY, LLP
6 North Broad Street, Suite 100
Woodbury, NJ 08096
(Attn: Julie F. Montgomery, Esq.)
jmontgomery@brownconnery.com
(856) 812-8900
(856) 853-9933 FAX

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only those pleadings, documents, and notices referred to in Bankruptcy Rule 2002, but also any orders, applications, motions, petitions, requests, complaints, answers, replies, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, disclosure statements, or demands, whether formal or informal, whether written or oral, and whether

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

transmitted or conveyed by mail, hand delivery, telephone, facsimile, e-mail, or otherwise filed or made with regard to the Cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this notice, any subsequent appearance, pleading, claim, or participation in these Cases is not intended nor shall be deemed a waiver of SAP's (i) right to have final orders in non-core matters entered only after review *de novo* by a District Court judge; (ii) right to trial by jury in any proceeding so triable in these Cases or any case, controversy, or proceeding related thereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments (including lack of personal jurisdiction), all of which are expressly reserved.

**BROWN & CONNERY, LLP**

Dated: August 12, 2022

/s/ Julie F. Montgomery
Julie F. Montgomery
6 North Broad Street, Suite 100
Woodbury, NJ 08096
(856) 812-8900
(856) 853-9933 (fax)
jmontgomery@brownconnery.com
(Motion for admission *pro hac vice* pending)

*Attorneys for SAP America, Inc. and SAP National Security Services, Inc.*

2