**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

Upon the motion of Julie F. Montgomery, to be admitted, *pro hac vice*, to represent SAP America, Inc. and SAP National Security Services, Inc., creditors in the above-referenced matter, and upon the movant's certification that the movant is a member in good standing of the bars of the State of New Jersey and the Commonwealth of Pennsylvania and has been admitted to practice in the United States District Courts for the District of New Jersey and the Eastern District of Pennsylvania, it is hereby:

**ORDERED**, that Julie F. Montgomery, Esquire, is admitted to practice, *pro hac vice*, in the above-referenced matters to represent SAP America, Inc. and SAP National Security Services, Inc., in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **August 12, 2022**
New York, New York

                                                      /s/Martin Glenn
                                                  The Honorable Martin Glenn
                                                  Chief United States Bankruptcy Judge