To: United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
U.S.A.

Tuesday, 19 July 2022

From: Thomas Joseph Pick
Social Security number: xxx-xx-5543
Date of Birth: 31 July 1952

Address: View Talay 8 Condominium
159/240 Moo 12, Jomtien Beach Road
Nongprue, Banglamung,
Chonburi  20150
THAILAND



Email: pickf@hotmail.com
Cell phone: +66 97 229 6672
MagicJack: +1 414 446 2601

Subject: Case Number: 22-10964 (MG)
Getting my assets returned from bankrupt Celsius


Dear Your Honor;

I am a retired American citizen, living in Thailand.  I invested three generations family wealth in my life savings with Celsius.  Unfortunately, Celsius filed for bankruptcy.

I would like to have my assets returned to me.  I turn 70 years old at the end of July 2022.
I do not know about lawyers.  I could not afford them in this present situation.

Could you please award me my assets and have them returned to me?

Why do I ask for my assets, rather than a dollar value?
The reason is:
I bought some Bitcoin at around $58,800 per Bitcoin.  It went up to $69,000 per Bitcoin.
Bitcoin is now around $20,000 per coin.
I would rather have my Bitcoins, instead of the present cash value, as I believe the value will appreciate again, once the Bear Market is over and a Bull Market begins again.

This same logic applies to my other assets, rather than getting cash back in a down market.
I would like my assets restored to me.

Thank you for being considerate of the common people who trusted and invested with Celsius.

Sincerely,

To: United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
U.S.A.

From: Thomas Joseph Pick
Social Security number: xxx-xx-xxxx
Date of Birth: 31 July 1951

Address: View Talay 5 Condominium
195/210 Moo 12, Jomtien Beach Road,
Nongprue, Banglamung,
Chonburi 20150
(THAILAND)

Email: [redacted]
(m) phone: +66 93 329 6622
Magicjack: +1 (1) 443-440-2601

Subject: Case Number: 22-10964-MG
Getting my assets returned from bankrupt Celsius

Tuesday, 19 July 2022

Dear Your Honor:

I am a retired American citizen, living in Thailand. I invested three generations family wealth in my life savings with Celsius. Unfortunately, Celsius filed for bankruptcy.

I would like to have my assets returned to me. I turn 70 years old at the 2nd of July, 2022. I do not know about lawyers. I could not afford them in this present situation.

Could you please, award me my assets and have them returned to me.

Why do I ask for my assets, rather than a dollar value?
The reason is:
I bought some Bitcoin at around $58,500 per Bitcoin. It went up to $69,000 per Bitcoin. Bitcoin is now around $20,000 per coin.
I would rather have my Bitcoins, instead of the present cash value, as I believe the value will appreciate again, once the Bear Market is over and a Bull Market begins again.

This same logic applies to my other assets, rather than getting cash back in a down market.
I would like my assets returned to me.

Thank you for being considerate of the common people who trusted and invested with Celsius.

Sincerely,

*Thomas Joseph Pick*

Thomas Joseph Pick

<u>Attachments:</u>
Cover letter.
Official Form 410: Proof of Claim- pages: 1, 2, 3.
Celsius account screen shot as of 19 July 2022.
Celsius transactions (17 pages. Celsius does not number the pages. The dates of the transactions have hashes: ########).
Envelope: self addressed. Unable to prepay for a postage stamp, as I am in Thailand. Please charge to my PayPal account for the postage.

Thomas Joseph Pick

**Attachments:**
Cover letter.
Official Form 410: Proof of Claim- pages 1, 2, 3.
Celsius account screen shot as of 19 July 2022.
Celsius transactions (17 pages. Celsius does not number the pages. The dates of the transactions have been re-written).
Envelope: self-addressed. Unable to prepay for a postage stamp, as I am in Thailand.
Please charge to my PayPal account for the postage.