Annemarie V. Reilly
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200

John J. Sikora (admitted *pro hac vice*)
Heather A. Waller (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  (312) 876-7700

*Proposed Special Counsel to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FIRST SUPPLEMENTAL DECLARATION OF JOHN J. SIKORA
IN SUPPORT OF DEBTORS' APPLICATION FOR AUTHORITY TO
RETAIN AND EMPLOY LATHAM & WATKINS LLP AS SPECIAL COUNSEL
<u>TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE</u>**

I, John J. Sikora, declare as follows:

1.      I am a partner in the law firm of Latham & Watkins LLP ("L&W"), an international

law firm with offices across the United States, Europe, and Asia.  I am admitted in, practicing in,

and a member in good standing of the state bar of Illinois, and there are no disciplinary proceedings

pending against me.  I am over the age of eighteen, am authorized to submit this Declaration, and

am competent to testify on the matters contained herein.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax
identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending
LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited
(8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of
Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these
chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

2.        I submit this first supplemental declaration (the "First Supplemental Declaration")

in further support of the *Debtors' Application for Authority to Retain and Employ Latham &*

*Watkins LLP as Special Counsel to the Debtors Effective as of the Petition Date* [D.I. 363] (the

"Application")[2] and to supplement the disclosures set forth in the Sikora Declaration attached as

Exhibit B to the Application (the "Initial Sikora Declaration").

3.        All facts set forth in this First Supplemental Declaration are based upon my

personal knowledge, information supplied to me by other L&W professionals or paraprofessionals,

or learned from my review of relevant documents.  To the extent any information disclosed herein

requires amendment or modification as additional information becomes available to L&W, an

additional supplemental declaration will be submitted to this Court reflecting such amended or

modified information.

4.        Since the Application was filed, L&W has continued to review its connections to

parties in interest in the Chapter 11 Cases using the disclosure procedures described in paragraphs

11 and 12 of the Initial Sikora Declaration.  Specifically, L&W searched its Client Database for

connections to the parties listed on Appendix 1 hereto (collectively, the "Supplemental Parties in

Interest"), which are parties that were not included in the initial Parties in Interest List appended

to the Initial Sikora Declaration.  This inquiry revealed that certain of the Supplemental Parties in

Interest are current or former clients of L&W, or were clients of L&W attorneys while such

attorneys were at a prior firm.  Such Supplemental Parties in Interest, and their relationship to

L&W, are listed on Appendix 2 to this First Supplemental Declaration.  Through the information

generated by this computer inquiry, and through follow-up inquiries with L&W attorneys as

necessary, it was determined that the representation of the Supplemental Parties in Interest

---

[2]    Capitalized terms used but not defined herein have the meanings ascribed to them in the Application.

disclosed on <u>Appendix 2</u> hereto concerned matters in which such clients were not adverse to the

Debtors or the Debtors' estates with respect to the L&W Services.

5.　　　Based on the information available to me, I believe that L&W: (a) has no

connection to the Debtors, their creditors, or their related parties except as may be disclosed herein

or in the Sikora Declaration, and (b) does not hold or represent any interest adverse to the interests

of the Debtors or their estates with respect to the matters on which L&W is to be employed in these

Chapter 11 Cases.

　　　Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my information, knowledge, and belief.

　Executed on this 12th day of August, 2022.

*/s/ John J. Sikora*
John J. Sikora

## Appendix 1

**Supplemental Parties in Interest List**

## Supplemental Parties in Interest List

### 1.     Bankruptcy Professionals

Akin Gump Strauss Hauer & Feld LLP
C Street Advisory Group
Deloitte & Touche LLP

Ernst & Young
White & Case LLP

### 2.     Ordinary Course Professionals

A. Georgiou & Co. LLC
Advokatu Kontora Sorainen IR Partneriai
Buckley LLP
CMS Cameron McKenna Nabarro Olswang
    LLP
Finnegan Henderson Farabow Garrett &
    Dunner LLP

Holley Nethercote Pty. Ltd.
Jackson Lewis PC
McCarthy Tetrault LLP
Taylor Wessing LLP
Uría Menéndez Abogados SLP
Wilson Sonsini Goodrich & Rosati PC

### 3.     Top 50 Unsecured Creditors

Alameda Research Ltd.
AltCoinTrader Pty. Ltd.
B2C2 Ltd.

CAEN Group LLC, The

Covario AG
Crypto10 SP - Segregated Portfolio of
    Invictus Capital Financial Technologies
    SPC

Deferred 1031 Exchange LLC

ICB Solutions
Invictus Capital Financial Technologies SPC



Pharos Fund SP
Pharos USD Fund SP

Strobilus LLC




Ziglu Ltd

## 4.  Retail Customers

Abeliuk, Eduardo
Abuvala, Ravi Ryan
Adams, Darryl Thomas
Al Khoori, Mohamed Yousif Ahmed H.
Alexander, Alena
Ali, Khaleef
Ali, Yanush
AltCoinTrader Pty Ltd.
█████████
Andari Co. Ltd.
Ankeney, John Charles
Ashizaki, Yuki
█████████
Baer, Matthew David
█████████
Baslaib, Mohamed Ali Mohamed Naser
Bauman, Simon
Bennett, Danyal
Berg, Henry Guyer
Berrada, Amin
BJ Investment Holdings LLC
BNK to the Future
Boroff, Dustin Charles
Boskovski, Nikola
█████████
Bressler, David Jason
Brian T. Slater Revocable Living Trust
Bright, Nicolas John
Broad Reach Consulting LLC
█████████
Bru Textiles NV
Burkgren, Eric Alan
CAEN Group LLC, The
Campos, John Jr.
Carolyn Vincent Superannuation Fund
Carter, Luke Armstrong
Champigny, Edward William
█████████
Chiu, James Lee
Chiu, Yee Lai

Choi, Linda Yi
Choi, Luke Kyung Goo
Christiansen, Robert Nathan
Chu, Cindy
Chulamorkodt, Natakom
Chung, Ting Kong Terence
Cipolloni, Mark J.
█████████
Cohen Pavon, Roni
Coinmerce BV
█████████
Conklin, Jennifer Walter
Covario AG
Crypto10 SP
█████████
Damp, Steven Charles
█████████
Davis, Otis
Deferred 1031 Exchange LLC
█████████
Delargy, Colin C.
█████████
DGL Investments LLC
Dhiraj, Mandeep
DiFiore ASA Irrevocable GST Trust
Dixon, James
█████████
Donofrio, John
█████████
Druk Project Fund
Duprex, Jeffrey Paul
Ecko, Marc
Eller, Phillip Brian
Ellington, Brian
Elshafei, Ashraf
Eng Chuan, Liew
Eriks, Dennis
█████████
Fertik, Michael Benjamin Selkowe

2

█████████████

Fletcher, Brett
Floatzen Doo
Garner, Phillip Wayne Jr.

██████████

Gatt, Raymond
Gilmer, George Hudson
Goh, Jian Kai
Gray, Jill Marie
Guljaš, Janoš
H Trussell Investments Pty. Ltd.
Halikias, Thomas T.
Hamilton, Nathan
Harrell, Ashley Anne
Hartley, James

█████████████

Herring, Stephen Ashley

█████████████

Ho, Quoc Tri

██████████

Holt, Jonathon James
HOME 007 LLC

██████████

Hughes, Stephen
Humphreys, Steven C.
Hunt, Bryan J.
ICB Solutions
InfoObjects Inc.
Invictus Capital Financial Technologies SPC

███████████████

Jahizi, Oliver
Jensen, Joseph
Jonas, Leah Nicole
Joseph, Sebastian
Juiris, Peter Casimir
Kalynovskyi, Dmytro
Kap, Ethan Garet
Keiser, Marc Vito
Kelly, James Patrick
Kevin Batteh Trust, The
Kim, Sungyoun
King, Christopher Scott
Koala 1 LLC

█████████████████

Koyama, Osamu
Ku, Yuehsu
Labenek, Andrew
Lamplough, Howard
Langslet, Robert
Lehrfeld, Joseph S.
Lewis Davies, Ryan Wynn
Lewis, Howard
Liao, Guoping
Lim, Jane
Liu, Nanxi Nanqian
Luo, Edward

██████████████

Mahoney, Justin Michael
Manea, Mircea
Manzke, Holger
Marchioni, John P.

█████████████████████

Mastropieri, Bengi
Matsumura, Fumihiko

██████████████

Mattina, Christopher W.
McCarty, John Edward

██████████████

McGarry, Brian Thomas
McIntyre, Deverick
McKeon, Brian Joseph

█████████████

McNeil, James W.
Meehan, Kristine M.
Mellein, John Gabriel
Mercola, Joseph Michael
Messall, Patrick
MHT Super Pty. Ltd.
Miller, Samuel Garfield, Jr.
Mohan, Arun
Moon, Wang Sik
Moser, Christopher M.

████████████████

MSL Family Trust, The

█████████████████████

Musumeci, Antonio
Narayanan, Swathi Lakshmi Tirupattur
Neiman, Gary

3

Neste, Bradley
Nguyen, Phuc
███████████
Pae, Mitchell Chon
Pagnanelli, Victor Carl
Palm, Travis John
███████████
Paris Castle IV LLC
██████
Patel, Shilla Natvarbhai
Patil, Abhitabh Aneel
██████████████
Pham, Khai Trinh
Phonamenon Management Group LLC
Pierce, James
Pierson, Justin T.
██████
Plutus21 Blockchain Opportunities II SP
Plutus21 Blockchain Yield I SP
Pomeranz, Alex Aaron
█████████
Pundisto, Lalana
Pusnei, Alexandru
██████████████
Reitz, Spencer Mcdowell
RHMP Properties Inc.
Ritter, David
Ritter, Linda J.
Ritter, Paul
Robert, Joseph Murdoch
Robinson, Andrew Douglas
Salera, Manuel
Schroeder, Jesse
Sese LLC
Shar, Stephen Phillip
Sidibe, Aissata
██████████
Slater, Glen Brian
Sleeping1 LLC
Smith, David Silva
Smith, Nelson Courtney
Sondhi, Tarun

Souders, Jack Trayes
Stapleton, Paul
Steinborn, Steven Harold
Stevens, Daron Robert
██████████████
Stringer, Douglas Ross
Strobilus LLC
Sun, Siqi
Sutton, Sebastian
Swyftx Pty. Ltd.
Sypniewski, Christian
█████████
Tap Root LP
Thayer, Craig William
Thomas DiFiore Childrens GST Investment
       Irrevocable Trust
Tincher, Steven Jess
Tobias, Scott Jeffrey
██████████
Trebtow, Jens
Tremann, Christopher Ernest
Tuganov, Ignat
██████████
Tyler, Craig Edward
Ubuntu Love Pty. Ltd.
Valkenberg, Renaud
█████████
Vendrow, Vlad
███████████████
Vivas, Rafael
Wagner, Thomas Nichols
Walcott, Robert
Walkey, Thomas
Wang, Yidi
██████████
Wierman, Duncan Craig
██████████
Williams, Charles W.
Williams, Robert, II
Williamson, Hiram
Wiseman, Timothy
Wolf, Cody Lee
███████████████

4

Woodward, Laurie

Wu, Xinhan
Yao, Mark

Yeung, Tak H.

Young, John Martin
Yu, Byung Deok
Zhang, Xi
Zhong, Jimmy
Ziglu Ltd.
Zipmex Asia Pte. Ltd.
Zwick, Matthew James

5

## Appendix 2

**Client Match List**

**Client Match List**

| Matched Entity | Relationship to Debtors | Relationship to L&W[1] |
|---|---|---|
| Ernst & Young | Bankruptcy Professionals | Current Client, Prior Client |
| Deloitte & Touche LLP | Bankruptcy Professionals | Current Client, Prior Client |
| White & Case LLP | Bankruptcy Professionals | Prior Client |
| Finnegan, Henderson, Farabow, Garrett & Dunner, LLP | Ordinary Course Professionals | Prior Client |
| McCarthy Tetrault LLP | Ordinary Course Professionals | Prior Client |
| Uría Menéndez Abogados, S.L.P | Ordinary Course Professionals | Prior Client |
| Alameda Research Ltd | Top 50 Unsecured Creditors | Current Client |
| BNK To The Future | Retail Customers | Prior Client |

---

[1]   The term "Current Client" refers to an entity listed as a client in L&W's Client Database for whom time has been recorded in the past three years and L&W has at least one open matter. The term "Prior Client" refers to an entity listed as a client of an L&W attorney while such attorney was at a prior firm.