| | |
|---|---|
| Joshua A. Sussberg, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:     (212) 446-4800<br>Facsimile:      (212) 446-4900 | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:      (312) 862-2200 |

*Proposed Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF ADJOURNMENT OF DEBTORS' MOTION**
**SEEKING ENTRY OF (I) AN ORDER (A) APPROVING BIDDING**
**PROCEDURES FOR THE POTENTIAL SALE OF THE DEBTORS' ASSETS,**
**(B) SCHEDULING CERTAIN DATES WITH RESPECT THERETO, (C) APPROVING**
**THE FORM AND MANNER OF NOTICE THEREOF, (D) APPROVING BID**
**PROTECTIONS, (E) APPROVING CONTRACT ASSUMPTION AND ASSIGNMENT**
**PROCEDURES, (II) AN ORDER AUTHORIZING THE DEBTORS TO ENTER INTO A**
**DEFINITIVE PURCHASE AGREEMENT, AND (III) GRANTING RELATED RELIEF;**
**AND DEBTORS' MOTION SEEKING ENTRY OF AN ORDER (I) AUTHORIZING**
**THE DEBTORS TO PREPARE A CONSOLIDATED LIST OF CREDITORS**
**IN LIEU OF SUBMITTING A SEPARATE MAILING MATRIX FOR EACH DEBTOR,**
**(II) AUTHORIZING THE DEBTORS TO FILE A CONSOLIDATED LIST OF THE**
**DEBTORS' FIFTY LARGEST UNSECURED CREDITORS, (III) AUTHORIZING**
**THE DEBTORS TO REDACT CERTAIN PERSONALLY IDENTIFIABLE**
**INFORMATION, (IV) APPROVING THE FORM AND MANNER OF NOTIFYING**
**CREDITORS OF COMMENCEMENT, AND (V) GRANTING RELATED RELIEF**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

**PLEASE TAKE NOTICE** that on July 14, 2022, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Prepare a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) Authorizing the Debtors to File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information, (IV) Approving the Form and Manner of Notifying Creditors of Commencement, and (V) Granting Related Relief* [Docket No. 18] (the "Creditor Matrix Motion"). On July 25, 2022, the Debtors filed the *Debtors' Motion Seeking Entry of (I) an Order (A) Approving Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets, (B) Scheduling Certain Dates with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving Bid Protections, (E) Approving Contract Assumption and Assignment Procedures, (II) an Order Authorizing the Debtors to Enter Into a Definitive Purchase Agreement, and (III) Granting Related Relief* [Docket No. 188] (the "Bidding Procedures Motion," and together with the Creditor Matrix Motion, the "Motions").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motions has been adjourned to **September 1, 2022, at 10:00 a.m., prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motions and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius. You may also obtain copies of the Motions and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| New York, New York<br>Dated: August 12, 2022 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:     (212) 446-4800<br>Facsimile:       (212) 446-4900<br>Email:              jsussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:       (312) 862-2200<br>Email:              patrick.nash@kirkland.com<br>                        ross.kwasteniet@kirkland.com<br><br>*Proposed Counsel to the Debtors and*<br>*Debtors in Possession* |