

Terrance Lade

20665 235th St

Cornell, WI 54732

07/14/2022

The Honorable Judge Martin Glenn

United States Bankruptcy Court Southern District of New York

Alexander Hamilton U.S. Custom House

One Bowling Green

New York, New York 10004

Honorable Judge Martin Glenn,

   I would like to take a moment of your time; I had a personal injury settlement and was in contact with Celsius 7 times prior to me depositing my personal injury funds into their company and purchasing crypto coins. I was assured that Celsius was not only completely safe to hold and purchase coins, they would help produce high interest returns so my family would be able to maintain my health needs. I have been left paralyzed on my right side and my wife has the full-time job of taking care of my personal needs after my accident.

At the time Celsius froze all accounts we only had a few thousand dollars that was not invested with Celsius. We are now in jeopardy of losing our home and everything we own not to mention having money for basic living, food, utilities, and medical care. I have spoken to Celsius, Stretto, and Kirkland & Ellis. Celsius and Stretto stated "that basically I would have a better guess as what will happen then they do", Kirkland & Ellis haven't returned any emails or calls. Unfortunately, with all of our funds locked by Celsius we don't have the luxury of hiring a law firm.

Therefor we humbly ask that you prioritize release of our assets in kind meaning if we had 1 Bitcoin, we are returned 1 Bitcoin not a USD value of the Bitcoin or other assets which wildly fluctuate which could be severely damaging if Celsius is allowed to return current cash value of the assets instead of the actual asset "if we purchased the asset at a higher price than the current cash value". We would request that our interest rates on the assets continue to be accumulated until all assets are returned to us "in-kind" as originally agreed.

I realize that there are many people that are suffering due to Celsius at this time however I want to reiterate that we had placed our good faith and believed what we were told and trusted Alex Mashinsky with his weekly videos, he garnered our trust. I am asking to have a priority repayment of our assets so we may keep our house and maintain medical care due to my personal injury. If we would have ever thought that we were being deceived or that there was any risk to our assets we would have taken precautions to withdraw our assets as this is our only means of support.

We also would request a full and complete investigation into Alex Mashinsky and Celsius to come to a conclusion on how this was ever allowed to happen especially given the grand scale of the case, affecting and ruining countless lives. My family has been going through a living nightmare ever since Celsius has frozen our assets, not knowing how we will live day to day. We have not been able to sleep, eat, or experience a moment of peace from the actions of Mr. Mashinsky and Celsius.

Sincerely,

Terrance Lade

20665 235th St

Cornell, WI 54732

715-313-3828