M Gmail                                                                                                   Joyce Dibble <jedibble@gmail.com>

**[Celsius] Stablecoin Loan Request Approved**
1 message

**Celsius** <app@celsius.network>                                                                 Tue, Apr 26, 2022 at 7:00 AM
To: jedibble@gmail.com

# Loan Request Approved - Loan Detail Summary

Hello Joyce Elaine Dibble,

Congratulations! Your USDC loan request has been approved. Collateral has been deducted from your account and the USDC has been deposited. You can withdraw from your account at any time.

Below are the final loan details for your records, you can always see them in the loan section of the app.

| | |
|---|---|
| **Loan Number:** | 156507 |
| **Loan Amount:**<br>*The amount of credit you have requested to borrow provided to you or on your behalf* | $37,000.00 |
| **Loan Currency:** | USDC |
| **Interest Rate:**<br>*Annual percentage rate (APR), the cost of your credit as a yearly rate* | 0 % |
| **Total Interest:** | $0 |

*The dollar amount the loan credit will cost you*

| | |
|---|---:|
| **Total of Payments**<br>*The total amount you will pay by the end of the loan terms* | $37,000.00 |
| **Number of Payments:** | 1 |
| **Payment Is Due On:** | April 26, 2023<br>12:00 AM |
| **Loan to Value (LTV):**<br>*The Ratio of the loan amount to the collateral value* | 25 % |
| **Collateral:**<br>*The security interest you are providing* | 3.69522065<br>BTC |

You can also see these details in-app when you head over to the "borrow" section.

Want to learn more about Celsius loans? Press here.

If you did not make this request please contact Celsius Loans Support.

Click here to freeze your account immediately

---

| Celsius Network LLC | Celsius EU UAB | Celsius Network Limited | Celsius Lending LLC |
|---|---|---|---|
| 121 River St, PH05<br>Hoboken, NJ 07030 USA | Gedimino pr. 20<br>Vilnius 01103, Lithuania | The Harley Building, 77-79 New Cavendish Street<br>London W1W 6XB, United Kingdom | 121 River St, PH05<br>Hoboken, NJ 07030 USA |

© Celsius 2022       

August 17, 2022

Case No. 22-10964

To The Honorable Judge Glenn,

I am a borrower with Celsius Lending LLC having taken out one crypto backed loan on April 26, 2022. I used these funds to pay US and state taxes for tax year 2021. I entered what I thought was a simple collateralized loan contract with Celsius Lending to leverage my crypto assets to pay my taxes without having to sell my crypto assets. I would like to honor the original terms of the contract, pay off my loans in full, and receive the posted collateral back in kind. I know there are many other borrowers in a similar situation.

Thank you,

Joyce Elaine Dibble

Wilton, California