**Name:  Muhammad Shiraz Shafqat**
**Celsius Member ID: https://celsiusnetwork.app.link/1801866d46**
**Celsius loan ID:  160821**
**Origination date:  May 12, 2022**
**Maturity Date:  Nov 12, 2023**
**Locked collateral:  1.420472 ETH**
**Contract LTV: 25%**

To The Honourable Martin Glenn,
Sir, thank you for taking the time to read letters from users.

As of July 13, Celsius Network claims they are no longer liquidating retail loans or demanding
margin calls, but accepting loan repayments and continuing to hold coins posted as collateral.

As a retail user of Celsius Lending LLC, with a current loan repayment due in 2023, I want to honour my obligation of paying back the principal and interest on my loans so that I may receive my ~4x collateral back. However, it makes no financial sense to send money to a bankrupt company when it is unknown what will happen to my collateral. Sir, I am requesting special consideration for all future loans that are due and especially the ones that are ~4x collateralized.

In the month between halting withdrawals (June 13) and declaring bankruptcy (Wednesday July 13). Celsius Network paid off hundreds of millions of their own loans to gain
back their collateral into their possession.

**Sir, I humbly request you afford retail users the samé opportunity as Celsius Network: to**
**allow users to pay off their principal and interest in order to gain back their collateral to a**
**user's wallet outside of Celsius Network's control.**

Thank you again for your time and consideration in this matter.

Very Respectfully Yours,

Muhammad Shiraz Shafqat
+84915256147
40/10 Lam Son, Ward 2, Tan Binh District
HCMC, Vietnam
[shiraz.shafqat1@gmail.com](shiraz.shafqat1@gmail.com)
Member ID:  1801866d46





