Dear Judge Glenn

I would like to seek justice and empathy from the court and seek your kind assistance to allow the withdrawals of funds from the Celsius platform for depositors like myself.

As you may be aware, depositors of Celsius have been clearly misinformed and mislead into storing our hard-earn savings in a company who have constantly marketed and modelled themselves as better than a traditional bank.

The most recent event of locking our funds has caused immeasurable suffering and pain to many of the depositors and though i cannot share the grievances of all, i, for one, have had to deal with incapacity to fully execute the care required for my aging parents due to the locked funds in my Celsius platform.

It is one of the worst and painful feelings in the world to be strip off the duty (filial piety) to help your loved ones and i hope i would be given the power to resume that again.

Celsius has always promised that our funds were safe and that we will always have access should we require them. This has been iterated on various platforms and marketing tools, and even by Alex, himself.

I humbly request that you help us gain our funds back so we can put this unpleasant and anxious situation behind us and restore some semblance of dignity in our lives. Thank you for again for your time and consideration in this matter and have a pleasant week ahead.

P.S. I have also included some screenshots from my emails with Celsius who have neglected the needs of someone in dire need of help, however little. Their recent actions are more self-serving and have completely neglect of the roles and responsibilities of a company who are sincere in helping their depositors.

Yours Respectfully
Mohamed Lokman Bin Mohd Yusof



**Mohamed Lokman Mohd Yusof** <thursdaypin@gmail.com>
to Celsius ▾

Sat, Jun 25, 11:24 PM  ☆  ↩  ⋮

Hi Celsius

Could we look at some partial withdrawals, please? I desperately need help with my mum's medical bills at this time and the point of having assets in Celsius in the first place was to have that sort of liquidity.

I am not seeking the complete withdrawals of my funds but at least the coins listed above so i can use the funds to provide aid for mum. She means the world to me. I have already sought help from my friends and family but there is so much they can do.

Sincerely hope you can help me with this. i understand that the amount isn't much but it is something really I need to assess presently. My mum is sick and we need the money for her healthcare. =((

Thank you.

•••



**Celsius Network**
to me ▾

Mon, Jun 27, 2:59 PM  ☆  ↩  ⋮

##– Please type your reply above this line –##

Your request (#1029398) has been updated. To add additional comments, reply to this email.



**Customer Care Expert** (Celsius Network)
Jun 27, 2022, 06:59 UTC

Hello Mohamed,

Not at this time. We sympathize with your need to transfer assets because of a medical emergency, however, in light of this recent situation, we cannot process any withdrawals. We will make note of your request and take it into consideration once possible.

More information is available in a blog posted at blog.celsius.network.

For additional assistance, please reply to this email or simply call us at 1-866-HODL-NOW (1-866-463-5669). We are looking forward to your call.

Best regards and HODL on!

Read our FAQs and learn more from our Help Center https://support.celsius.network/hc/en-us



**Customer Care Expert** (Celsius Network)

Jun 25, 2022, 08:45 UTC

Hello Mohamed,

Thank you for connecting with Celsius.Network Customer Care.

We can certainly appreciate the need to urgently transfer assets, however, in light of this recent situation, we cannot process any withdrawals. Our intention is to honor all withdrawals, over time, and we will make note of your request and take it into consideration once withdrawals are possible.

If you have any questions regarding the above, please do not hesitate to contact us.

For additional assistance, please reply to this email or simply call us at 1-866-HODL-NOW (1-866-463-5669). We are looking forward to your call.

Best regards and HODL on!

Read our FAQs and learn more from our Help Center https://support.celsius.network/hc/en-us



**thursdaypin@gmail.com**

Jun 25, 2022, 06:14 UTC

...

Hi Celsius

I just caught up with the news recently and noticed that withdrawals have been suspended. I do not have much money in the account but I really need to liquidate all my available assets now because my mum is in dire need of money due to age related health issues. I have always been a supporter of Celsius and hope you could please help me out this once.

I promise not to share this information with anyone because of my current situation. I look forward to hearing from you and thank you.

Thank you.

Sincerely
Mohamed Lokman

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity.

©2022 Celsius Network

Caption

.