FISHERBROYLES LLP
Hollace T. Cohen, Esq.
445 Park Avenue, 9th Floor
New York, N.Y. 10022
Telephone:  917-365-4871
Facsimile: 212-423-0618
Email:  Hollace.cohen@fisherbroyles.com

Counsel for Vincent Theodore Goetten

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, et al., [1]<br><br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that FisherBroyles, LLP hereby submits this Notice of Appearance and Request for Service of Papers and, pursuant to 11 U.S.C. §1109(b) and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), appears in the cases of the above-captioned debtors as counsel to Vincent Theodore Goetten and requests that copies of all notices and pleadings given or required to be given and all papers served or required to be served in the above-captioned cases, be delivered to and served upon the

---

[1] The debtors in these chapter 11 cases, along with the last digits of each Debtors' federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending, LLC (3390); and Celsius US Holding LLC (7956).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05 Hoboken, New Jersey 07030.

counsel identified below at the following address. In addition, it is respectfully requested that pursuant to Rule 2002(g) of the Bankruptcy Rules, the following also be added to the Master Service List:

>Hollace T. Cohen, Esq.
>FisherBroyles, LLP
>445 Park Avenue, 9th Floor
>New York, N.Y. 10022
>Telephone: 917-365-4871
>Facsimile: 212-423-0618
>Email: Hollace.cohen@fisherbroyles.com

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Bankruptcy Rules, the foregoing request includes, without limitation, all orders and notices, including, but not limited to, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, orders to show cause, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by United States overnight or electronic mail, facsimile, hand delivery, telephone, telegraph, telex, telecopier or otherwise.

PLEASE TAKE FURTHER NOTICE that if any limited service lists are used in this proceeding, the undersigned requests inclusion thereon.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not constitute a submission by Vincent Theodore Goetten to the jurisdiction of the Bankruptcy Court. This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed or construed to be a waiver or release of any of Vincent Theodore Goetten's substantive or procedural rights, including, without limitation: (1) the right to have final orders in

non-core matters entered only after *de novo* review by a district court judge; (2) the right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related to this case; (3) the right to have the reference withdrawn by the United States District Court for the Southern District of New York in any matter subject to mandatory or discretionary withdrawal or the right to seek abstention in favor of any state court, or (4) other rights, claims, actions, defenses, setoffs, or recoupments to which Vincent Theodore Goetten is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are hereby expressly reserved. Nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated: August 23, 2022                                    FISHERBROYLES, LLP

                                                                      By: */s/ Hollace T. Cohen*
                                                                         Hollace T. Cohen, Esq.
                                                                         FisherBroyles, LLP
                                                                         445 Park Avenue, 9th Floor
                                                                         New York, N.Y. 10022
                                                                         Telephone: 917-365-4871
                                                                         Facsimile: 212-423-0618
                                                                         Email: Hollace.cohen@fisherbroyles.com

                                                                         Attorneys for Vincent Theodore Goetten