WILLIAM K. HARRINGTON
United States Trustee
U.S. Department of Justice            **Hearing Date:** September 14, 2022
Office of the United States Trustee   **Hearing Time**: 2:00 p.m.
201 Varick Street, Room 1006
New York, NY 10014
Tel. (212) 510-0500

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| ------------------------------------------------ | x | |
| *In re* | : | Chapter 11 |
| | : | |
| CELSIUS NETWORK LLC., *et al.,*[1] | : | Case No. 22-10964 (MG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| ------------------------------------------------ | x | |

## NOTICE OF THE UNITED STATES TRUSTEE'S MOTION TO APPOINT EXAMINER

**PLEASE TAKE NOTICE** that upon this Notice of Motion, the United States Trustee for Region 2 (the "United States Trustee"), will move this Court before the Honorable Martin Glenn, Bankruptcy Judge, in the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 on **September 14, 2022 at 2:00 p.m.**, (the "Hearing") or as soon thereafter as counsel can be heard, for an order authorizing the appointment of an examiner in these bankruptcy cases and for such other and further relief as this Court may deem just and proper. The original Motion is on file with the Clerk of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing will be held via Zoom for Government. Participants are required to register their appearance by 4:00 PM the day before the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

1

Hearing by using the eCourtAppearance portal located on the Court's website, https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl, or by clicking the "eCourtAppearances" tab on Judge Glenn's page of the Court's website at, http://www.nysb.uscourts.gov/content/judge-martin-glenn.

**PLEASE TAKE FURTHER NOTICE** that any responsive papers should be filed with the Court and served on the United States Trustee, at 201 Varick Street, Suite 1006, New York, New York 10014, Attention: Shara Claire Cornell, Esq. (shara.cornell@usdoj.gov), no later than seven (7) days prior to the return date set forth above.  Such papers shall conform to the Federal Rules of Civil Procedure and identify the party on whose behalf the papers are submitted, the nature of the response, and the basis for such response.  Failure to provide this information may be grounds to strike the response or to grant the motion by default.

Dated: New York, New York
       August 24, 2022

                              Respectfully submitted,

                              WILLIAM K. HARRINGTON
                              UNITED STATES TRUSTEE, REGION 2

By:   */s/ Shara Claire Cornell*
       Shara Claire Cornell
       Trial Attorney
       Office of the United States Trustee
       U.S. Federal Office Building
       201 Varick Street, Room 1006
       New York, NY 10014
       Tel. (212) 510-0500