# CERTIFICATE OF SERVICE

   I, Daniel A. Frishberg, hereby certify that on the 22nd day of August, 2022 I served notice on Celsius Networks LLC (the Debtor in this case) and their attorneys at the law firm of Kirkland and Ellis (see Exhibit A and B). I have also filed the notice with the court (docket number 590) and it has been posted to Stretto's website (the company hired to serve notice to people by Celsius).

   Celsius has been served both by email and by Twitter message, and Celsius's representatives have responded to the notice, which means they got it. Mr. Patrick Nash has also responded and confirmed that he has received the notice. They know this hearing is happening, and when/where it is happening, and I certify that I made a good faith effort to inform them of this.

08/24/2022
Daniel Frishberg

## Exhibit A.

to Patrick, Heidi, Josh, Alison, info@kirkland.com

Dear Kirkland and Ellis,
I'm pretty sure this is acceptable notice

https://cases.stretto.com/public/x191/11749/PLEADINGS/1174908032280000000074.pdf

Google wasnot super helpful about how to serve someone in a bankruptcy case. It's on the website (stretto) so I'm sure you guys must have seen it. If you could confirm you got it that would be great. I then will write and sign a affidavit saying I served you.

Daniel

---

Mon, Aug 22, 7:28 PM (2 days ago)

Almost forgot, the hearing is on the 1st of September at 10AM EST

---

**Nash, Patrick J.**      Mon, Aug 22, 9:04 PM (2 days ago)
to me, Heidi, Josh, Alison, info@kirkland.com

Danny, good work drawing this up and getting it docketed. We'll circle back to you.

Patrick J. Nash Jr.
Kirkland & Ellis LLP
300 N. LaSalle Street
Chicago IL 60654
(O): 312-862-2290
(M): 224-221-7237
(M): 773-343-3842

## Exhibit B.

Exhibit C:



Exhibit D:

