| | |
|---|---|
| Joshua A. Sussberg, P.C. | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS LLP** | Ross M. Kwasteniet, P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | **KIRKLAND & ELLIS LLP** |
| 601 Lexington Avenue | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| New York, New York 10022 | 300 North LaSalle Street |
| Telephone:    (212) 446-4800 | Chicago, Illinois 60654 |
| Facsimile:    (212) 446-4900 | Telephone:    (312) 862-2000 |
| | Facsimile:    (312) 862-2200 |

*Proposed Counsel to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF CHRIS FERRARO IN SUPPORT OF DEBTORS' OBJECTION TO
MOTION FOR RELIEF FROM AUTOMATIC STAY**

I, Chris Ferraro, declare:

1.  I am the Chief Financial Officer ("CFO") of Debtor Celsius Network LLC ("Celsius Network" or "Celsius"). As CFO, I am familiar with litigation filed against the Debtors prior to the filing of the chapter 11 cases on July 13, 2022 (the "Petition Date"). I submit this Declaration in support of the Debtors' Objection to Creditor Daniel A. Frishberg's Motion For Relief From Automatic Stay.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the complaint filed by Frishberg in small claims court in Hillsborough County, Florida, on July 11, 2022. I understand that the Debtors do not have insurance coverage for Frishberg's claim.

3.      I am aware of approximately thirty other actions against one or more of the Debtors that have been filed in small claims courts across the country. In general, these small claims actions assert state law claims related to Celsius's June 12, 2022, decision to pause any withdrawals or movement of assets on its platform after that date.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 25, 2022, at Quito, Ecuador.

/s/ Chris Ferraro

Chris Ferraro

# Exhibit A

IN THE CIRCUIT COURT OF THE THRTEENTH JUDICIAL CIRCUIT,
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

22--50333

Plaintiff(s): Daniel Anatoly Frishberg

Case Number:

Division: P

vs

Defendant(s): Celsius Networks LLC
C/O Registered Agent Title MGR Mashinsky, Alexander

Address: 121 River St PH
(number) (street)

Hoboken    NJ    07030-5982
(city)   (state)   (zip code)

Phone: 866-463-5669

## STATEMENT OF CLAIM

Plaintiff(s) sues defendant(s) for damages which do not exceed $8,000.00 exclusive of costs and interest for (check one category below):

☐ Auto Accident occurring on or about _____ in the vicinity of _____, in _____ County, Florida caused by negligent operation of a vehicle operated by _____ and owned by _____ resulting in damages, described below.
☐ Goods sold by Plaintiff; goods and prices and credits listed below.
☐ Work done and materials furnished; time and materials, showing charges and credits, listed below.
☒ Money lent to defendant on 12/09/2021 with interest owed since 7/6/2022.
☐ Promissory Note executed on _____, copy attached; defendant failed to either pay the note, or an installment payment, and interest is owed since _____, plus attorney's fees.
☐ Account Stated for an agreed balance owed on business transactions between the parties, the defendant did not object to the statement of account presented, a copy of which is attached.
☐ Other claim - Please specify: _____.

Explain below the details (what happened, dates, times, place, etc.) of your claim. This section must be completed. Attach additional pages if needed.

I Requested to close my "earn" account on 7/6/2022 and to transfer the assets to my "custody" account. As is allowed under their ToS. On 7/9/2022 the 3 day deadline they had expired. The way they used the funds is questionable with allegations of fraud and a ponzi scheme.

Revised 01/05/2021

Page 1 of 2

☐ Attached is a copy of any written document(s) that is/are the basis of this claim.

**WHEREFORE**, the Plaintiff(s) demand judgment in the principal sum of $ __3400__
Plus costs, if known, (summons, service) in the amount of $ ~~1000~~ 599.99
Plus interest in the amount of $ ____
TOTAL $ __3999.99__

*Mailing Only!*

Plaintiff Address:
17041 North Campus Mail center
TAmpa, Florida, 33620
____

Signature of Plaintiff(s)
Daniel Frishberg
Print name of Plaintiff(s)

Telephone Number __754-237-8472__    Title (if applicable) ____
Email Addresses: __Dannyfrishberg@gmail.com__

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

The foregoing instrument was sworn to or affirmed and signed before me this __11__ day of __July__ __2022__, by __Daniel Frishberg__ who is personally known to me or who has produced __FL ID__ identification and who did [✗] did not [ ] take an oath.

CINDY STUART
As Clerk of the Court

____
As Deputy Clerk

____
Notary Public

____
Typed or Printed Name

Revised 01/05/2021                                                    Page 2 of 2

Statement of Claims Continued.

Celsius, it's executives and it's owner/CEO Alex Mashinsky made numerous, continuous promises that everyone would be able to withdraw their assets whenever they wanted. Alex was on twitter telling everyone that everything is fine and making everyone belive that everything will be okay, up until the day before Celsius closed withrawals for almost a month (so far...). With no clear timeline for resuming withrawals. What is clear: Celsius took very high risks with depositors money, and took large losses. They admitted to ~~$54~~ million losses in "BadgerDao", they also lost ~58% of their investment in the "Bancor" Liquidity Protocol. Celsius also spent ~$350 million buying "CEL" (their own token which they had billions of dollars worth at the time). Sometimes on the same exchanges as CFO Alex Mashinsky sold ~$45 million worth of "CEL" on. According to on-chain analysis by Arkham. This is just some of the known trades they did. More importantly however, they violated their own terms of service by not closing my "earn" account and/or allowing me to withdraw funds. However, part of their TOS allows them to limit withdrawals, but it says nothing about limiting the closing of accounts. By not closing the "earn" they broke the contract, which under Florida law means the contract is null and void and the assets I transfered over can be recovered which is what I'm doing now. This also voids the arbitration clause/other jurisdictional wavers.

FORM 1.997.       CIVIL COVER SHEET

CLERK OF CIRCUIT COURT
'22 JUL 12 AM 8:46

The civil cover sheet and the information contained in it neither replaces nor supplement the filing and service of pleadings or other documents as required by law. This form shall be filed by the plaintiff or petitioner with the Clerk of Court for purpose of reporting uniform data pursuant to section 25.075, Florida Statute. (See instructions for completion.)

1. **CASE STYLE**

   In the Circuit Court of the Thirteenth Judicial Circuit for Hillsborough County, Florida

   Daniel Anatoly Frishberg
   Plaintiff(s)

   Case Number: 22 CC 50333
   Division: P

   vs

   Celsius Network LLC
   Defendant(s)

2. **AMOUNT OF CLAIM**

   Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purposes.

   [✓] $8,000 or less      ~$3,000 (crypto currency)
   [ ] $8,001 - $30,000
   [ ] $30,001 - $50,000
   [ ] $50,001 - $75,000
   [ ] $75,001 - $100,000
   [ ] over $100,000.00

3. **TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an X in both the main category and subcategory boxes.

   **CIRCUIT CIVIL**

   [ ] Condominium
   [X] Contracts and indebtedness
   [ ] Eminent domain
   [ ] Auto negligence

   [ ] Negligence – other
      [ ] Business governance
      [ ] Business torts
      [ ] Environmental/Toxic tort
      [ ] Third party indemnification
      [ ] Construction defect

   [ ] Homestead residential foreclosure $50,001 - $249,999
   [ ] Homestead residential foreclosure $250,000 or more
   [ ] Non-homestead residential Foreclosure $0 - $50,000
   [ ] Non-homestead residential Foreclosure $50,001-$249,999
   [ ] Non-homestead residential Foreclosure $250,000 or more
   [ ] Other
      [ ] Antitrust / trade regulation
      [ ] Business transactions
      [ ] Constitutional challenge – statute or ordinance
      [ ] Constitutional challenge – proposed amendment

Form 1.997 (Revised 04/01/2022)                                                                                          Page 1 of 3

- [ ] Mass tort
- [ ] Negligent security
- [ ] Nursing home negligence
- [ ] Premises liability – commercial

- [ ] Premises liability – residential
- [ ] Products liability
- [ ] Real property / Mortgage foreclosure
  - [ ] Commercial foreclosure $0 - $50,000
  - [ ] Commercial foreclosure $50,001 - $249,999
  - [ ] Commercial foreclosure $250,000 or more
  - [ ] Homestead residential foreclosure $0 - $50,000

- [ ] Corporate trusts
- [ ] Discrimination – employment or other
- [ ] Insurance claims
- [ ] Intellectual property

- [ ] Libel / Slander
- [ ] Shareholder derivative action
- [ ] Securities litigation
- [ ] Trade secrets
- [ ] Trust litigation

**COUNTY CIVIL**

- [x] Small Claims
- [ ] Civil
- [ ] Real property/Mortgage foreclosure
- [ ] Replevins
- [ ] Evictions
  - [ ] Residential Evictions
  - [ ] Non-Residential Evictions
- [ ] Other civil (non-monetary)

4. **REMEDIES SOUGHT** (Check all that apply):
   - [x] Monetary;
   - [x] Non-monetary declaratory or injunctive relief: Allowing me to withraw my assets (Crypto Currency) in full immediatly without additional fees other than network transaction fee.
   - [ ] Punitive

5. **NUMBER OF CAUSES OF ACTION**: _____
   (Specify) Not allowing me to terminate my "loan" to them as allowed in Section #3, Subsection D. And Section 11. And most importantly Section #19 of the TOS.

6. **IS THIS CASE A CLASS ACTION LAWSUIT?**
   - [ ] Yes
   - [x] No

7. **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
   - [x] No
   - [ ] Yes. If "Yes", list all related cases by name, case number and court. _____

8. **IS JURY TRIAL DEMANDED IN COMPLAINT?**
   - [x] Yes
   - [ ] No

Form 1.997 (Revised 04/01/2022)                                                                 Page 2 of 3

9. **DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**

☐ Yes
☒ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of General Practice and Judicial Administration 2.425.

Signature _____    FL Bar Number _____
         Attorney or Party                    (Bar Number if attorney)

Daniel Frishberg                    7/11/2022
Type or Print Name                  Date