SUSAN ADLER, ESQ
630 Third Avenue
New York, New York 10017
212-867-9595
nycsa@aol.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| CELSIUS NETWORK LLC, et al. | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

_____

## CERTIFICATION OF SERVICE

I, Susan Adler, do hereby certify as follows:

1.      I am the attorney for Odette Wohlman.

2.      On August 25, 2022, I caused the following documents to be served on the parties

shown on Exhibit "1", *via* the Court's CM/ECF electronic filing system ECF Doc. #613.

Pursuant to 28 U. S. C. § 1746, I hereby certify that the foregoing statements made by me

are true. I am aware that if any of the foregoing statements made by me are willfully false, I am

subject to punishment.

Dated: New York, New York
       August 27, 2022

                                    /s/ Susan Adler_____
                                    Susan Adler

## EXHIBIT "1"

David J. Adler on behalf of Creditor Anabelle Dias
dadler@mccarter.com

David J. Adler on behalf of Creditor Christopher Little
dadler@mccarter.com

David J. Adler on behalf of Creditor John Dzaran
dadler@mccarter.com

David J. Adler on behalf of Creditor Keith Suckno
dadler@mccarter.com

David J. Adler on behalf of Creditor Monika Kosa
dadler@mccarter.com

David J. Adler on behalf of Creditor Paola Leano Peralta
dadler@mccarter.com

David J. Adler on behalf of Unknown Martin Langlois
dadler@mccarter.com

Nelly Cessiska Almeida on behalf of Stockholder Celsius New SPV Investors, LP
nalmeida@milbank.com,
jbrewster@milbank.com;aheine@milbank.com;mwyanez@milbank.com;nelly-almeida-8701@ecf.pacerpro.com

Nelly Cessiska Almeida on behalf of Stockholder Celsius SPV Investors, LP
nalmeida@milbank.com,
jbrewster@milbank.com;aheine@milbank.com;mwyanez@milbank.com;nelly-almeida-8701@ecf.pacerpro.com

Nelly Cessiska Almeida on behalf of Stockholder Community First Partners, LLC
nalmeida@milbank.com,
jbrewster@milbank.com;aheine@milbank.com;mwyanez@milbank.com;nelly-almeida-8701@ecf.pacerpro.com

Michael Andolina on behalf of Creditor Committee The Official Committee of Unsecured Creditors
mandolina@whitecase.com, jdisanti@whitecase.com,mco@whitecase.com

Darren T. Azman on behalf of Interested Party Cred Inc. Liquidation Trust
dazman@mwe.com, mco@mwe.com;cgreer@mwe.com

Alexandra Steinberg Barrage on behalf of Unknown Ripple Labs Inc.

abarrage@dwt.com

Shawn M. Christianson on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

Marvin E. Clements, Jr. on behalf of Creditor TN Dept of Commerce and Insurance
agbanknewyork@ag.tn.gov

Hollace T. Cohen on behalf of Creditor Vincent Theodore Goetten
hollace.cohen@fisherbroyles.com

Aaron Colodny on behalf of Creditor Committee The Official Committee of Unsecured Creditors
aaron.colodny@whitecase.com

Dawn R. Copley on behalf of Unknown Thomas Shannon, D.D.S.
dcopley@dickinsonwright.com, tcorey@dickinsonwright.com

Shara Claire Cornell on behalf of U.S. Trustee United States Trustee
shara.cornell@usdoj.gov

Anthony J. DeGirolamo on behalf of Creditor Eric Wohlwend
tony@ajdlaw7-11.com

Roma N Desai on behalf of Interested Party Texas State Securities Board
roma.desai@oag.texas.gov

Thomas Robert Dominczyk on behalf of Creditor AmTrust North America, Inc. on behalf of
Associated Industries Insurance Company, Inc.
tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com

Daniel Eggermann on behalf of Unknown Tether International Limited
deggermann@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com

Stuart P. Gelberg on behalf of Creditor Clint Petty
spg@13trustee.net

Jeffrey R. Gleit on behalf of Interested Party Ashraf Elshafei
jeffrey.gleit@afslaw.com, lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com

Brian D. Glueckstein on behalf of Creditor Alameda Research LLC
gluecksb@sullcrom.com, s&cmanagingclerk@sullcrom.com;brian-glueckstein-
5384@ecf.pacerpro.com

Brian G. Hannon on behalf of Creditor Peter Polombo
bhannon@norgaardfirm.com,
sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

Samuel P Hershey on behalf of Creditor Committee The Official Committee of Unsecured Creditors
shershey@whitecase.com, mcosbny@whitecase.com,jdisanti@whitecase.com

Mitchell Hurley on behalf of Plaintiff Celsius KeyFi LLC
mhurley@akingump.com, bkemp@akingump.com

Mitchell Hurley on behalf of Plaintiff Celsius Network LLC
mhurley@akingump.com, bkemp@akingump.com

Mitchell Hurley on behalf of Plaintiff Celsius Network Limited
mhurley@akingump.com, bkemp@akingump.com

Barry R. Kleiner on behalf of Creditor Brendan White
dkleiner@kkwc.com

Deborah Kovsky-Apap on behalf of Interested Party Ad Hoc Group of Withhold Account Holders
deborah.kovsky@troutman.com, kay.kress@troutman.com

Tyler Nathaniel Layne on behalf of Creditor RH Montgomery Properties, Inc.
tyler.layne@wallerlaw.com, chris.cronk@wallerlaw.com

Thomas Scott Leo on behalf of Creditor GREAT AMERICAN INSURANCE COMPANY
sleo@leolawpc.com, emartinez@leolawpc.com

Seth H. Lieberman on behalf of Creditor Thomas DiFiore
slieberman@pryorcashman.com, cfrench@pryorcashman.com

Edward J. LoBello on behalf of Creditor Nol and Nhat Van Meyer
elobello@msek.com

Hugh R. McCullough on behalf of Unknown Ripple Labs Inc.
hughmccullough@dwt.com, elainehuckabee@dwt.com;SEADocket@dwt.com

Joshua Mester on behalf of Stockholder CDP Investissements Inc.
jmester@jonesday.com

Layla Milligan on behalf of Interested Party Texas State Securities Board
Layla.Milligan@oag.texas.gov

Julie F. Montgomery on behalf of Creditor SAP America, Inc.
jmontgomery@brownconnery.com

Michael D. Morris on behalf of Interested Party State of Wisconsin - Dep't of Financial

Instutions
[morrismd@doj.state.wi.us](mailto:morrismd@doj.state.wi.us), [radkeke@doj.state.wi.us](mailto:radkeke@doj.state.wi.us)

Mark Norgaard on behalf of Creditor Peter Polombo
[mnorgaard@norgaardfirm.com](mailto:mnorgaard@norgaardfirm.com), [crose@norgaardfirm.com;sferreira@norgaardfirm.com](mailto:crose@norgaardfirm.com)

Kyle J. Ortiz on behalf of Interested Party Ad Hoc Group of Custodial Account Holders
[kortiz@teamtogut.com](mailto:kortiz@teamtogut.com),
[dperson@teamtogut.com;aoden@teamtogut.com;aglaubach@teamtogut.com;eblander@teamtogut.com;bkotliar@teamtogut.com;gquist@teamtogut.com;astolp@teamtogut.com](mailto:dperson@teamtogut.com)

Gregory F Pesce on behalf of Creditor Committee The Official Committee of Unsecured Creditors
[gregory.pesce@whitecase.com](mailto:gregory.pesce@whitecase.com), [jdisanti@whitecase.com,mco@whitecase.com](mailto:jdisanti@whitecase.com)

John Reding on behalf of Creditor Illinois Secretary of State
[john.reding@ilag.gov](mailto:john.reding@ilag.gov)

Kyle William Roche on behalf of Creditor KeyFi Inc.
[kyle@rochefreedman.com](mailto:kyle@rochefreedman.com), [akaradjas@rochefreedman.com](mailto:akaradjas@rochefreedman.com)

Kyle William Roche on behalf of Creditor Jason Stone
[kyle@rochefreedman.com](mailto:kyle@rochefreedman.com), [akaradjas@rochefreedman.com](mailto:akaradjas@rochefreedman.com)

Kyle William Roche on behalf of Defendant KeyFi, Inc.
[kyle@rochefreedman.com](mailto:kyle@rochefreedman.com), [akaradjas@rochefreedman.com](mailto:akaradjas@rochefreedman.com)

Kyle William Roche on behalf of Defendant Jason Stone
[kyle@rochefreedman.com](mailto:kyle@rochefreedman.com), [akaradjas@rochefreedman.com](mailto:akaradjas@rochefreedman.com)

Jennifer Rood on behalf of Creditor Vermont Dept. of Financial Regulation
[jennifer.rood@vermont.gov](mailto:jennifer.rood@vermont.gov)

Abigail Ryan on behalf of Interested Party Texas State Securities Board
[abigail.ryan@oag.texas.gov](mailto:abigail.ryan@oag.texas.gov)

William D Schroeder, Jr on behalf of Creditor EMCO Technology, Inc.
[schroeder@jrlaw.org](mailto:schroeder@jrlaw.org), [healey@jrlaw.org](mailto:healey@jrlaw.org)

Paul N. Silverstein on behalf of Interested Party Creditor Rights Coalition
[paulsilverstein@huntonak.com](mailto:paulsilverstein@huntonak.com)

Joshua Sussberg on behalf of Debtor Celsius KeyFi LLC
[jsussberg@kirkland.com](mailto:jsussberg@kirkland.com), [hannah-kupsky-3566@ecf.pacerpro.com](mailto:hannah-kupsky-3566@ecf.pacerpro.com)

Joshua Sussberg on behalf of Debtor Celsius Lending LLC

jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com

Joshua Sussberg on behalf of Debtor Celsius Mining LLC
jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com

Joshua Sussberg on behalf of Debtor Celsius Network Inc.
jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com

Joshua Sussberg on behalf of Debtor Celsius Network LLC
jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com

Joshua Sussberg on behalf of Debtor Celsius Network Limited
jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com

Joshua Sussberg on behalf of Debtor Celsius Networks Lending LLC
jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com

Joshua Sussberg on behalf of Debtor Celsius US Holding LLC
jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com

David Turetsky on behalf of Creditor Committee The Official Committee of Unsecured
Creditors
david.turetsky@whitecase.com, jdisanti@whitecase.com,mco@whitecase.com

United States Trustee
USTPRegion02.NYECF@USDOJ.GOV

Morris D. Weiss on behalf of Creditor RH Montgomery Properties, Inc.
morris.weiss@wallerlaw.com, sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com

Dina L. Yunker Frank on behalf of Creditor Washington State Taxing Agencies
bcuyunker@atg.wa.gov

Evan J. Zucker on behalf of Interested Party John Marchioni
ezucker@blankrome.com, eDocketing@blankrome.com