United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Phone: 212.688.2870

August 11, 2022



Celsius Network LLC, et al (Celsius), Case Number 22-10964 (MG)

To the Honorable Judge Martin Glenn,

1. I request that the court grant Celsius permission to allow customers, such as myself, to transfer coins which are in both custody and earn accounts to apply them to our loans with Celsius. I have a significant amount of USDC that can be returned to Celsius towards repayment of my loans. This will greatly help to regain collateral. I am sure there are others in the same situation I find myself with coins that can repay a loan but without access to the coins to do so.

2. I have 21 small loans with Celsius which I have listed below (2a). The USDC I borrowed is still in my earn account and can be applied to the loans to repay them. Since the total of the small loans is quite large and I do not have available funds on hand to repay the loans via wire transfer, it would be deeply appreciated that Celsius be allowed to transfer the borrowed USDC from my earn account to the loans listed below. If the court cannot grant this request, I would like to request that upon reopening Celsius make this an option before possible liquidation of my collateral. This will go a long way towards showing they are still willing to fulfil their original stated vision of making every individual financially independent. This vision statement was posted to their website for all visitors to see. Like many others, I admired his goal to help the 'little guy' so I deposited all my crypto funds I had amassed over several years of hard work.
    a. #138218  #138452  #138541  #138745  #139586  #139922  #140284  #140527  #140755  #141516  #141936  #142047  #142488  #142750  #143065  #143190  #143311  #143544  #143733  #143815 and #143927

3. Celsius' mismanagement and inadequate risk management which allowed our funds to be placed in this present situation played a major role in leading to this bankruptcy filing.

4. I would like to suggest an option to the court and those in the restructuring plan. I believe all profits from any of Celsius' and Mr. Mashinsky's future ventures and business should be spread out equally amongst the creditors. This way each creditor can regain their coins until eventually all has been restored. No one will have to wait longer than others to start regaining their coins. This method can help to alleviate financial distress for all. Implementing this option will show that Celsius is still dedicated to their original goal of making every individual financially independent.

5. As many others who believed in Celsius and Mr. Mashinsky's vision, I placed my trust in his words. Being a former housewife with very little social security coming to me, I worked for several years volunteering for overtime on my job to gain additional money to invest in cryptocurrencies. In hopes of having a retirement nest egg, I invested every portion of my income beyond living expenses. I trusted that Celsius was a safe place to store and protect my future retirement money. To now find out that my assets, which I worked so hard for over the past few years, may be lost due to mismanagement is devastating and like so many others, I often cannot sleep at night worrying how I will survive in the future. I implore Mr. Mashinsky and the officers at Celsius Network to do for their customers what they, themselves would want if they were us customers.

Respectfully,

*Heidi E. Newell*

Heidi E. Newell