# **CERTIFICATE OF SERVICE**

I, Daniel A. Frishberg, do hereby certify on the 29th day of August, 2022, that I served *Response To The Official Committee Of Unsecured Creditors' Objection To Creditor Daniel A. Frishberg's Motion For Relief From The Automatic Stay* upon Kirkland and Ellis[1] (who are representing Celsius Networks LLC).

I also served notice on Celsius Networks LLC via email and Twitter[2] message. The email was received since their system responded[3].

Exhibit A:



Exhibit B:



---

[1] See exhibit A and B. They did not respond.
[2] See Exhibit C
[3] See Exhibit D

Exhibit C:

 



Hello. We will announce all updates on our channels after they are made public. -JH

Aug 22, 2022, 8:08 PM

Why would a update about a ticket of mine be public?

Aug 22, 2022, 9:10 PM



It would not. The Chapter 11 case and updates are made public. Your support ticket regarding account closure will be responded to via email when there is more news. -JH

Aug 22, 2022, 11:30 PM

But the account already doesn't exist. Y'all just never got around to closing it.

Aug 23, 2022, 1:27 AM

This is formal notice of my response to the UCCs objection/support of your objection.

cases.stretto.com/public/x191/11...

2:42 AM

Exhibit D:

