Thierry HENRY
41 Avenue Lucien Clause
91220 Bretigny Sur Orge
Tél : 0619982275



U.S. BANKRUPTCY COURT

Chief Judge Martin Glenn

One Bowling Green

New York, NY 10004-1408

Chambers: (212) 284-4551

Courtroom: 523

23th August 2022,

Dear Honorable Judge Martin Glenn,

My name is Thierry HENRY and I am a Celsius customer with a little over $7 k worth of deposits that are locked up in Celsius. I am a self-represented individual in this ongoing bankruptcy proceeding.

In May 2022 and June 2022, i send around $7k of Bitcoin and Ethereum. I know it doesn't seem a big amount compared to some people, but for me it's a lot of money.

Like a lot of people i don't know what to do. I received a letter from your office a week ago.

I would like to thank you for your service, especially the attention you have now focused on the Celsius bankruptcy case.

Even though I'm not an American citizen, I have trust in our legal system.

I know i can expect a good issue like all the victims of Celsius but I still hope for some justice in this case.

Your help is greatly appreciated,

M. HENRY