| | |
|---|---|
| Joshua A. Sussberg, P.C. | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS LLP** | Ross M. Kwasteniet, P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Christopher S. Koenig |
| 601 Lexington Avenue | **KIRKLAND & ELLIS LLP** |
| New York, New York 10022 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Telephone:  (212) 446-4800 | 300 North LaSalle Street |
| Facsimile:  (212) 446-4900 | Chicago, Illinois 60654 |
| | Telephone:  (312) 862-2000 |
| | Facsimile:  (312) 862-2200 |

*Proposed Counsel to the Debtors and*
*Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## AMENDED[2] AGENDA FOR HEARING TO BE HELD
## SEPTEMBER 1, 2022, AT 10:00 A.M. (PREVAILING EASTERN TIME)

| | |
|---|---|
| Time and Date of Hearing: | September 1, 2022, at 10:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | The Honorable Chief Judge Martin Glenn<br>United States Bankruptcy Court for the Southern District of New York<br>Alexander Hamilton U.S. Custom House<br>One Bowling Green, Courtroom No. 523<br>New York, New York 10004 |
| Hearing Attendance Instructions: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Second Day Hearing will only be conducted using Zoom for Government. Parties wishing to appear at the First Day Hearing, whether making a "live" or "listen only" |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

[2] **Amended items appear in bold.**

appearance before the Court, need to make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl **on or before 4:00 p.m. (prevailing Eastern Time) on August 31, 2022**.

Due to the large number of expected participants in the Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the 10:00 a.m., September 1, 2022 (prevailing Eastern Time) Hearing must connect to the Hearing beginning at 9:00 a.m., September 1, 2022 (prevailing Eastern Time). When parties sign into Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Hearing. Parties that type in only their first name, a nickname or initials will not be admitted into the Hearing. When seeking to connect for either audio or video participation in a Zoom for Government Hearing, you will first enter a "Waiting Room," in the order in which you seek to connect. Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance. Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Hearing.

Copies of Motions: A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

## I. Contested Matters.

1. **Sealing Motion.** Debtors' *Ex Parte* Motion Pursuant to Section 107 of the Bankruptcy Code Seeking Entry of an Order (I) Authorizing the Debtors to Redact Certain Personally Identifiable Information from the Creditor Matrix, Schedules and Statements, and Related Documents and (II) Granting Related Relief [Docket No. 344].

    Objection Deadline:  August 25, 2022, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    (1) Objection of the United States Trustee to Debtors' Motion Pursuant to Section 107 of the Bankruptcy Code Seeking Entry of an Order (I) Authorizing the Debtors to Redact Certain Personally Identifiable Information from the Creditor Matrix, Schedules and Statements, and Related Documents [Docket No. 600].

2

    (2)    Amended Objection of the United States Trustee to Debtors' Motion Pursuant to Section 107 of the Bankruptcy Code Seeking Entry of an Order (I) Authorizing the Debtors to Redact Certain Personally Identifiable Information from the Creditor Matrix, Schedules and Statements, and Related Documents [Docket No. 607].

Related Documents:

    (1)    Debtors' Omnibus Reply to the U.S. Trustee's Objections to Certain of the Debtors' Requests to Redact Certain Personally Identifiable Information of Individuals and United Kingdom and European Union Member Countries' Citizens [Docket No. 638].

    (2)    The Ad Hoc Group of Custodial Account Holders' Joinder to the Debtors' Reply in Support of the Debtors' Motion Pursuant to Section 107 of the Bankruptcy Code Seeking Entry of an Order (I) Authorizing the Debtors to Redact Certain Personally Identifiable Information From the Creditor Matrix, Schedules and Statements, and Related Documents and (II) Granting Related Relief [Docket No. 642].

    **(3)**    **The Official Committee of Unsecured Creditors' Joinder to Debtors' *Ex Parte* Motion Pursuant to Section 107 of the Bankruptcy Code Seeking Entry of an Order (I) Authorizing the Debtors to Redact Certain Personally Identifiable Information from the Creditor Matrix, Schedules and Statements, and Related Documents and (II) Granting Related Relief [Docket No. 399].**

**Status**: This matter is going forward.

2. **Cash Management Motion.** Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief [Docket No. 21].

Objection Deadline:  August 5, 2022, at 4:00 p.m. (prevailing Eastern Time).  The objection deadline was extended to August 9, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Official Committee of Unsecured Creditors, the Office of the United States Trustee, and CDP Investissements, Inc., Community First Partners, LLC, Celsius SPV Investors, LP, and Celsius New SPV Investors, LP ("Certain Equity Holders").

Responses Received:

(1)  The Official Committee of Unsecured Creditors' Limited Objection to the Debtors' Cash Management Motion [Docket No. 401].

(2)  Limited Objection to Cash Management [Docket No. 592].

Related Documents:

(1)  Interim Order (I) Authorizing the Debtors To (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief [Docket No. 56].

(2)  Debtors' Omnibus Reply to Objections to Certain of the Debtors' First and Second Day Motions [Docket No. 448].

(3)  Second Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief [Docket No. 513].

**(4)  Notice of Filing of Proposed Third Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief [Docket No. 674].**

**Status**:  This matter is going forward for the purpose of presenting a proposed third interim order.

3.  **Bidding Procedures Motion.**  Debtors' Motion Seeking Entry of (I) an Order (A) Approving Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets, (B) Scheduling Certain Dates with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving Bid Protections, (E) Approving Contract Assumption and Assignment Procedures, (II) an Order Authorizing the Debtors to Enter Into a Definitive Purchase Agreement, and (III) Granting Related Relief [Docket No. 188].

    Objection Deadline: August 5, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was extended to August 9, 2022, at 4:00 p.m. (prevailing Eastern Time), and again to August 11, 2022, at 4:00 p.m. (prevailing Eastern Time), for the Official Committee of Unsecured Creditors, the Office of the United States Trustee, and Certain Equity Holders.

    Responses Received:

(1)     The Official Committee of Unsecured Creditors' Objection and Reservation of Rights to Debtors' Motion Seeking Entry of an Order Approving Bid Procedures for the Potential Sale of the GK8 Assets and Related Relief [Docket No. 430].

    Related Documents:

(1)     Notice of Adjournment of Debtors' Motion Seeking Entry of (I) an Order (A) Approving Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets, (B) Scheduling Certain Dates with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving Bid Protections, (E) Approving Contract Assumption and Assignment Procedures, (II) an Order Authorizing the Debtors to Enter Into a Definitive Purchase Agreement, and (III) Granting Related Relief; and Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Prepare a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) Authorizing the Debtors to File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information, (IV) Approving the Form and Manner of Notifying Creditors of Commencement, and (V) Granting Related Relief [Docket No. 445].

**(2)**     **Notice of Filing of Revised Proposed Order (I) Approving Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets, (II) Scheduling Certain Dates with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving Contract Assumption and Assignment Procedures, and (V) Granting Related Relief [Docket No. 665].**

    **Status**: This matter is going forward.

4.     **Lift-Stay Motion.** Motion for Relief for an Exemption from the Automatic Stay [Docket No. 342].

    Objection Deadline: August 25, 2022, at 4:00 p.m. (prevailing Eastern Time).

5

Responses Received:

(1) Debtors' Objection to Creditor Daniel A. Frishberg's Motion for Relief from Automatic Stay [Docket No. 609].

(2) Declaration of Chris Ferraro in Support of Debtors' Objection to Motion for Relief from Automatic Stay [Docket No. 610].

(3) Response to Debtor's Objection About the Automatic Stay Exemption Docket #609 [Docket No. 618].

(4) The Official Committee of Unsecured Creditors' Objection to Creditor Daniel A. Frishberg's Motion for Relief from the Automatic Stay [Docket No. 620].

(5) Response to the Official Committee of Unsecured Creditors' Objection to Creditor Daniel A. Frishberg's Motion for Relief from the Automatic Stay [Docket No. 625].

Related Documents: None.

**Status**: This matter is going forward.

5. **De Minimis Asset Sale Motion.** Debtors' Motion to Approve Procedures for De Minimis Asset Transactions [Docket No. 189].

Objection Deadline: August 5, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was extended to August 9, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Official Committee of Unsecured Creditors, the Office of the United States Trustee, and Certain Equity Holders.

Responses Received:

(1) The Official Committee of Unsecured Creditors' Objection to the Debtors' De Minimis Sales Motion [Docket No. 429].

(2) The Official Committee of Unsecured Creditors' Limited Omnibus Objection to Certain of Debtors' First and Second Day Motions [Docket No. 402].

(3) Objections of the United States Trustee to Debtors' Motions for Entry of Orders (I) Permitting the Sale of the Debtors' Mined Bitcoin in the Ordinary Course and (II) Approving Procedures and for De Minimis Asset Transactions [Docket No. 400].

Related Documents:

(1) Debtors' Omnibus Reply to Objections to Certain of the Debtors' First and Second Day Motions [Docket No. 448].

    (2)    Notice of Filing of Revised Proposed Order Approving Procedures for De Minimis Asset Sales [Docket No. 499].

    **(3)**    **Notice of Filing of Revised Proposed Order Approving Procedures for De Minimis Asset Sales [Docket No. 664].**

    <u>Status</u>:  This matter is going forward.

6.    **Wages Motion.**  Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 19].

<u>Objection Deadline</u>:  August 5, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was extended to August 9, 2022, at 4:00 p.m. (prevailing Eastern Time), and again to August 11, 2022, at 4:00 p.m. (prevailing Eastern Time), for the Official Committee of Unsecured Creditors, the Office of the United States Trustee, and Certain Equity Holders.

<u>Responses Received</u>:

    (1)    The Official Committee of Unsecured Creditors' Limited Omnibus Objection to Certain of Debtors' First and Second Day Motions [Docket No. 402].

    (2)    Limited Objection of the United States Trustee to Debtors' Motion for Entry of Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 413].

    (3)    Limited Objection of Odette Wohlman to Debtors' Motion Seeking Entry of Interim and Final Orders (1) Authorizing the Debtors to (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 613].

<u>Related Documents</u>:

    (1)    Interim Order (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 61].

    (2)    Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 518].

(3) Debtors' Omnibus Reply to Objections to Certain of the Debtors' First and Second Day Motions [Docket No. 448].

(4) Declaration of Robert Campagna, Managing Director of Alvarez & Marsal North America, LLC, in Support of the Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 636].

**(5)** **Notice of Filing of Proposed Order Authorizing the Debtors to (I) Pay Non-Insider Severance Benefits and (II) Granting Related Relief [Docket No. 663].**

Status: This matter is going forward.

II. **Matters Related to Professional Retentions.**

7. **Kirkland & Ellis LLP Retention Application.** Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of July 13, 2022 [Docket No. 360].

Objection Deadline: August 25, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was extended for the United States Trustee.

Responses Received:

(1) Letter from C. Marsh to the Honorable Chief Judge Martin Glenn, dated July 26, 2022 [Docket No. 561].

(2) Omnibus Objection to Debtors' Retention Applications [Docket No. 601].

Related Documents:

(1) Debtors' Omnibus Reply to the U.S. Trustee's Objections to Certain of the Debtors' Requests to Redact Certain Personally Identifiable Information of Individuals and United Kingdom and European Union Member Countries' Citizens [Docket No. 638].

(2) Debtors' Reply to the Letter Regarding the Debtors' Retention of Kirkland & Ellis LLP and Kirkland & Ellis International LLP [Docket No. 637].

Status: This matter is going forward.

8. **Akin Gump Hauer & Feld LLP Retention Application**. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Akin Gump Strauss Hauer & Feld LLP as Special Litigation Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date [Docket No. 392].

    Objection Deadline:  August 25, 2022, at 4:00 p.m. (prevailing Eastern Time).  The objection deadline was extended for the Office of the United States Trustee.

    Responses Received:

    (1)    Omnibus Objection to Debtors' Retention Applications [Docket No. 601].

    Related Documents:

    **(1)    Supplemental Declaration of Mitchell Hurley in Support of the Debtors' Application Authorizing the Retention and Employment of Akin Gump Strauss Hauer & Feld LLP as Special Litigation Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date [Docket No. 649].**

    **(2)    Notice of Filing of Revised Proposed Order Authorizing the Retention and Employment of Akin Gump Strauss Hauer & Feld LLP as Special Litigation Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date [Docket No. 656].**

    **Status**:  This matter is going forward.

9. **Latham Watkins LLP Retention Application.** Debtors' Application for Authority to Retain and Employ Latham & Watkins LLP as Special Counsel to the Debtors Effective as of the Petition Date [Docket No. 363].

    Objection Deadline:  August 25, 2022, at 4:00 p.m. (prevailing Eastern Time).  The objection deadline was extended to August 31, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Office of the United States Trustee.

    Responses Received:

    (1)    Omnibus Objection to Debtors' Retention Applications [Docket No. 601].

    Related Documents:

    **(1)    Second Supplemental Declaration of John J. Sikora in Support of the Debtors' Application for Authority to Retain and Employ Latham & Watkins LLP as Special Counsel to the Debtors Effective as of the Petition Date [Docket No. 647].**

9

    **(2)**    **Notice of Filing of Revised Proposed Order Authorizing the Retention and Employment of Latham & Watkins LLP as Special Counsel to the Debtors Effective as of the Petition Date [Docket No. 645].**

    Status:  This matter is going forward.

10. **Stretto, Inc. Retention Application**. Application for Entry of an Order Authorizing the Retention and Employment of Stretto, Inc. As Administrative Advisor to the Debtors and Debtors in Possession Effective as of July 13, 2022 [Docket No. 361].

    Objection Deadline:  August 25, 2022, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    (1)  Omnibus Objection to Debtors' Retention Applications [Docket No. 601].

    Related Documents:  None.

    Status:  This matter is going forward.

11. **Alvarez & Marsal Retention Application.** Debtors' Application to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisor to the Debtors and Debtors in Possession Effective as of July 13, 2022 [Docket No. 410].

    Objection Deadline:  August 25, 2022, at 4:00 p.m. (prevailing Eastern Time).  The objection deadline was extended for the United States Trustee.

    Responses Received:

    (1)  Omnibus Objection to Debtors' Retention Applications [Docket No. 601].

    Related Documents:

    **(1)**  **Notice of Filing of Revised Proposed Order Authorizing Debtors to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisor to the Debtors and Debtors in Possession Effective as of July 13, 2022 [Docket No. 666].**

    **(2)**  **First Supplemental Declaration of Robert Campagna in Support of Debtors' Application to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisor to the Debtors and Debtors in Possession Effective as of July 13, 2022 [Docket No. 667].**

**Status**:  This matter is going forward.

### III.  Uncontested Matters

12.  **Sealing Motion.**  Debtors' *Ex Parte* Motion Seeking Entry of an Order (I) Authorizing the Debtors to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Debtors' Potential Sale of Certain Assets and (II) Granting Related Relief. [Docket No. 380].

    Objection Deadline:  August 25, 2022, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:  None.

    **Status:**  This matter is going forward.

13.  **SOFAs and Schedules Extension.**  Debtors' Motion Granting a Second Extension of Time to File Schedules and Statements of Financial Affairs. [Docket No. 431].

    Objection Deadline:  August 25, 2022, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:  None.

    Related Documents:

    (1)  Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs, (II) Extending Time to File Rule 2015.3 Financial Reports And (III) Granting Related Relief [Docket No. 57].

    **(2)  Notice of Filing of Revised Proposed Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs, (II) Extending Time to File Rule 2015.3 Financial Reports And (III) Granting Related Relief [Docket No. 671].**

    **Status**:  This matter is going forward.

14.  **Creditor Matrix Motion.**  Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Prepare a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) Authorizing the Debtors to File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information, (IV) Approving the Form and

Manner of Notifying Creditors of Commencement, and (V) Granting Related Relief [Docket No. 18].

Objection Deadline: August 5, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was extended to August 9, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Official Committee of Unsecured Creditors, the Office of the United States Trustee, and Certain Equity Holders.

Responses Received: None.

Related Documents:

(1) Order (I) Authorizing the Debtors to Prepare a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) Authorizing the Debtors to File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information, (IV) Approving the Form and Manner of Notifying Creditors of Commencement, and (V) Granting Related Relief [Docket No. 55].

**(2) Notice of Filing of Revised Proposed Order (I) Authorizing the Debtors to Prepare a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) Authorizing the Debtors to File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information, (IV) Approving the Form and Manner of Notifying Creditors of Commencement, and (V) Granting Related Relief [Docket No. 673].**

Status: This matter is going forward.

## IV. Adjourned Matters

15. **Centerview Partners LLC Retention Application.** Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Centerview Partners LLC as Investment Banker for the Debtors Effective as of July 13, 2022, (II) Approving the Terms of the Centerview Agreement, (III) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2, and (IV) Granting Related Relief [Docket No. 362].

Objection Deadline: August 25, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was extended to September 7, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Official Committee of Unsecured Creditors and the Office of the United States Trustee.

    Responses Received:

    (1)    Omnibus Objection to Debtors' Retention Applications [Docket No. 601].

    Related Documents:

    **(1)**    **Notice of Adjournment of Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Centerview Partners LLC as Investment Banker for the Debtors Effective as of July 13, 2022, (II) Approving the Terms of the Centerview Agreement, (III) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2, and (IV) Granting Related Relief [Docket No. 635].**

    **Status**: This matter is adjourned until September 14, 2022, at 2:00 p.m. (prevailing Eastern Time).

16. **Information Protocol Motion.** The Official Committee of Unsecured Creditors' Motion for Entry of an Order Clarifying the Requirement to Provide Access to Confidential or Privileged Information and Approving a Protocol Regarding Creditor Requests for Information. [Docket No. 432].

    Objection Deadline: August 25, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was extended to September 7, 2022, at 4:00 p.m. (prevailing Eastern Time) for the Office of the United States Trustee.

    Responses Received: None.

    Related Documents:

    **(1)**    **Notice of Adjournment of the Official Committee of Unsecured Creditors' Motion for Entry of an Order Clarifying the Requirement to Provide Access to Confidential or Privileged Information and Approving a Protocol Regarding Creditor Requests for Information [Docket No. 617].**

    **Status:** This matter is adjourned until September 14, 2022, at 2:00 p.m. (prevailing Eastern Time).

17. **Kroll Retention Application.** The Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Noticing and Information Agent to the Committee Effective as of August 5, 2022. [Docket No. 433].

    Objection Deadline: August 25, 2022, at 4:00 p.m. (prevailing Eastern Time). The objection deadline was extended to September 7, 2022, at

4:00 p.m. (prevailing Eastern Time) for the Office of the United States Trustee.

Responses Received:  None.

Related Documents:

**(1)** **Notice of Adjournment of the Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Noticing and Information Agent to the Committee Effective as of August 5, 2022 [Docket No. 617].**

**Status**:  This matter is adjourned until September 14, 2022, at 2:00 p.m. (prevailing Eastern Time).

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| New York, New York<br>Dated: September 1, 2022 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:    jsussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:    patrick.nash@kirkland.com<br>            ross.kwasteniet@kirkland.com<br>            chris.koenig@kirkland.com<br><br>*Proposed Counsel to the Debtors and*<br>*Debtors in Possession* |