August 23, 2022

The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green Network, NY 10004-1408

Re: Celsius Network LLC et al. (the "Debtor", Case Number 22-10964

Dear Honorable Judge Glenn,

I am requesting to be added to list of depositors to the Celsius platform and request that as depositors, that we be allowed to withdraw our deposits immediately.

Thank you,

Jovita K. Alphonse

*[signature]*

C: 503 9296385