TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Kyle J. Ortiz
Bryan M. Kotliar

*Counsel to Ad Hoc Group of Custodial
Account Holders*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
In re:                                                        :   Chapter 11
                                                              :   No. 22-10964 (MG)
CELSIUS NETWORK LLC, et al.,[1]                               :   (Jointly Administered)
                                                              :
                                    Debtors.                  :
------------------------------------------------------------- X

**AFFIDAVIT OF SERVICE OF: (I) VERIFIED STATEMENT PURSUANT
TO BANKRTUPTCY RULE 2019; AND (II) THE AD HOC GROUP OF CUSTODIAL
ACCOUNT HOLDERS' JOINDER TO THE DEBTORS' REPLY IN SUPPORT OF
THE DEBTORS' MOTION PURSUANT TO SECTION 107 OF THE BANKRUPTCY
CODE SEEKING ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO
REDACT CERTAIN PERSONALLY IDENTIFIABLE INFORMATION FROM THE
CREDITOR MATRIX, SCHEDULES AND STATEMENTS, AND RELATED
DOCUMENTS; AND (II) GRANTING RELATED RELIEF**

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK )

   ALEXANDRA STOLP, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Bernards, New Jersey.

   On August 31, 2022, deponent served a copy of the following: (I) *Verified Statement Pursuant to Bankruptcy Rule 2019* [Docket No. 547]; and (II) *The Ad Hoc Group of Custodial Account Holders' Joinder to the Debtors' Reply in Support of the Debtors' Motion Pursuant to Section 107 of the Bankruptcy Code Seeking Entry of an Order (I) Authorizing the Debtors to Redact Certain Personally Identifiable Information from the Creditor Matrix, Schedules and Statements, and Related Documents and (II) Granting Related Relief* [Docket No. 642]; upon all parties in the manner set forth on the service list annexed hereto by

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

either (i) electronic transmission; or (ii) by first class mail by depositing true copies of same enclosed in prepaid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

/s/ Alexandra Stolp
ALEXANDRA STOLP

Sworn to before me this
2nd day of September, 2022

/s/Cynthia Juliano
NOTARY PUBLIC

# SERVICE LIST:

## By Email:

Ad Hoc Group of Withhold Account Holders
C/O Troutman Pepper Hamilton Sanders LLP
Attn: Deborah Kovsky-Apap, Esq.
Email: Deborah.Kovsky@troutman.com
Kay.Kress@troutman.com

Alabama Office of the Attorney General
Email: ConsumerInterest@alabamaag.gov

Alameda Research LLC and Affiliates
C/O Sullivan & Cromwell LLP
Attn: Andrew G. Dietderich, Brian D. Glueckstein, &
Benjamin S. Beller, Esq.
Email: Dietdericha@sullcrom.com
Gluecksteinb@sullcrom.com
Bellerb@sullcrom.com

Alaska Office of the Attorney General
Email: Attorney.General@alaska.gov

AltCoinTrader (Pty) Ltd.
Email: Richard@altcointrader.co.za

AmTrust North America, Inc. on Behalf of
Associated Industries Insurance Company Inc.
C/O Maurice Wutscher LLP
Attn: Thomas R. Dominczyk, Esq.
Email: TDominczyk@mauricewutscher.com
Thomas-Dominczyk-5025@ecf.pacerpro.com

Anabelle Dias
C/O McCarter & English, LLP
Attn: David J. Adler, Esq.
Email: DAdler@mccarter.com

Arizona Office of the Attorney General
Email: Aginfo@azag.gov

Arkansas Office of the Attorney General
Email: Oag@arkansasag.gov

B2C2 LTD
Email: @B2C2.com

California Office of the Attorney General
Email: Xavier.Becerra@doj.ca.gov

Celsius Network LLC, et al.
C/O Kirkland & Ellis LLP
Attn: Joshua A. Sussberg, Esq.
Email: Jsussberg@kirkland.com

Celsius Network LLC, Et Al.
C/O Kirkland & Ellis LLP
Attn: Patrick J. Nash, Esq., Jr.
Ross M. Kwasteniet, Esq.
Email: Patrick.Nash@kirkland.com
Ross.Kwasteniet@kirkland.com

Christopher J. Little
C/O Mccarter & English, LLP
Attn: David J. Adler, Esq.
Email: DAdler@cccarter.com

Clint Petty
Attn: Stuart P. Gelberg, Esq.
Email: SPG@13trustee.net

Colorado Office of the Attorney General
Email: Cora.Request@coag.gov

Connecticut Office of the Attorney General
Email: Attorney.General@ct.gov

Covario AG
Email: Celsiusbankruptcy@Covar.io
Mark.Banner@Covar.io

Cred Inc. Liquidation Trust
C/O McDermott Will & Emery LLP
Attn: Darren Azman, Esq.
Email: Dazman@mwe.com
Mco@mwe.com
Cgreer@mwe.com

Cred Inc. Liquidation Trust
C/O McDermott Will & Emery LLP
Attn: Gregg Steinman, Esq.
Email : Gsteinman@mwe.com

Crypto10 SP -Segregated Portfolio of Invictus
Capital Financial Technologies SPC
Email: C10_Spc@invictuscapital.com

4

Daniel@invictuscapital.com

Deferred 1031 Exchange, LLC
Email: Ciadonisi@deferred1031.com

Delaware Department of Justice
Email: Attorney.General@state.de.us
Attorney.General@delaware.gov

District of Columbia Office of Attorney General
Email: Oag@dc.gov

Dr. Ashraf Elshafei
C/O Arentfox Schiff LLP
Attn: Jeffrey R. Gleit, Esq.
Allison H. Weiss, Esq.
Email: Jeffrey.Gleit@afslaw.com
Allison.Weiss@afslaw.com
Lisa.Indelicato@afslaw.com
Alyssa.Fiorentino@afslaw.com

Emil Pilacik, Jr. and Emco Technology, Inc.
Attn: William D. Schroeder, Jr.
Email: Schroeder@Jrlaw.org,
Healey@Jrlaw.org

Florida Office of The Attorney
Email: Ashley.Moody@myfloridalegal.com

Georgia Office of the Attorney General
Attn: Bernadett Rosszer Figueroa
Email: Brosszer@law.ga.gov

Hawaii Office of the Attorney General
Email: Hawaiiag@hawaii.gov

Icb Solutions
Email: Duffys2@gmail.com

Idaho Office of the Attorney General
Email:  Stephanie.Guyon@Ag.Idaho.Gov

Illinois Office of the Attorney General
Email: Info@Lisamadigan.Org

Invictus Capital Financial Technologies SPC
Email: C20_Spc@Invictuscapital.com,
Daniel@Invictuscapital.Com

Iowa Office of the Attorney General
Email: Consumer@Ag.iowa.gov

John Dzaran
C/O McCarter & English, LLP
Attn: David J. Adler, Esq.
Email: Dadler@mccarter.com

John Marchioni
C/O Blank Rome LLP
Attn: Evan J. Zucker, Esq.
Email: Evan.Zucker@blankrome.com
Edocketing@blankrome.com

Kansas Office of the Attorney General
Attn: Attorney General Derek Schmidt
Email: Derek.Schmidt@ag.ks.gov

Keith Suckno
C/O McCarter & English, LLP
Attn: David J. Adler, Esq.
Email: Dadler@Mccarter.com

Louisiana Office of the Attorney General
Email: Admininfo@ag.state.la.us

Maine Office of the Attorney General
Email: Attorney.General@Maine.gov

Martin Langlois
C/O McCarter & English, LLP
Attn: David J. Adler, Esq.
Email: Dadler@mccarter.com

Maryland Office of the Attorney General
Email: Oag@oag.state.md.us

Minnesota Office of the Attorney General
Email: Attorney.General@ag.state.mn.us
Covid.Service@ag.state.mn.us

Missouri Office of the Attorney General
Email: Consumer.Help@ago.mo.gov

Monika Kosa
C/O McCarter & English, LLP
Attn: David J. Adler, Esq.
Email: Dadler@McCarter.com

6

Montana Office of the Attorney General
Email: Contactdoj@mt.gov

New Hampshire Office of the Attorney General
Email: Attorneygeneral@doj.nh.go v

New Mexico Office of the Attorney
Email: Hbalderas@nmag.gov

New Spanish Ridge, LLC, MRK Spanish Ridge, LLC &
PREH Spanish Ridge, LLC
C/O Levin Epstein & Associates PC
Attn: Joshua D. Levin-Epstein, Esq.
Email: Joshua@levinepstein.com

Nhat Van Meyer
C/O Meyer, Suozzi, English & Klein, P.C.
Attn: Edward J. Lobello, Esq.  & Jordan D. Weiss , Esq.
Email: Elobello@msek.com
Jweiss@msek.com

Nol Myer
C/O Meyer, Suozzi, English & Klein, P.C.
Attn: Edward J. Lobello, Esq. & Jordan D. Weiss, Esq.
Email: Elobello@msek.com
Jweiss@msek.com

North Dakota Office of the Attorney General
Email: Ndag@Nd.Gov

Office of the United States Trustee for the Southern District of New York
Attn: Shara Cornell
Email: Ustpregion02.Nyecf@usdoj.gov
Shara.Cornell@usdoj.gov

Official Committee of Unsecured Creditors
C/O White & Case LLP
Attn: Aaron E. Colodny, Esq.
Email: Aaron.Colodny@whitecase.com

Official Committee of Unsecured Creditors
C/O White & Case LLP
Attn: David M. Turetsky, Esq.
Samuel P. Hershey, Esq.
Email: David.Turetsky@whitecase.com
Sam.Hershey@whitecase.com
Mcosbny@whitecase.com
Jdisanti@whitecase.com

Official Committee of Unsecured Creditors
C/O White & Case LLP
Attn: Michael C. Andolina & Gregory F. Pesce
Email: Mandolina@whitecase.com
Gregory.Pesce@whitecase.com
Jdisanti@whitecase.com
Mco@whitecase.com

Oklahoma Office of the Attorney General
Email: Questions@oag.ok.gov

Oracle America, Inc.
C/O Buchalter, a Professional Corporation
Attn: Shawn M. Christianson, Esq.
Email: Schristianson@buchalter.com

Oregon Office of the Attorney General
Email: Ellen.Rosenblum@dog.state.or.us
Attorneygeneral@doj.state.or.us

Paola Leano Peralta
C/O McCarter & English, LLP
Attn: David J. Adler, Esq.
Email: Dadler@mccarter.com

Peter Polombo
C/O Norgaard O'Boyle & Hannon
Attn: Brian G. Hannon, Esq. & Mark E. Norgaard, Esq.
Email: Bhannon@norgaardfirm.com
Mnorgaard@norgaardfirm.com
Crose@norgaardfirm.com
Kcimmino@norgaardfirm.com

Pharos USD Fund SP & Pharos Fund SP
Email: Admin@lanternventures.com

RH Montgomery Properties, Inc.
C/O Waller Lansden Dortch & Davis LLP
Attn: Morris D. Weiss, Esq.
Email: Morris.Weiss@wallerlaw.com
Sherri.Savala@wallerlaw.com
Annmarie.Jezisek@wallerlaw.com

Rh Montgomery Properties, Inc.
C/O Waller Lansden Dortch & Davis LLP
Attn: Tyler N. Layne , Esq.
Email: Tyler.Layne@wallerlaw.com
Chris.Cronk@wallerlaw.com

Rhode Island Office of the Attorney General
Email: Ag@riag.ri.gov

Ripple Labs Inc.
C/O Davis Wright Tremaine LLP
Attn: Alexandra Steinberg Barrage & Hugh McCullough
Email: Abarrage@dwt.com
Hughmccullough@dwt.com
Elainehuckabee@dwt.com
Seadocket@dwt.com

Sap America, Inc. and Sap National Security Services, Inc.
C/O Brown & Connery LLP
Attn: Julie F. Montgomery, Esq.
Email: Jmontgomery@brownconnery.com

Securities & Exchange Commission
Email: Secbankruptcy-ogc-ado@sec.gov

Securities & Exchange Commission New York Regional Office
Email: Nyrobankruptcy@sec.gov

Securities And Exchange Commission
Attn: Regional Director New York Regional Office
Email: Bankruptcynoticeschr@sec.gov
Nyrobankruptcy@sec.gov

Tennessee Department of Commerce and Insurance
C/O Tennessee Attorney General's Office, Bankruptcy Division
Attn: Marvin E. Clements, Jr.
Email: Agbanknewyork@ag.tn.gov

Texas State Securities Board
Attn: Jason B. Binford, Layla D. Milligan, Abigail R. Ryan & Roma N. Desai
Email: Jason.Binford@oag.texas.gov
Layla.Milligan@oag.texas.gov
Abigail.Ryan@oag.texas.gov
Roma.Desai@oag.texas.gov

Thomas Difiore
C/O Pryor Cashman LLP
Attn:  Seth H. Lieberman, Esq.
Matthew W. Silverman
Email: Slieberman@pryorcashman.com
Msilverman@pryorcashman.com

Utah Office of the Attorney General
Attn: Sean D. Reyes, Esq.
Email: Uag@utah.gov

9

Vermont Department of Financial Regulation
Attn: Jennifer Rood, Esq.
Email: Jennifer.Rood@vermont.gov

Vermont Office of the Attorney
Email: Ago.Info@vermont.gov

Vincent Theodore Goetten
C/O Fisherbroyles, LLP
Attn: Hollace T. Cohen, Esq.
Email: Hollace.Cohen@fisherbroyles.com

Virginia Office Of The Attorney General
Email: Mail@Oag.State.va.us
Service @Oag.State.va.us

Washington Departments of Revenue, Labor & Industries,
and Employment Security
Attn: Dina L. Yunker, Assistant Attorney
Dina.Yunker@atg.wa.gov
Bcuyunker@atg.wa.gov

West Virginia Office of the Attorney General
Email: Consumer@wvago.gov

Ziglu Limited
Email: Cfo@ziglu.io

**By First-Class Mail:**

Department of Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Indiana Office of the Attorney General
Indiana Government Center South
302 W Washington Street, 5th Floor
Indianapolis, IN 46204

Kentucky Office of the Attorney General
Attn: Daniel Cameron
700 Capital Avenue, Suite 118
Frankfort, KY 40601

Massachusetts Attorney General's Office
1 Ashburton Place, 20th Floor
Boston, MA 02108

Michigan Department of Attorney General
525 W Ottawa Street
Lansing, MI 48906

Mississippi Office of the Attorney General
Walter Sillers Building
550 High Street
PO Box 220
Jackson, MS 39201

Nebraska Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509

Nevada Office of the Attorney General
Old Supreme Court Building
100 N Carson Street
Carson City, NV 89701

New Jersey Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market St 8th Floor
Box 080 West Wing
Trenton, NJ 08611

New York Office of the Attorney General
The Capitol 2nd Floor
Albany, NY 12224

North Carolina Office of the Attorney General
114 W Edenton Street
Raleigh, NC 27603

Ohio Office of the Attorney General
State Office Tower
30 E Broad Street 14th Floor
Columbus, OH 43215

Pennsylvania Office of the Attorney General
Strawberry Square 16th Floor
Harrisburg, PA 17120

South Carolina Office of the Attorney General
Rembert C. Dennis Bldg
1000 Assembly Street Room 519
Columbia, SC 29201

South Dakota Office of the Attorney General
1302 E Highway 14 Suite 1
Pierre, SD 57501-8501

Southern District of New York United States Attorney's Office
One St. Andrew's Plaza
New York, NY 10007

Tennessee Office of the Attorney General
PO Box 20207
Nashville, TN 37202-0207

Texas Office of the Attorney General
300 W 15th Street
Austin, TX 78701

Washington Office of the Attorney General
PO Box 40100
Olympia, WA 98504

Washington Office of the Attorney General
1125 Washington St SE
Olympia, WA 98501

Wisconsin Office of the Attorney General
17 W Main Street, Room 114 East P
Madison, WI 53702

Wyoming Office of the Attorney General
109 State Capitol
Cheyenne, WY 82002