Joshua A. Sussberg, P.C.  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
601 Lexington Avenue  
New York, New York 10022  
Telephone:    (212) 446-4800  
Facsimile:    (212) 446-4900  

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)  
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
300 North LaSalle Street  
Chicago, Illinois 60654  
Telephone:    (312) 862-2000  
Facsimile:    (312) 862-2200  

*Proposed Counsel to the Debtors and*  
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Case No. 22-10964 (MG) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF FILING OF CORRECTED**
**EXHIBIT 3 TO THIRD INTERIM CASH MANAGEMENT ORDER**

**PLEASE TAKE NOTICE** that on September 2, 2022, the Court entered the *Third Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief* [Docket No. 699] (the "Third Interim Cash Management Order").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a corrected budget, which is <u>Exhibit 3</u> to the Third Interim Cash Management Order, attached hereto as **<u>Exhibit A</u>**.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| New York, New York<br>Dated: September 6, 2022 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:      (212) 446-4900<br>Email:            jsussberg@kirkland.com<br><br>- and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:      (312) 862-2200<br>Email:            patrick.nash@kirkland.com<br>                       ross.kwasteniet@kirkland.com<br><br>*Proposed Counsel to the Debtors and*<br>*Debtors in Possession* |

# Exhibit A

**Corrected Budget (Exhibit 3 to Third Interim Cash Management Order)**

# Celsius Network

## Weekly Cash Flow Forecast - CONSOLIDATED DEBTORS

*Dated: August 31, 2022*
*($000s)*

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Forecast Period:* | | | | | | | | | | | | | | |
| *Period End Date:* | 2-Sep-22 | 9-Sep-22 | 16-Sep-22 | 23-Sep-22 | 30-Sep-22 | 7-Oct-22 | 14-Oct-22 | 21-Oct-22 | 28-Oct-22 | 4-Nov-22 | 11-Nov-22 | 18-Nov-22 | 25-Nov-22 | Total |
| **RECEIPTS** | | | | | | | | | | | | | | |
| Total Receipts[1] | $ 4,460 | $ 4,000 | $ 4,638 | $ 2,326 | $ 67,107 | $ 3,486 | $ 3,889 | $ 3,889 | $ 3,889 | $ 3,889 | $ 4,107 | $ 4,144 | $ 4,144 | $ 113,966 |
| **OPERATING DISBURSEMENTS** | | | | | | | | | | | | | | |
| Payroll | (317) | (4,064) | -- | -- | (680) | (2,705) | -- | -- | (384) | (2,021) | -- | -- | (267) | (10,439) |
| Hosting[2] | -- | (335) | (2,962) | (2,655) | (12,332) | -- | (4,413) | -- | (10,563) | (574) | -- | (5,088) | (12,613) | (51,535) |
| Other Operating Disbursements | (532) | (745) | (1,706) | (827) | (2,070) | (827) | (1,827) | (871) | (1,006) | (771) | (1,771) | (801) | (3,006) | (16,760) |
| **Total Operating Disbursements** | **(849)** | **(5,144)** | **(4,668)** | **(3,482)** | **(15,082)** | **(3,533)** | **(6,241)** | **(871)** | **(11,953)** | **(3,367)** | **(1,771)** | **(5,888)** | **(15,885)** | **(78,734)** |
| **Operating Cash Flow** | **3,610** | **(1,144)** | **(30)** | **(1,157)** | **52,025** | **(46)** | **(2,352)** | **3,018** | **(8,064)** | **522** | **2,336** | **(1,745)** | **(11,742)** | **35,232** |
| **NON-OPERATING ACTIVITIES** | | | | | | | | | | | | | | |
| Capital Expenditures[3] | (2,825) | (1,945) | (3,857) | (20,253) | (893) | (610) | (4,843) | (6,303) | (11,810) | (10) | -- | (5,993) | (1,500) | (60,844) |
| Restructuring Activities | (1,632) | (437) | (2,117) | (457) | (3,338) | (1,158) | (1,158) | (16,378) | (2,100) | (532) | -- | (13,970) | (300) | (43,578) |
| **Total Restructuring Activities** | **(4,457)** | **(2,383)** | **(5,975)** | **(20,710)** | **(4,231)** | **(1,768)** | **(6,002)** | **(22,681)** | **(13,910)** | **(542)** | **--** | **(19,963)** | **(1,800)** | **(104,422)** |
| **Net Cash Flow** | **(847)** | **(3,526)** | **(6,005)** | **(21,867)** | **47,794** | **(1,814)** | **(8,353)** | **(19,663)** | **(21,974)** | **(20)** | **2,336** | **(21,708)** | **(13,542)** | **(69,190)** |
| **LIQUIDITY SCHEDULE** | | | | | | | | | | | | | | |
| Beginning Cash Balance | 133,458 | 132,611 | 129,085 | 123,080 | 101,214 | 149,007 | 147,193 | 138,840 | 119,176 | 97,202 | 97,182 | 99,518 | 77,810 | 133,458 |
| Net Cash Flow | (847) | (3,526) | (6,005) | (21,867) | 47,794 | (1,814) | (8,353) | (19,663) | (21,974) | (20) | 2,336 | (21,708) | (13,542) | (69,190) |
| **Ending Cash Balance** | **132,611** | **129,085** | **123,080** | **101,214** | **149,007** | **147,193** | **138,840** | **119,176** | **97,202** | **97,182** | **99,518** | **77,810** | **64,269** | **64,269** |
| Restricted Cash | (1,542) | (1,542) | (1,542) | (1,542) | (1,542) | (1,542) | (1,542) | (1,542) | (1,542) | (1,542) | (1,542) | (1,542) | (1,542) | (1,542) |
| Minimum Cash Balance | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) |
| **Baseline Liquidity** | **$ 111,069** | **$ 107,543** | **$ 101,539** | **$ 79,672** | **$ 127,465** | **$ 125,651** | **$ 117,298** | **$ 97,634** | **$ 75,660** | **$ 75,640** | **$ 77,976** | **$ 56,268** | **$ 42,727** | **$ 42,727** |

**Notes:**
[1] Includes proceeds from the sale of mined BTC and approximately $70 million of proceeds from the repayment of USD denominated loans
[2] Includes mining related hosting costs and approx. $9mm of deposits and other non-recurring costs
[3] Includes S&U taxes, shipping and customs duties