9/3/2022

United States Bankruptcy Court
Southern District Of New York
One Bowling Green New York, NY 10004

Re: Case # 22-10964, Celsius Network LLC., et al.

Subject: Requesting withdrawal of cryptocurrencies in Celsius.

To The Honorable Martin Glenn,

I am a Canadian citizen and I am a father to several young children. On Nov 04, 2021 I deposited 0.00642400 BTC, 0.08528584 ETH and 197.93376100 ADA ($1184.33 back then, now $388.92 at the time of writing this letter). These are cryptocurrencies I paid for with my hard-earned money and in good faith I put them in Celsius, as I would put my money in a bank. I had to report these transactions on my Canadian taxes this year.

I know my deposits might seem small compared to others, but for my situation it is significant. I am requesting that I be allowed to withdraw my cryptocurrency in its original BTC, ETH, and ADA form. I am okay if I do not get the $13.36 in rewards my cryptocurrency has accrued since I deposited it. Your honor, I would really appreciate being able to retrieve my funds in a timely manner for my family needs.

Hopeful Regards,

Jonathan Boldt

| Internal id | Date and time | Transaction type | Coin type | Coin amount | USD Value | Original Reward Coin | Reward Amount In Original Coin | Confirmed |
|---|---|---|---|---|---|---|---|---|
| 4d2d4687-4843-4ad8-9d48-163152e3635c | November 4, 2021 3:47 PM | Transfer | BTC | 0.006424 | 394.195912 | | | Yes |
| 920adec6-c2e2-4913-83c0-971a048db4cb | November 4, 2021 2:26 PM | Transfer | ADA | 197.933761 | 399.4671595 | | | Yes |
| db7e7220-14e0-4c91-a774-f43a73dd7130 | November 4, 2021 2:22 PM | Transfer | ETH | 0.08528584 | 390.682493 | | | Yes |

*From celsius_transactions-export-f93993b2-c665-4545-b73c-58727ac3a8cd.csv exported on March 27,2022 for Canadian tax reporting purposes. Link to report was https://api.celsius.network/api/v3/transactions/export/csv/download?token=b2ee40e5-865b-4076-92e0-9aa28d3c8ad9 (now expired)*



*Screenshot on 9/3/2022*

*BTC/ETH/ADA amounts are higher in screenshot than previously stated because rewards are applied to them.*