**ANDREAS KUMAR** | 2-2310 Algonquin Road
Sudbury ON P3E 0E6
Canada

andreas.kumar@mac.com

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
USA

**Via Registered Mail**
copy via email to celsiusinquiries@stretto.com
Case 22-10964 (MG)



29 August 2022

Re: Celsisus Network LLC, et al. Case 22-10964 (MG)

Dear Honorable Judge Martin Glenn

I had filed a claim online through the Stretto website on August 10, 2022. This never appeared in the docket. The letter is attached again, I am asking for your kind consideration of my request to order Celsius to return my cryptocurrencies to me.

I had initially requested that my personal information not be published on the docket, however, I am now agreeable to posting my personal information if this is required for the process.

Thank you, Honoroable Judge, for your consideration

Kind regards

Andreas Kumar

**Attachment:** Copy of previously filed claim from August 20, 2022 which never appeared in the Stretto docket

**Fill in this information to identify the case:**

Debtor: Celsius Network LLC

United States Bankruptcy Court for the District of: Southern District of New York

Case number: 22-10964

---

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

1. **Who is the current creditor?**
   Andreas Kumar
   Name of the current creditor (the person or entity to be paid for this claim)

   Other names the creditor used with the debtor

2. **Has this claim been acquired from someone else?**
   ☒ No
   ☐ Yes. From whom?

3. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?

   Andreas Kumar
   2-2310 Algonquin Road
   Sudbury, ON P3E 0E6
   Canada
   P: 4182648129
   E: andreas.kumar@mac.com

   Where should payments to the creditor be sent? (if different)

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

4. **Does this claim amend one already filed?**
   ☐ No
   ☒ Yes. Claim number on court claims registry (if known) _____ Filed on _____
   MM/DD/YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☒ No
   ☐ Yes. Who made the earlier filing?

---

Official Form 410

11749080122324068110001

Page 1

**Part 2:  Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?

☒ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____

7. How much is a claim? $ 45,606.73

Does this amount include interest or other charges?

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Cryptocurrencies loaned to Celsius

9. Is all or part of the claim secured?

☒ No

☐ Yes. The claim is secured by a lien on property

**Nature of property**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.

☐ Motor vehicle.

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** _____

**Amount of the claim that is secured:** _____

**Amount of the claim that is unsecured:** _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** _____

**Annual Interest Rate (when case was filed)** _____ %

☐ Fixed
☐ Variable

10. Is this claim based on a lease?

☒ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.  $ _____

11. Is this claim subject to a right of setoff?

☒ No

☐ Yes. Identify the property: _____

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | | |
|---|---|---|---|
| | A Claim may be partly priority and partly nonpriority. For example, law limits the amount entitled to priority. | ☑ No | |
| | | ☐ Yes. Check one: | Amount entitled to priority |
| | | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | _____ |
| | | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | _____ |
| | | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4) | _____ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | _____ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | _____ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)() that applies. | _____ |

*Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date & time    08/10/2022 at 09:13 am PT
                           MM / DD / YYYY HH : MM

/s/Andreas Kumar
Signature

Print the name of the person who is completing and signing this claim:

Name           Andreas              Kumar
               First Name  Middle Name  Last Name

Title          _____

Company        _____
               Identify the corporate servicer as the company if the authorized agent is a servicer

Address        2-2310 Algonquin Road    Unit 2
               Number    Street

               Sudbury    ON
               City       State    ZIP Code

Contact phone  4182648129

Email          andreas.kumar@mac.com

Proof Of Claim                                                                 Page 3

**ANDREAS KUMAR** | 2-2310 Algonquin Road
Sudbury ON P3E 0E6
Canada

T +1 (418) 264-8129
andreas.kumar@mac.com

To
The Honorable Judge Martin Glenn

Case No. 22-10964

10 August 2022

**Letter to the Honorable Judge Martin Glenn requesting a
priority court order to Celsius to return assets claimed by Andreas Kumar *prior* to
Celsius' bankruptcy filing**

Der Honorable Judge Martin Glenn,

I transferred cryptocurrencies to Celsius for investment purposes to a Celsius Earn account. I am self-represented. The funds represent a significant part of my retirement savings.

On **June 12 2022**, Celsius abruptly paused transactions for their clients without any warning. Effectively, I lost control of my assets. My investments were now being withheld from me by Celsius against my will and without my consent.

Soon after this, on **June 24 2022**, I sent a written letter via registered mail, demanding that Celsius reinstate my access to my assets and to transfer my cryptocurrencies out of Celsius to a personal cryptocurrency wallet that I own. The letter was sent by registered mail and **delivered on June 30, 2022** (copy of the letter is attached, Canada Post/ US Postal Service tracking sheet attached).
I never received a reply from Celsius.

All this happened BEFORE Celsius filed for bankruptcy on July 13, 2022.

Celsius is continuing to withhold my assets from me.
I believe this is illegal.

**I am asking you, Honourable Judge, to grant my claim and order Celsius to return my assets to me. I want Celsius to unblock the asset transfer function on my account, so I could transfer my assets out of Celsius to a personal cryptocurrency wallet. I am asking for this to be prioritized over the bankruptcy proceedings, because I filed the claim in written before Celsius filed for bankruptcy.**
This would require a simple unlocking of the transfer feature on my account, or Celsius could transfer the assets to a personal cryptocurrency wallet the address of which I could provide.

Thank you, dear Honorable Judge, for your help and consideration.
Kind regards

Andreas Kumar
Sudbury, ON Canada

Attachments:
1. Copy of letter sent by Andreas Kumar to Celsius LLC on June 24, 2022. The original letter was signed in handwriting.
2. Copy of Canada Post/ US Postal Service letter tracking demonstrating that the letter was delivered on June 30, 2022
3. Screenshot of current Celsius account balance
4. Photos of the registered letter that was sent to Celsius
5. Note to Stretto requesting that my personal information be kept confidential from the public

Page 2

**ANDREAS KUMAR**  | 2-2310 Algonquin Road
Sudbury ON P3E 0E6
Canada

T +1 (418) 264-8129
andreas.kumar@mac.com

To
Stretto Team

10 August 2022

**NOTICE TO STRETTO**

**Re: My claim against Celsius**

Dear Stretto team

When posting my attached claim on the docket for the public, I am requesting that you de-identify my personal information so my name and contact information remain confidential.

All complete information should be available for Judge Glenn and the involved legal teams.

Thank you very much

*Kumar*

Andreas Kumar

**ANDREAS KUMAR MD MSC** | 2-2310 Algonquin Road
Sudbury ON P3E 0E6
Canada

T +1 (418) 264-8129
andreas.kumar@mac.com

Celsius LLC
121 River Street PH05
Hoboken NJ 07030
USA

*Via registered mail*

20 June 2022

**Demand to unblock transfers and return my funds**

Hello Celsius Network Team

I have an account with you, my email is andreas.kumar@mac.com.
You have currently blocked transfers and are not allowing me access to my funds.
I am demanding that you unblock transfers and allow me to withdraw my funds from Celsius. A screenshot of my funds as of today is attached. These funds belong to me, I transferred them to you and now I want them back.
Specifically as of today 9:36AM EST, I am holding/ you owe me

| Currency/ toke | quantity | USD value as of 20 June 2022 |
|---|---|---|
| Ethereum (ETH) | 17.354965 | 19,681.66 |
| Bitcoin (BTC) | 0.258974 | 5,336.24 |
| Polygon (MATIC) | 3,802.451800 | 1,524.59 |
| Celsius (CEL) | 723.164600 | 580.41 |
| TOTAL USD | | 27122.9 |

Should you not comply within ten days, then I am planning to file claims against you.

Sincerely

Dr. Andreas Kumar



# Tracking number
EM096499205CA

**Delivered**
**Shipping service:** Xpresspost USA
**Delivery standard:** July 2

## Delivery progress

| Date | Time | Location | Progress | Post office |
|---|---|---|---|---|
| June 30 | 1:24 pm | 07030, | Item successfully delivered | |
| June 30 | 10:02 am | | Item out for Delivery | |
| June 30 | 9:51 am | | Item has arrived at the delivery office in the destination country | |
| June 29 | 1:43 am | | Customs has released item to post office | |
| June 28 | 6:41 pm | USJFKA, | Item has arrived in foreign country | |
| June 28 | 6:41 pm | USJFKA, | Item presented to customs | |
| June 28 | 5:39 pm | USJFKA, | International shipment has arrived in a foreign country | |
| June 28 | 1:19 am | MISSISSAUGA, ON | International item being forwarded to destination country | |
| June 24 | 7:16 pm | SUDBURY, ON | Item processed | |
| June 24 | 1:53 pm | SUDBURY, ON | Item accepted at the Post Office | |

**Features and options**

© 2019 Canada Post Corporation

UNITED STATES
USPS SIGNATURE TRACKING™ #
COMMERCIAL INVOICE / CN23 FACTURE COMMERCIALE / CN23
Sender / Expéditeur
DOCUMENTS
TOTAL
SIGNATURE:

