Corey D. Dahlquist
661 S. Shilling Ave
Blackfoot, Idaho 83221-3323
(208) 760-1086
coreydahlquist@icloud.com




01 September 2022

The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Phone: 212.668.2870

RE: Celsius Network LLC, Case No. 22-10964

Dear Judge Glenn,

I am a combat Veteran, medically retired with service-connected disabilities incurred from two years in the Iraqi theatre of operations ('04-'05 / '10-'11). I created an account with Celsius Network LLC in November 2021. Based on market prices as of the date of this letter, Celsius Network LLC has frozen $139,592.30 of my funds which includes $5609.41 in the alleged Celsius Network "Rewards" program. These funds represent three quarters of my retirement savings.

I have currencies in both the "Custody" and "Earn" portions of my account. At no time was I aware that transferred funds were to become "property" of Celsius Network LLC. Had that detail been transmitted or referenced with any clarity, I would never have transferred any funds, regardless of the "Yield" or "Rewards" promised.

Moreover, shortly after I created my account and transferred funds, Celsius Network LLC advised that an "Insurance Program" would be made available in short order. I "Opted In" in order to reduce or eliminate potential or unknown counterparty risk. The "Insurance Program" never came to fruition and it is my belief that no such program was ever intended to be implemented, rather, it was simply a smokescreen to lull non-accredited investors with a measure of perceived security.

Additionally, and prior to transfers suspended, I began to observe internet traffic regarding Celsius Network LLC mismanagement. After weighing that traffic and my own risk tolerance I began to transfer funds into my "Custody" accounts on June 12. I also added "Whitelisted" addresses for the purpose of transfering all my funds out and closing my account. However, I was limited by the 24-hour hold for new whitelisted accounts approval by Celsius Network LLC. I decided to wait until my addresses were approved the following day to finish all transfers at one time. Coincidentally, that evening I was notified by email and via Celsius app notifications

[illegible]

[illegible] not only [illegible]

[illegible]

[illegible] 2022

The Honorable Martin Glenn [illegible]
United States Bankruptcy Court
[illegible] District of New York

[illegible]

Phone: [illegible]

[illegible]

Dear Judge Glenn,

[illegible]

I am a creditor [illegible] Celsius Network [illegible] [illegible] 2021 [illegible]

[illegible] "Custody" and "Earn" [illegible] my account [illegible] property of Celsius Network LLC [illegible] "Earn" [illegible]

[illegible]

[illegible] that no such [illegible] was ever [illegible] a measure of [illegible]

[illegible] my own [illegible] closing my account [illegible]

that transfers were suspended not only outside Celsius Network LLC but between my custody and earn accounts.

I appreciate your time and consideration with regard to this letter. I can only hope for the best outcome for everyone affected by the mismanagement, fraudulent, and disingenuous practices of the leadership and personnel employed by Celsius Network LLC. I have downloaded my account, all transactions, and every possible view from the website and forwarded copies to the Idaho Department of Finance, Securities Bureau, along with a copy of this letter to you. I am happy to provide any additional information as necessary or required as the updated claimant form has not been published for completion and submission as of the date of this letter.

Respectfully,

Corey Dahlquist
Lieutenant Colonel, Retired
XXX-XX-XX24