**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x

In re: Celsius Network LLC, et al

(Jointly administered)                                                  Case No.: <u>22-10964</u>

                                                                                 Chapter 11

                                           Debtor

-------------------------------------------- x

                                                                                 Adversary Proceeding No.:

                                       Plaintiff

                                               v.

                                       Defendant

-------------------------------------------- x

**ORDER GRANTING ADMISSION TO PRACTICE,** ***PRO HAC VICE***

      Upon the motion of   <u>John P. Reding</u>               , to be admitted, ***pro hac vice***, to represent <u>Illinois Secretary of State</u>            , (the "Client") a <u>creditor</u>              in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>Illinois</u>           and, if applicable, the bar of the U.S. District Court for the <u>Northern</u>    District of <u>Illinois</u>            , it is hereby

      **ORDERED**, that <u>John P. Reding</u>            , Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **September 7, 2022**

    New York, New York                                                  **/s/Martin Glenn**         

                                                                    CHIEF UNITED STATES BANKRUPTCY JUDGE