## <u>CERTIFICATE OF SERVICE</u>

I, Daniel A. Frishberg, hereby certify that on the 8th day of September, 2022, I served the *Daniel A. Frishbergs' Objection To The Retention Of Kirkland And Ellis By The Debtors In Possession Due To Several Conflict Of Interests* And *Motion For Relief From Court Fees* on Kirkland and Ellis (the debtor's attorney's) and Celsius Networks LLC.