Aug 30, 2022

To,

Honorable Judge Martin Glenn

Southern District of New York

New York

Subject: Celsius Freeze of Customer Accounts



Dear Justice Glenn,

I am writing as a distressed mother, seeing the mental effect of Celsius' freeze on my son Yanik, who is a Berkeley graduate, a musician, and a lovely human being. He lives in Brooklyn. During the Covid isolation year, he got interested in Blockchain technology, dived deep into its workings, and even produced a 3-part you-tube video series to explain how it works to family and friends. Here is a link to part I:

https://www.youtube.com/watch?v=6baMjEZxOes

He believed Alex Mashinsky, and banked all his cryptocurrency with Celsius. The betrayal combined with the monetary loss has had a truly traumatic effect on his mental well-being. It has been two months since the news hit and I am seeing him slowly descend into severe depression. He is shell-shocked and unable to function. To compound matters, finding a therapist is next to impossible. We are all alarmed and anxious as we seek medical help.

News articles say that customers will be the last to be paid, receiving only pennies to the dollar if that. It is SO unfair that all the rich banks and lenders will get paid first and that Mashinsky will pay no price for smooth-talking hard-working people out of all their savings. Where is the justice in that? More than a million lives have been upended.

I do not have the means to hire a law firm, so I am writing to you, seeking for justice for my son along will all the other customers who were led astray by Celsius.

Thank you.

Sincerely,

Rasika Harshey