UNITED STATES BANKRUPTCY COURT

Southern District of New York
Honorable Martin Glenn, Chief Judge
One Bowling Green
New York, NY 10004

In re: Celsius Network, LLC
Chapter 11
Case No. 22-10964 (MG)



Hello Honorable Judge Glenn,

Thank you for taking a moment to consider my support for the "Motion from the United States Trustee Directing the Appointment of an Examiner", in the business dealings of Celsius Network, LLC. It would be far too convenient for them to bury their obvious fraud and deception otherwise. It is obviously apparent that there has been gross negligence and mismanagement of customer funds, aka "Secured" and "Unsecured Creditors".

It is time for them to be held accountable and set an example in this new monetary system. Set a precedent so that future companies who choose to make shady business deals using customer's money, with ZERO regard for their livelihood, be held accountable for their actions.

Alex Mashinsky should play ZERO role, in any capacity, in regards to the future of Celsius Network, LLC. He is a liar, a fraud and a thief. Who also apparently has extremely low intellect and no business dealing with the amount of customer funds he had access to. All customers of Celsius Network, LLC no longer trust this company. There will be no "come back" for Celsius Network, LLC.

We have all been blindsided by their complete ignorance and deception. You must allow an investigation process into the mismanagement of funds by Celsius Network, LLC before anything advances. I want all of my crypto assets back in-kind eventually and not just a portion or in fiat currency. We need to know if there was fraudulent practices and gross mismanagement happening so that we may file suit if we are not made whole eventually.

Thank you, Judge Glenn.

Sincerely,

Travis Rodgers
Unknowing "Unsecured Creditor"
Phoenix, AZ
Total assets apparently "leant" to Celsius: $116,000

UNITED STATES BANKRUPTCY COURT

Southern District of New York
Honorable Martin Glenn, Chief Judge
One Bowling Green
New York, NY 10004

In re: Celsius Network, LLC
Chapter 11
Case No. 22-10964 (MG)

Hello Honorable Judge Glenn,

Thank you for taking a moment to consider my support for the "Motion from the United States Trustee Directing the Appointment of an Examiner", in the business dealings of Celsius Network, LLC. It would be far too convenient for them to bow to their obvious fraud and deception otherwise. It is obviously apparent that there has been gross negligence and mismanagement of customer funds, aka "Secured" and "Unsecured Creditors".

It is time for them to be held accountable and set an example in this new monetary system. Set a precedent so that future companies who choose to make shady business deals using customer's money, with ZERO regard for their livelihood, be held accountable for their actions.

Alex Mashinsky should play ZERO role, in any capacity, in regards to the future of Celsius Network, LLC. He is a liar, a fraud and a thief. Who also apparently has extremely low intellect and no business dealing with the amount of customer funds he had access to. All customers of Celsius Network, LLC no longer trust this company. There will be no "come back" for Celsius Network, LLC.

We have all been blindsided by their complete ignorance and deception. You must allow an investigation process into the mismanagement of funds by Celsius Network, LLC before anything is done. I want all of my crypto assets back in-kind, exactly and not just a portion or in fiat currency. We need to know if there was fraudulent practices and gross mismanagement happening so that we may file suit if we are not made whole eventually.

Thank you, Judge Glenn.

Sincerely,

Travis Rodgers
Unknowing "Unsecured Creditor"
Phoenix, AZ
Total assets apparently "loaned" to Celsius: $118,000