| | |
|---|---|
| Joshua A. Sussberg, P.C. | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS LLP** | Ross M. Kwasteniet, P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Christopher S. Koenig |
| 601 Lexington Avenue | Dan Latona (admitted *pro hac vice*) |
| New York, New York 10022 | **KIRKLAND & ELLIS LLP** |
| Telephone:  (212) 446-4800 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Facsimile:  (212) 446-4900 | 300 North LaSalle Street |
| | Chicago, Illinois 60654 |
| | Telephone:  (312) 862-2000 |
| | Facsimile:  (312) 862-2200 |

*Proposed Counsel to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF FILING OF EXPANDED COIN REPORT**

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file the *Expanded Coin Report* detailing their consolidated liabilities, deployment, and assets, on a per-coin basis as of September 2, 2022 (the "Expanded Coin Report"), which is attached hereto as **Exhibit A**.

**PLEASE TAKE NOTICE** that the Debtors intend to file forecasts and reporting similar to the Expanded Coin Report on a monthly basis throughout these chapter 11 cases.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

**PLEASE TAKE FURTHER NOTICE** that copies of the Expanded Coin Report and other pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Stretto at http://www.cases.stretto.com/celsius.  You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| New York, New York<br>Dated: September 14, 2022 | /s/ Joshua A. Sussberg<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:          jsussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:          patrick.nash@kirkland.com<br>                     ross.kwasteniet@kirkland.com<br>                     chris.koenig@kirkland.com<br>                     dan.latona@kirkland.com<br><br>*Proposed Counsel to the Debtors and*<br>*Debtors in Possession* |

**Exhibit A**

**Expanded Coin Report**

(*See attached*)

**Celsius Network**
Assets by Coin Type as of September 2, 2022
(USD, $MMs)

| | Coins in Celsius' Possession | | | | | | | | | Deployed Coins | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coin Type | Celsius Network Limited (UK) | Celsius Network LLC (US) | Celsius Network Finance | Fireblocks Celsius Network EU UAB (LT) | Celsius OTC | Celsius Mining LLC | Custody Assets | GK8 | Total Coins in Possession | DeFi[1][2] | Staking[2] | Loans | Exchanges & Trusts | Other Assets | Total Coin Assets | Total Coin Liabilities |
| CEL | $ 520.0 | $ 384.0 | $ 0.0 | $ 0.0 | $ 21.2 | $ - | $ 2.7 | $ - | $ 927.9 | $ 0.4 | $ - | $ - | $ 0.3 | $ - | $ 928.6 | $ 394.0 |
| ETH** | 1.4 | 11.6 | 0.0 | 0.1 | 0.0 | - | 66.3 | 0.0 | 79.5 | 44.6 | 519.0 | 4.0 | 8.0 | - | 655.1 | 1,642.1 |
| stETH** | 620.4 | - | - | - | - | - | - | - | 620.4 | - | - | - | - | - | 620.4 | - |
| WBTC* | 452.5 | - | - | - | - | - | 0.0 | - | 452.5 | 9.0 | - | 3.7 | - | - | 465.1 | 2.2 |
| BTC* | 184.6 | 0.7 | - | - | - | 1.4 | 70.4 | - | 257.19 | - | - | 3.0 | 26.0 | 0.5 | 286.7 | 2,097.7 |
| USDC | 2.4 | 0.7 | 0.0 | - | - | - | 36.1 | - | 39.3 | 0.1 | - | 229.7 | 2.4 | 7.5 | 279.0 | 945.8 |
| MATIC | 0.0 | 6.8 | - | - | - | - | 5.8 | 1.0 | 13.5 | 0.0 | 39.4 | 4.0 | - | 22.7 | 79.6 | 214.5 |
| USDT ERC20 | 17.7 | 0.1 | 0.0 | - | - | - | 1.9 | - | 19.8 | - | - | 47.2 | 1.1 | - | 68.1 | 121.4 |
| ADA | 0.1 | 0.0 | 0.0 | 0.0 | - | - | 3.9 | 0.5 | 4.546 | - | 37.7 | 4.7 | 0.0 | 0.3 | 47.2 | 121.0 |
| LINK | 19.4 | 0.4 | - | - | 0.0 | - | 3.4 | - | 23.3 | 0.0 | - | 0.0 | 0.0 | - | 23.3 | 65.8 |
| WETH** | - | 0.2 | - | - | - | - | - | - | 0.2 | - | - | 5.5 | - | 11.7 | 17.3 | - |
| GUSD | - | 0.0 | - | - | - | - | 4.6 | - | 4.7 | 0.0 | - | 10.8 | - | - | 15.5 | 86.5 |
| DOT | 1.9 | 0.0 | 0.0 | - | 0.0 | - | 1.2 | - | 3.0 | 1.6 | 7.3 | 0.9 | 0.7 | - | 13.5 | 34.7 |
| LTC | 4.8 | 1.2 | - | - | - | - | 1.1 | - | 7.1 | - | - | 5.1 | 0.0 | - | 12.3 | 26.6 |
| FTT | 11.5 | 0.0 | - | - | - | - | - | - | 11.5 | - | - | - | 0.0 | - | 11.5 | 11.5 |
| MCDAI | 0.0 | 1.5 | 0.0 | - | 0.0 | - | 0.5 | - | 1.9 | 0.0 | - | 8.8 | 0.0 | - | 10.7 | 4.5 |
| AAVE | 0.0 | 0.2 | 0.0 | - | - | - | 0.4 | - | 0.6 | 8.3 | - | 0.5 | - | - | 9.4 | 11.0 |
| TGBP | 8.7 | 0.4 | - | - | - | - | 0.1 | - | 9.2 | - | - | - | - | - | 9.2 | 8.6 |
| BCH | 6.0 | 0.0 | - | - | - | - | 0.1 | - | 6.2 | - | - | - | 0.0 | - | 6.2 | 6.0 |
| UNI | 2.5 | 1.0 | 0.0 | - | 0.0 | - | 0.3 | - | 3.8 | 0.0 | - | 1.7 | - | - | 5.5 | 11.5 |
| BNB | 3.5 | 0.1 | - | 0.0 | - | - | 0.0 | - | 3.6 | - | - | 1.5 | - | - | 5.2 | 22.9 |
| SOL | 0.0 | 0.1 | - | - | - | - | 2.4 | - | 2.5 | - | - | 2.5 | - | 0.0 | 5.0 | 29.6 |
| XLM | 4.4 | 0.0 | 0.0 | - | 0.0 | - | 0.4 | - | 4.8 | - | - | - | 0.0 | - | 4.8 | 9.9 |
| EOS | 1.2 | 0.0 | 0.0 | - | - | - | 0.1 | - | 1.3 | - | - | 2.0 | 1.5 | - | 4.8 | 6.6 |
| SNX | 2.7 | 0.0 | - | - | - | - | 0.6 | - | 3.3 | 1.3 | - | - | - | - | 4.7 | 21.7 |
| **Top 25 Subtotal** | $ 1,865.9 | $ 409.0 | $ 0.0 | $ 0.2 | $ 21.2 | $ 1.4 | $ 202.5 | $ 1.5 | $ 2,501.7 | $ 65.3 | $ 603.4 | $ 335.7 | $ 40.1 | $ 42.6 | $ 3,588.8 | $ 5,896.1 |
| Other Coins | 20.2 | 4.7 | 0.0 | 1.1 | 0.0 | - | 8.6 | - | 34.6 | 1.3 | 1.4 | 8.9 | 4.8 | 5.5 | 56.6 | 208.0 |
| **Total Coin Value** | $ 1,886.1 | $ 413.7 | $ 0.0 | $ 1.3 | $ 21.2 | $ 1.4 | $ 211.1 | $ 1.5 | $ 2,536.3 | $ 66.7 | $ 604.8 | $ 344.7 | $ 44.9 | $ 48.1 | $ 3,645.4 | $ 6,104.1 |

| | |
|---|---|
| Net Coin Position | $ (2,458.7) |
| Net USD-Denominated Assets / (Liabilities) | 1,638.4 |
| Reserves | (408.4) |
| **Equity** | **$ (1,228.7)** |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Memo: BTC Equiv.* | $ 637.1 | $ 0.7 | $ - | $ - | $ - | $ 1.4 | $ 70.5 | $ - | $ 709.7 | $ 9.0 | $ - | $ 6.7 | $ 26.0 | $ 0.5 | $ 751.9 | $ 2,099.9 |
| Memo: ETH Equiv.** | 621.8 | 11.8 | 0.0 | 0.1 | 0.0 | - | 66.3 | 0.0 | 700.1 | 44.6 | 519.0 | 9.5 | 8.0 | 11.7 | 1,292.8 | 1,642.1 |
| Memo: Stablecoins | 20.1 | 2.8 | 0.0 | 0.1 | 0.0 | - | 44.0 | - | 67.0 | 0.9 | - | 300.9 | 3.5 | 7.5 | 379.8 | 1,210.0 |

(1) DeFi is primarily comprised of deployed coins, but a portion of coins remain undeployed within the DeFi workspace on Fireblocks
(2) DeFi / Staking assets may not represent direct exposure to the underlying coins; these assets include rights to receive the underlying coins or a synthetic representation of the underlying coins