FROM THE DESK OF

# MARC HEROUARD

RECEIVED
SEP 1 4 2022
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Marc Herouard
727 Prospect Place, 2A
Brooklyn, NY 11216

September 12, 2022

Hon. Martin Glenn
Chief Judge
One Bowling Green
New York, NY 10004-1408

RE: Celsius Network

Dear Honorable Glenn:

My name is Marc Herouard. I am a depositor in the Celsius Network platform. I am an ordinary person. I have been working construction all my life. I have my life savings on this platform. I won't bore you with repetitive stuff, as I'm sure you have been bombarded with numerous similar letters. To cut to the chase, I know that this is just the beginning of this proceeding and it may take quite a while before the ending of it. I just need to know where I stand in relation to getting my money back, if so. Is there a list I must be on? Am I required to file a proceeding to be able to get any relief after this case ends? Any information is helpful Sir. I know you are busy so I will leave it at that. I look forward to hearing from you at your earliest convenience.

Sincerely yours,

Marc Herouard