# <u>Certificate of Service</u>

I, Daniel A. Frishberg, hereby certify that on the 13th day of September, 2022, I served the *Daniel A. Frishbergs' Objection To The Retention Of Kirkland And Ellis By The Debtors In Possession Due To Several Conflict Of Interests*, *Objection  To The UCCs'Agreed Proposed Order Granting Examiner Motion* And *Daniel A. Frishbergs' Response To Debtors' Omnibus Reply To Certain Objection To The Debtors' Retention Of Kirkland & Ellis LLP And Kirkland & Ellis International LLP*  on everyone on the service list which is attached below.

| | | |
|---|---|---|
| ADMIN@lantern ventures.com, | | |
| ADMININFO@a g.state.la.us, | | |
| AGBANKNEWY ORK@ag.tn.gov , | | |
| AGINFO@azag. gov, | | |
| AGO.INFO@ver mont.gov, | | |
| ASHLEY.MOOD Y@myfloridaleg al.com, | | |
| ATTORNEY.GE NERAL@ag.stat e.mn.us, | | |
| ATTORNEY.GE NERAL@alaska .gov, | | |
| ATTORNEY.GE NERAL@ct.gov, | | |
| ATTORNEY.GE NERAL@delaw are.gov, | | |
| ATTORNEY.GE NERAL@maine. gov, | | |
| ATTORNEY.GE NERAL@state.d e.us, | | |

| | | |
|---|---|---|
| ATTORNEYGENERAL@doj.nh.gov, | | |
| BHANNON@norgaardfirm.com, | | |
| MNORGAARD@norgaardfirm.com, | | |
| CROSE@norgaardfirm.com, | | |
| KCIMMINO@norgaardfirm.com, | | |
| BROSSZER@law.ga.gov, | | |
| C10_SPC@invictuscapital.com, | | |
| C20_SPC@invictuscapital.com, | | |
| DANIEL@invictuscapital.com, | | |
| CELSIUSBANKRUPTCY@covar.io, | | |
| MARK.BANNER@covar.io, | | |
| CFO@ziglu.io, | | |
| CGREER@mwe.com, | | |
| CIADONISI@deferred1031.com, | | |
| CONSUMER.HELP@ago.mo.gov, | | |
| CONSUMER@ag.iowa.gov, | | |
| CONSUMER@wvago.gov, | | |
| CONTACTDOJ@mt.gov, | | |
| CORA.REQUEST@coag.gov, | | |

| | | |
|---|---|---|
| DADLER@mccarter.com, | | |
| DAZMAN@mwe.com, | | |
| DEBORAH.KOVSKY@troutman.com, | | |
| KAY.KRESS@troutman.com, | | |
| CONSUMERINTEREST@alabamaag.gov, | | |
| DIETDERICHA@sullcrom.com, | | |
| GLUECKSTEINB@sullcrom.com, | | |
| BELLERB@sullcrom.com, | | |
| DEREK.SCHMIDT@ag.ks.gov, | | |
| DINA.YUNKER@atg.wa.gov, | | |
| BCUYUNKER@atg.wa.gov, | | |
| DUFFYS2@gmail.com, | | |
| ELLEN.ROSENBLUM@dog.state.or.us, | | |
| ATTORNEYGENERAL@doj.state.or.us, | | |
| ELOBELLO@msek.com, | | |
| JWEISS@msek.com, | | |
| EVAN.ZUCKER@blankrome.com, | | |
| EDOCKETING | | |

| | | |
|---|---|---|
| @blankrome.com, | | |
| GSTEINMAN@mwe.com, | | |
| HAWAIIAG@hawaii.gov, | | |
| HBALDERAS@nmag.gov, | | |
| HOLLACE.COHEN@fisherbroyles.com, | | |
| INFO@lisamadigan.org, | | |
| JASON.BINFORD@oag.texas.gov, | | |
| LAYLA.MILLIGAN@oag.texas.gov, | | |
| ABIGAIL.RYAN@oag.texas.gov, | | |
| ROMA.DESAI@oag.texas.gov, | | |
| SLIEBERMAN@pryorcashman.com, | | |
| MSILVERMAN@pryorcashman.com, | | |
| JEFFREY.GLEIT@afslaw.com, | | |
| ALLISON.WEISS@afslaw.com, | | |
| LISA.INDELICATO@afslaw.com, | | |
| ALYSSA.FIORENTINO@afslaw.com, | | |
| JENNIFER.ROOD@vermont.g | | |

| | | |
|---|---|---|
| ov, | | |
| JOSHUA@levin epstein.com, | | |
| JSUSSBERG@ kirkland.com, | | |
| KORTIZ@teamt ogut.com, | | |
| BKOTLIAR@tea mtogut.com, | | |
| DPERSON@tea mtogut.com, | | |
| AODEN@teamt ogut.com, | | |
| AGLAUBACH@ teamtogut.com, | | |
| EBLANDER@te amtogut.com, | | |
| ARODRIGUEZ @teamtogut.co m, | | |
| GQUIST@teamt ogut.com, | | |
| ASTOLP@team togut.com, | | |
| MAIL@oag.stat e.va.us, | | |
| MANDOLINA@ whitecase.com, | | |
| GREGORY.PES CE@whitecase. com, | | |
| JDISANTI@whit ecase.com, | | |
| MCO@whitecas e.com, | | |
| MCO@mwe.co m, | | |
| MIDDLEOFFIC E@b2c2.com, | | |
| MORRIS.WEIS S@wallerlaw.co | | |

| | | |
|---|---|---|
| m, | | |
| SHERRI.SAVAL A@wallerlaw.co m, | | |
| ANNMARIE.JEZ ISEK@wallerlaw .com, | | |
| NDAG@nd.gov, | | |
| OAG@arkansas ag.gov, | | |
| OAG@dc.gov, | | |
| OAG@oag.state .md.us, | | |
| DAVID.TURETS KY@whitecase. com, | | |
| SAM.HERSHEY @whitecase.co m, | | |
| MCOSBNY@wh itecase.com, | | |
| PATRICK.NASH @kirkland.com, | | |
| ROSS.KWASTE NIET@kirkland. com, | | |
| QUESTIONS@ oag.ok.gov, | | |
| RICHARD@altc ointrader.co.za, | | |
| SCHRISTIANS ON@buchalter.c om, | | |
| SCHROEDER@ jrlaw.org, | | |
| HEALEY@jrlaw. org, | | |
| SECBANKRUP TCY-OGC-ADO @sec.gov, | | |
| NYROBANKRU | | |

| | | |
|---|---|---|
| PTCY@sec.gov, | | |
| BANKRUPTCY NOTICESCHR @sec.gov, | | |
| SPG@13trustee .net, | | |
| STEPHANIE.G UYON@ag.idah o.gov, | | |
| TDOMINCZYK @mauricewutsc her.com, | | |
| THOMAS-DOMI NCZYK-5025@ ecf.pacerpro.co m, | | |
| TYLER.LAYNE @wallerlaw.com , | | |
| CHRIS.CRONK @wallerlaw.com , | | |
| AG@riag.ri.gov, | | |
| ABARRAGE@d wt.com, | | |
| HUGHMCCULL OUGH@dwt.co m, | | |
| ELAINEHUCKA BEE@dwt.com, | | |
| SEADOCKET@ dwt.com, | | |
| JMONTGOMER Y@brownconne ry.com, | | |
| UAG@utah.gov, | | |
| USTPREGION0 2.NYECF@usdo j.gov, | | |
| SHARA.CORNE LL@usdoj.gov, | | |

| | | |
|---|---|---|
| XAVIER.BECERRA@doj.ca.gov, | | |
| AARON.COLODNY@whitecase.com | | |