**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, et al.,<br><br>Debtors. | Case No. 22-10964 (MG) |

**ORDER SETTING HEARING SCHEDULE ON MOTION FILED BY**
**KWOK MEI PO (ECF DOC. # 877)**

*Pro se* creditor Kwok Mei Po ("Po") filed a motion on September 20, 2022 seeking return of assets held by the Debtors in "blocked" accounts. ("Po Motion," ECF Doc. # 877.) The Court directs Debtors' counsel to include the Po Motion on the hearing agenda for the Omnibus Hearing scheduled for 11:00 a.m., November 1, 2022. Debtors' counsel shall promptly advise Po that the Po Motion will be heard by the Court on November 1, 2022 Using Zoom for Government.[1]

The Court directs that Objections to the Po Motion shall be filed and served on or before 5:00 p.m., October 18, 2022.

Po may not file a Reply to any Objections unless the Court specifically authorizes that Po may reply after the Objections have been received by the Court.

**IT IS SO ORDERED.**

Dated:    September 22, 2022
         New York, New York

---

[1] The Court shall provide a Zoom link to those persons who have made an eCourtAppearance by 4 PM the business day before the hearing. Any party appearing at, listening to, or observing the Hearing, must make an electronic appearance, an eCourtAppearance, by using the eCourtAppearance portal located on the Court's website, https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl, or by clicking the "eCourtAppearances" tab on Judge Glenn's page of the Court's website at, https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn. Appearances must be entered on or before 4:00 p.m. prevailing Eastern Time on October 31, 2022. After the deadline to make appearances passes, the Court will send Outlook invitations to those persons who made eCourtAppearances, using the email addresses submitted with those appearances.

1

*Martin Glenn*
MARTIN GLENN
Chief United States Bankruptcy Judge