September 23, 2022

Honorable Chief Judge Martin Glenn
United States Bankruptcy Court
Southern District of New York

Court Room #523

One Bowling Green

New York, New York 10004-1408

Subject: Celsius Network LLC, Bankruptcy Case #22-10964

To: Honorable Chief Judge Martin Glenn

This letter is to acknowledge and confirm that I have an account, as a creditor, with Celsius Network LLC. I understand that the claim form 410 will be revised and provided to Celsius account holders so we can properly identify our account assets and not just a dollar value at the time that Celsius froze accounts and filed for bankruptcy.

Since the dollar value of cryto currency and stable coins changes every second it is not realistic to submit an accurate dollar claim value other than the quantity of the stable coins held in each account on the day assets were frozen.

The assets I own in my Celsius Earn account have **not** been collateralized against any loan and are unencumbered and should be returned to me in full are itemized below:

BTC = 1.158434 each          DOT = 11.405487 each

ETH = 8.117238 each          ADA = 1,659.075334 each

LINK = 189.990785 each       LTC = 12.562286 each

ZRX = 1,024.148848 each      SNX = 221.697059 each

COMP = 4.236992 each         MANA = 422.918486 each

DAI = 123.723135 each        ZRX = 1,024.148848 each

CEL = 631.663600 each        XLM = 1,897.061708 each in (*custody acct*)

Thank you for taking the time to read and accept this letter into the Celsius claim process and for the courts attention to resolve this bankruptcy in a fair and just decision for all the Celsius Network LLC creditor clients.

Best Regards:

Karen L Mays    *Karen L. Mays*

13003 Country Trl.

San Antonio, Tx 78216

Email: karenmays2@yahoo.com

September 23, 2022

Honorable Chief Judge Martin Glenn
United States Bankruptcy Court
Southern District of New York

Court Room #523

One Bowling Green

New York, New York 10004-1408

Subject: Celsius Network LLC, Bankruptcy Case #22-10964

To: Honorable Chief Judge Martin Glenn

This letter is to acknowledge and confirm that I have an account, as a creditor, with Celsius Network LLC. I understand that the claim form 410 will be revised and provided to Celsius account holders so we can properly identify our account assets and not just a dollar value at the time that Celsius froze accounts and filed for bankruptcy.

Since the dollar value of crypto currency and stable coins changes every second it is not realistic to submit an accurate dollar claim value other than the quantity of the stable coins held in each account on the day assets were frozen.

The assets I own in my Celsius Earn account have not been collateralized against any loan and are unencumbered and should be returned to me in full are itemized below:

BTC = 1.158434 each — DOT = 11.105487 each

ETH = 3.117238 each — ADA = 1,059.075384 each

LINK = 185.350705 each — LTC = 12.562280 each

ZRX = 1,024.148748 each — SNX = 221.607058 each

[illegible]

DAI = 125.723135 each — ZRX = 1,024.148848 each

CEL = 631.058600 each — XLM = 1,807.061708 each in [illegible] account)

Thank you for taking the time to read and accept this letter into the Celsius claim process and for the courts attention to resolve this bankruptcy in a fair and just decision for all the Celsius Network LLC creditor clients.

Best Regards:

Karen L Mays

13003 Country [illegible]

San Antonio, Tx 7821[illegible]

Email: Ka[illegible]ys2@yahoo.com