September 23, 2022

Honorable Chief Judge Martin Glenn
United States Bankruptcy Court
Southern District of New York

Court Room #523

One Bowling Green

New York, New York 10004-1408

Subject: Celsius Network LLC, Bankruptcy Case #22-10964

To: Honorable Chief Judge Martin Glenn

This letter is to acknowledge and confirm that I have an account, as a creditor, with Celsius Network LLC. I understand that the claim form 410 will be revised and provided to Celsius account holders so we can properly identify our account assets and not just a dollar value at the time that Celsius froze accounts and filed for bankruptcy.

Since the dollar value of cryto currency and stable coins changes every second it is not realistic to submit an accurate dollar claim value other than the quantity of the stable coins held in each account on the day assets were frozen.

The assets I own in my Celsius Earn account have not been collateralized against any loan and are unencumbered and should be returned to me in full are itemized below:

BTC = 2.104698 each

ETH = 3.937090 each

SNX = 2.748948 each

Thank you for taking the time to read and accept this letter into the Celsius claim process and for the courts attention to resolve this bankruptcy in a fair and just decision for all the Celsius Network LLC creditor clients.

Best Regards,

*Richard E Mays*

Richard E Mays

13003 Country Trl.

San Antonio, Tx 78216

Email: richardemays@yahoo.com

September 23, 2022

Honorable Chief Judge Martin Glenn
United States Bankruptcy Court
Southern District of New York

Court Room #523

One Bowling Green

New York, New York 10004-1408

Subject: Celsius Network LLC Bankruptcy Case No. 22-10964

To: Honorable Chief Judge Martin Glenn

This letter is to acknowledge and confirm that I have an account as a creditor with Celsius Network LLC. I understand that the claim form 410 will be revised and provided to Celsius account holders so we can properly identify our account assets and not just a dollar value at the time that Celsius froze accounts and filed for bankruptcy.

Since the dollar value of crypto currency and stable coins changes every second it is not realistic to submit an accurate dollar claim value at this time. The quantity of the stable coins held in each account on the day assets were frozen.

The assets I own in my Celsius Earn account have not been collateralized against any loan and are unencumbered and should be returned to me in full are itemized below.

BTC = 2.104598 each

ETH = 3.957000 each

SNX = 2.[illegible] each

and for the courts attention to resolve this bankruptcy in a fair and just decision for all the Celsius Network LLC creditor clients.

Best Regards,

Richard E Mays

18803 Country Th[illegible]

San Antonio, Tx 78216

Email: richardemays@yahoo.com