Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AMENDMENT**
**TO LIST OF ORDINARY COURSE PROFESSIONALS**

**PLEASE TAKE NOTICE** that on July 25, 2022, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business* [Docket No. 190] (the "Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that on August 17, 2022, the Court entered the *Order Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

[2]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

*Course of Business* [Docket No. 519] (the "Order") approving the Motion, which included a nonexclusive list of the tier 2 ordinary course professionals (the "Tier 2 OCPs"), attached thereto as **Exhibit A** (the "Original Tier 2 OCP List").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 3 of the Order, the Debtors are authorized to supplement the Original Tier 2 OCP List as necessary to add or remove OCPs without the need for any further hearing and without the need to file individual retention applications for newly added OCPs, by (i) including such OCPs on an amended version of the OCP List that is filed with the Court and served on the Notice Parties, and (ii) having such OCPs comply with the OCP Procedures.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby amend the Original Tier 2 OCP List as set forth on **Exhibit B** hereto (the "Amended Tier 2 OCP List") to add Conyers Dill & Pearman to the list and remove Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, and Uría Menéndez Abogados, S.L.P., from the list. A redline of the Amended Tier 2 OCP List against the Original Tier 2 OCP List is attached hereto as **Exhibit C**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, notice of the Amended Tier 2 OCP List will be provided to the Notice Parties.

*[Remainder of page intentionally left blank]*

New York, New York
Dated: September 28, 2022

*/s/ Joshua A. Sussberg*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:       (212) 446-4900
Email:            jsussberg@kirkland.com

- and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:       (312) 862-2200
Email:            patrick.nash@kirkland.com
                    ross.kwasteniet@kirkland.com
                    chris.koenig@kirkland.com
                    dan.latona@kirkland.com

*Counsel to the Debtors and Debtors in Possession*

## Exhibit A

**Original Tier 2 OCP List**

**Tier 2 Ordinary Course Professionals**

| NAME | ADDRESS | TYPE OF SERVICE |
|---|---|---|
| A. GEORGIOU & CO LLC | KREMASTIS RODOU 62, OFFICE 102<br>4620, EPISKOPI, LIMASSOL, CYPRUS | LEGAL |
| BUCKLEY LLP | 2001 M STREET NORTHWEST<br>STE. 500<br>WASHINGTON, DC 20036 | LEGAL |
| CMS CAMERON MCKENNA NABARRO OLSWANG LLP | 78 CANNON STREET<br>LONDON, UNITED KINGDOM<br>EC4N 6AF | LEGAL |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP | 901 NEW YORK AVE, NW<br>WASHINGTON, DC 20001-4413 | LEGAL |
| HOLLEY NETHERCOTE PTY LTD | 140 WILLIAM STREET<br>LEVEL 22, VIC<br>MELBOURNE, AUSTRALIA<br>3000 | LEGAL |
| JACKSON LEWIS P.C. | 666 THIRD AVENUE 29TH FLOOR<br>NEW YORK, NY 10017 | LEGAL |
| MCCARTHY TETRAULT LLP | BOX 48, SUITE 5300<br>TORONTO-DOMINION BANK TOWER<br>TORONTO, ON CANADA<br>M5K 1E6 | LEGAL |
| ADVOKATŲ KONTORA SORAINEN IR PARTNERIAI | LT-01110 VILNIUS<br>LITHUANIA | LEGAL |
| URÍA MENÉNDEZ ABOGADOS, S.L.P. | 125 OLD BROAD STREET<br>17TH FLOOR<br>LONDON, UNITED KINGDOM<br>EC2N 1AR | LEGAL |
| WILSON SONSINI GOODRICH & ROSATI | 650 PAGE MILL ROAD<br>PALO ALTO, CA 94304-1050 | LEGAL |

## Exhibit B

**Amended Tier 2 OCP List**

**Tier 2 Ordinary Course Professionals**

| NAME | ADDRESS | TYPE OF SERVICE |
|---|---|---|
| A. GEORGIOU & CO LLC | KREMASTIS RODOU 62, OFFICE 102<br>4620, EPISKOPI, LIMASSOL, CYPRUS | LEGAL |
| BUCKLEY LLP | 2001 M STREET NORTHWEST<br>STE. 500<br>WASHINGTON, DC 20036 | LEGAL |
| CMS CAMERON MCKENNA NABARRO OLSWANG LLP | 78 CANNON STREET<br>LONDON, UNITED KINGDOM<br>EC4N 6AF | LEGAL |
| HOLLEY NETHERCOTE PTY LTD | 140 WILLIAM STREET<br>LEVEL 22, VIC<br>MELBOURNE, AUSTRALIA<br>3000 | LEGAL |
| JACKSON LEWIS P.C. | 666 THIRD AVENUE 29TH FLOOR<br>NEW YORK, NY 10017 | LEGAL |
| MCCARTHY TETRAULT LLP | BOX 48, SUITE 5300<br>TORONTO-DOMINION BANK TOWER<br>TORONTO, ON CANADA<br>M5K 1E6 | LEGAL |
| ADVOKATŲ KONTORA SORAINEN IR PARTNERIAI | LT-01110 VILNIUS<br>LITHUANIA | LEGAL |
| WILSON SONSINI GOODRICH & ROSATI | 650 PAGE MILL ROAD<br>PALO ALTO, CA 94304-1050 | LEGAL |
| CONYERS DILL & PEARMAN | COMMERCE HOUSE<br>WICKHAMS CAY 1<br>PO BOX 3140<br>ROAD TOWN, TORTOLA<br>BRITISH VIRGIN ISLANDS VG1110 | LEGAL |

**<u>Exhibit C</u>**

**Redline**

**Tier 2 Ordinary Course Professionals**

| NAME | ADDRESS | TYPE OF SERVICE |
|---|---|---|
| A. GEORGIOU & CO LLC | KREMASTIS RODOU 62, OFFICE 102 4620, EPISKOPI, LIMASSOL, CYPRUS | LEGAL |
| BUCKLEY LLP | 2001 M STREET NORTHWEST STE. 500 WASHINGTON, DC 20036 | LEGAL |
| CMS CAMERON MCKENNA NABARRO OLSWANG LLP | 78 CANNON STREET LONDON, UNITED KINGDOM EC4N 6AF | LEGAL |
| ~~FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP~~ | ~~901 NEW YORK AVE, NW WASHINGTON, DC 20001-4413~~ | ~~LEGAL~~ |
| HOLLEY NETHERCOTE PTY LTD | 140 WILLIAM STREET LEVEL 22, VIC MELBOURNE, AUSTRALIA 3000 | LEGAL |
| JACKSON LEWIS P.C. | 666 THIRD AVENUE 29TH FLOOR NEW YORK, NY 10017 | LEGAL |
| MCCARTHY TETRAULT LLP | BOX 48, SUITE 5300 TORONTO-DOMINION BANK TOWER TORONTO, ON CANADA M5K 1E6 | LEGAL |
| ADVOKAT    KONTORA SORAINEN IR PARTNERIAI | LT-01110 VILNIUS LITHUANIA | LEGAL |
| ~~URÍA MENÉNDEZ ABOGADOS, S.L.P.~~ | ~~125 OLD BROAD STREET 17TH FLOOR LONDON, UNITED KINGDOM EC2N 1AR~~ | ~~LEGAL~~ |
| WILSON SONSINI GOODRICH & ROSATI | 650 PAGE MILL ROAD PALO ALTO, CA 94304-1050 | LEGAL |
| CONYERS DILL & PEARMAN | COMMERCE HOUSE WICKHAMS CAY 1 PO BOX 3140 ROAD TOWN, TORTOLA BRITISH VIRGIN ISLANDS VG1110 | LEGAL |