UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, et al.,[1]<br><br>                Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 22-10964-MG <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF PAPERS

***PLEASE TAKE NOTICE*** that the attorney set forth below hereby appear as counsel for the Washington State Department of Financial Institutions, by and through the Office of the Attorney General of Washington, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The undersigned request that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) be given to and served on the following:

Stephen Manning
Assistant Attorney General
Office of the Attorney General of Washington
Government Compliance and Enforcement Division
P. O. Box 40100
Olympia, WA  98504-4010
Phone: 360-534-4846 Fax: 360-664-0229

***PLEASE TAKE FURTHER NOTICE*** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtor's service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

Dated: September 29, 2022            Respectfully submitted,

ROBERT FERGUSION
Attorney General of Washington

*/s/ Stephen Manning*
STEPHEN MANNING
Washington State Bar No. 36965
Attorney General of Washington
Government Enforcement and Compliance
P. O. Box 40100
Olympia, WA  98504-0100
Telephone: (360)
Facsimile: (360) 664-0229
stephen.manning@atg.wa.gov
Attorney for Washington State
Department of Financial Institutions

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on September 29, 2022.

*/s/ Stephen Manning*
STEPHEN MANNING
Assistant Attorney General