Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Bankruptcy Case No. 22-10964 (MG) |
| Debtors. | ) (Jointly Administered) |
| AD HOC GROUP OF CUSTODIAL ACCOUNT HOLDERS, | ) |
| Plaintiff, | ) Adversary Proceeding No. 22-01142 (MG) |
| v. | ) |
| CELSIUS NETWORK LLC; CELSIUS, KEYFI LLC; CELSIUS LENDING LLC; CELSIUS MINING LLC; CELSIUS LIMITED; CELSIUS NETWORKS LENDING LLC; and CELSIUS US HOLDING LLC, | ) |
| Defendants. | ) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

### NOTICE OF ABATEMENT OF OBJECTION
### DEADLINES TO CERTAIN MOTIONS AND RESPONSE DEADLINE
### TO CUSTODY COMPLAINT PENDING ENTRY OF A SCHEDULING ORDER

**PLEASE TAKE NOTICE** that on September 1, 2022, the Debtors filed the *Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Reopen Withdrawals for Certain Customers with Respect to Certain Assets Held in the Custody Program and Withhold Accounts and (II) Granting Related Relief* [Docket No. 670] (the "Custody and Withhold Motion") to be heard on October 6, 2022, with an objection deadline of September 29, 2022 at 4:00 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that on September 7, 2022, the Ad Hoc Group of Withhold Account Holders filed the *Ad Hoc Group of Withhold Account Holders' Motion for Relief from the Automatic Stay* [Docket No. 737] (the "Withhold Lift Stay Motion") to be heard on October 6, 2022, with an objection deadline of October 3, 2022 at 4:00 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that on August 31, 2022, the Ad Hoc Group of Custodial Account Holders commenced an adversary proceeding by filing the Complaint [Adv. Pro. Docket No. 1] in the adversary proceeding captioned *Ad Hoc Group of Custodial Account Holders v. Celsius Network LLC, et at.*, Adv. Pro. No. 22-01142 (MG) (Bankr. S.D.N.Y. Aug. 31, 2022) (the "Custody Complaint" together with the Custody and Withhold Motion and the Withhold Lift Stay Motion, the "Custody and Withhold Pleadings") with an answer deadline of September 30, 2022, and a pretrial conference set for October 6, 2022.

**PLEASE TAKE FURTHER NOTICE** that at a hearing on September 14, 2022, the Court directed the Debtors, the official committee of unsecured creditors (the "Committee"), the Ad Hoc

Group of Withhold Account Holders, and the Ad Hoc Group of Custodial Account Holders (collectively, the "Parties") to meet and confer on the Custody and Withhold Pleadings.

**PLEASE TAKE FURTHER NOTICE** that on September 15, 2022, the pretrial conference on the Custody Complaint was adjourned to October 7, 2022 [Adv. Pro. Docket No. 4], and that on September 20, 2022, the hearing on the Custody and Withhold Motion and the Withhold Lift Stay Motion was also adjourned to October 7, 2022 [Docket No. 857].

**PLEASE TAKE FURTHER NOTICE** that the Parties have all agreed to abate the objection deadlines and response deadline to the Custody and Withhold Pleadings pending an agreement among the Parties and/or an order by the Court on scheduling with respect to the Custody and Withhold Pleadings.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Custody and Withhold Pleadings and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius.  You may also obtain copies of the Custody and Withhold Pleadings and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| New York, New York<br>Dated:  September 30, 2022 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:     (212) 446-4800<br>Facsimile:      (212) 446-4900<br>Email:            jsussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:      (312) 862-2200<br>Email:            patrick.nash@kirkland.com<br>                      ross.kwasteniet@kirkland.com<br>                      chris.koenig@kirkland.com<br>                      dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |