**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | ) Case No. 22-10964 (MG) |
| Debtors. | ) (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Ana M. Galvan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On September 27, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Sale of Certain De Minimis Assets** (Docket No. 908)

Dated: September 30, 2022

_____
Ana M. Galvan

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 30th day of September 2022, by Ana M. Galvan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

# **<u>Exhibit A</u>**



**Exhibit A**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| AD HOC GROUP OF CUSTODIAL ACCOUNT HOLDERS | C/O TOGUT SEGAL & SEGAL LLP | ATTN: KYLE J. ORTIZ & BRYAN M. KOTLIAR | ONE PENN PLAZA | SUITE 3335 | NEW YORK | NY | 10119 | |
| AD HOC GROUP OF WITHHOLD ACCOUNT HOLDER | C/O TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DEBORAH KOVSKY-APAP | 4000 TOWN CENTER | SUITE 1800 | SOUTHFIELD | MI | 48075 | |
| ALABAMA OFFICE OF THE ATTORNEY GENERAL | | 501 WASHINGTON AVE | | | MONTGOMERY | AL | 36104 | |
| ALAMEDA RESEARCH LLC AND AFFILIATES | C/O SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, BRIAN D. GLUECKSTEIN, & BENJAMIN S. BELLER | 125 BROAD ST | | NEW YORK | NY | 10004 | |
| ALASKA OFFICE OF THE ATTORNEY GENERAL | | 1031 W 4TH AVE | SUITE 200 | | ANCHORAGE | AK | 99501 | |
| ALTCOINTRADER (PTY) LTD | | 229 ONTDEKKERS RD, HORIZON | | | ROODEPOORT | | 1724 | SOUTH AFRICA |
| AMTRUST NORTH AMERICA, INC. ON BEHALF OF ASSOCIATED INDUSTRIES INSURANCE COMPANY INC. | C/O MAURICE WUTSCHER LLP | ATTN: THOMAS R. DOMINCZYK | 5 WALTER FORAN BLVD | SUITE 2007 | FLEMINGTON | NJ | 08822 | |
| ANABELLE DIAS | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | |
| ARIZONA OFFICE OF THE ATTORNEY GENERAL | | 2005 N CENTRAL AVE | | | PHOENIX | AZ | 85004 | |
| ARKANSAS OFFICE OF THE ATTORNEY GENERAL | | 323 CENTER ST | SUITE 200 | | LITTLE ROCK | AR | 72201 | |
| B2C2 LTD | | 86-90 PAUL ST | | | LONDON | | EC2A 4NE | UNITED KINGDOM |
| BAKER, DOMINIC JOHN | | ON FILE | | | | | | |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | | PO BOX 944255 | | | SACRAMENTO | CA | 94244-2550 | |
| CHANG, RICKIE | | ON FILE | | | | | | |
| CHRISTOPHER J. LITTLE | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | |
| CLINT PETTY | ATTN: STUART P. GELBERG, ESQ. | 600 OLD COUNTRY RD | SUITE 410 | | GARDEN CITY | NY | 11530 | |
| COLORADO OFFICE OF THE ATTORNEY GENERAL | | RALPH L. CARR JUDICIAL BUILDING | 1300 BROADWAY | 10TH FLOOR | DENVER | CO | 80203 | |
| CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | | 165 CAPITOL AVE | | | HARTFORD | CT | 6106 | |
| COVARIO AG | | LANDYS GYR STRASSE 1 | | | ZUG | | 6300 | SWITZERLAND |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP | ATTN: DARREN AZMAN | ONE VANDERBILT AVE | | NEW YORK | NY | 10017-3852 | |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP | ATTN: GREGG STEINMAN | 333 SE 2ND AVE | SUITE 4500 | MIAMI | FL | 33131-2184 | |
| CRYPTO10 SP -SEGREGATED PORTFOLIO OF INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC | | 67 FORT ST | 1ST FLOOR | ARTEMIS HOUSE | GEORGE TOWN | | KY1-1102 | CAYMAN ISLANDS |
| DEFERRED 1031 EXCHANGE, LLC | | LAKELAND AVE. | | | DOVER | DE | 19901 | |
| DEKKER, CARLOS C | | ON FILE | | | | | | |
| DELAWARE DEPARTMENT OF JUSTICE | | CARVEL STATE OFFICE BUILDING | 820 N FRENCH ST | | WILMINGTON | DE | 19801 | |
| DENTZEL, ZARYN | | ON FILE | | | | | | |
| DEPARTMENT OF TREASURY | INTERNAL REVENUE SERVICE | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | |
| DIANA THANT AND NATAKOM CHULAMORKODT | C/O MEYER, SUOZZI, ENGLISH & KLEIN, PC | ATTN: EDWARD J. LOBELLO & JORDAN D. WEISS | 1350 BROADWAY | SUITE 1420 | NEW YORK | NY | 10018 | |
| DIFIORE, THOMAS ALBERT | | ON FILE | | | | | | |
| DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL | | 400 6TH STREET NW | | | WASHINGTON | DC | 20001 | |
| DIXON, SIMON | | ON FILE | | | | | | |
| DOWNS, BRADLEY JAMES | | ON FILE | | | | | | |
| DR. ASHRAF ELSHAFEI | C/O ARENTFOX SCHIFF LLP | ATTN: JEFFREY R. GLEIT & ALLISON H. WEISS | 1301 AVENUE OF THE AMERICAS | 42ND FLOOR | NEW YORK | NY | 10019 | |
| EMIL PILACIK, JR. AND EMCO TECHNOLOGY, INC. | ATTN: WILLIAM D. SCHROEDER, JR. | 920 LENMAR DR | | | BLUE BELL | PA | 19422 | |
| FARR, NICHOLAS | | ON FILE | | | | | | |
| FEDERAL TRADE COMMISSION | ATTN: KATHERINE JOHNSON & KATHERINE AIZPURU | 600 PENNSYLVANIA AVE NW | MAIL STOP CC-9528 | | WASHINGTON | DC | 2058 | |
| FEINTISCH, ADAM MICHAEL | | ON FILE | | | | | | |
| FLORIDA OFFICE OF THE ATTORNEY GENERAL | | THE CAPITOL PL-01 | | | TALLAHASSEE | FL | 32399 | |
| GEORGIA OFFICE OF THE ATTORNEY GENERAL | BERNADETT ROSSZER FIGUEROA | 40 CAPITOL SQ SW | | | ATLANTA | GA | 30334 | |
| HAWAII OFFICE OF THE ATTORNEY GENERAL | | 425 QUEEN ST | | | HONOLULU | HI | 96813 | |
| ICB SOLUTIONS | | W ROYAL FOREST BLVD | | | COLUMBUS | OH | 43214 | |
| IDAHO OFFICE OF THE ATTORNEY GENERAL | | 700 W JEFFERSON ST | SUITE 210 | PO BOX 83720 | BOISE | ID | 83720 | |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | | JAMES R. THOMPSON CENTER | 100 W RANDOLPH ST | | CHICAGO | IL | 60601 | |
| INDIANA OFFICE OF THE INDIANA ATTORNEY GENERAL | | INDIANA GOVERNMENT CENTER SOUTH | 302 W WASHINGTON ST | 5TH FLOOR | INDIANAPOLIS | IN | 46204 | |
| INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC | | 67 FORT ST | | | GRAND CAYMAN | | KY1-1102 | CAYMAN ISLANDS |
| IOWA OFFICE OF THE ATTORNEY GENERAL | | HOOVER STATE OFFICE BUILDING | 1305 E WALNUT ST | | DES MOINES | IA | 50319 | |
| JASON STONE AND KEYFI INC. | C/O ROCHE FREEDMAN LLP | ATTN: KYLE W. ROCHE, ESQ. | 99 PARK AVE | SUITE 1910 | NEW YORK | NY | 10016 | |
| JEFFRIES, DAVID | | ON FILE | | | | | | |
| JOHN DZARAN | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | |
| JOHN MARCHIONI | C/O BLANK ROME LLP | ATTN: EVAN J. ZUCKER | 1271 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | |
| JONATHAN JERRY SHROYER | C/O HOPKINS & CARLEY, ALC | ATTN: MONIQUE D. JEWETT-BREWSTER | 70 S. FIRST STREET | | SAN JOSE | CA | 95113 | |
| JYOTI SUKHNANI | ATTN: STUART P. GELBERG, ESQ. | 600 OLD COUNTRY RD | SUITE 410 | | GARDEN CITY | NY | 11530 | |
| KANSAS OFFICE OF THE ATTORNEY GENERAL | ATTN: ATTORNEY GENERAL DEREK SCHMIDT | 120 SW 10TH AVE | 2ND FLOOR | | TOPEKA | KS | 66612 | |
| KEITH SUCKNO | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | |
| KENTUCKY OFFICE OF THE ATTORNEY GENERAL | ATTN: DANIEL CAMERON | 700 CAPITAL AVE | SUITE 118 | | FRANKFORT | KY | 40601 | |
| KIESER, GREGORY ALLEN | | ON FILE | | | | | | |
| KOHJI, HIROKADO | | ON FILE | | | | | | |
| KYLE FARMERY | ATTN: STUART P. GELBERG, ESQ. | 600 OLD COUNTRY RD | SUITE 410 | | GARDEN CITY | NY | 11530 | |
| LOUISIANA OFFICE OF THE ATTORNEY GENERAL | DEPARTMENT OF JUSTICE | 300 CAPITAL DR | | | BATON ROUGE | LA | 70802 | |
| LYLLOFF, SANDER | | ON FILE | | | | | | |
| MAINE OFFICE OF THE ATTORNEY GENERAL | | 6 STATE HOUSE STATION | | | AUGUSTA | ME | 04333 | |
| MARTIN LANGLOIS | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | |
| MARYLAND OFFICE OF THE ATTORNEY GENERAL | | 200 ST. PAUL PLACE | | | BALTIMORE | MD | 21202 | |



Exhibit A
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| MASSACHUSETTS ATTORNEY GENERAL'S OFFICE | | 1 ASHBURTON PLACE | 20TH FLOOR | | BOSTON | MA | 02108 | |
| MATTHEW PINTO | C/O WEIR GREENBLATT PIERCE LLP | ATTN: BONNIE R. GOLUB | 667 MADISON AVE | 5TH FLOOR | NEW YORK | NY | 10065 | |
| MATTHEW PINTO | C/O WEIR GREENBLATT PIERCE LLP | ATTN: JEFFREY S. CIANCIULLI & MICHAEL P. BROADHURST | 1339 CHESTNUT ST | SUITE 500 | PHILADELPHIA | PA | 19107 | |
| MCCLINTOCK, MICHAEL | | ON FILE | | | | | | |
| MCMULLEN, BRIAN | | ON FILE | | | | | | |
| MICHIGAN DEPARTMENT OF ATTORNEY GENERAL | | 525 W OTTAWA ST | | | LANSING | MI | 48906 | |
| MICHIGAN DEPARTMENT OF TREASURY | ATTN: JUANDISHA HARRIS | CADILLAC PLACE BUILDING | 3030 W GRAND BLVD | SUITE 10-200 | DETROIT | MI | 48202 | |
| MINNESOTA OFFICE OF THE ATTORNEY GENERAL | | 445 MINNESOTA ST | SUITE 1400 | | ST. PAUL | MN | 55101 | |
| MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL | | WALTER SILLERS BUILDING | 550 HIGH ST | PO BOX 220 | JACKSON | MS | 39201 | |
| MISSOURI OFFICE OF THE ATTORNEY GENERAL | | SUPREME COURT BUILDING | 207 W HIGH ST | | JEFFERSON CITY | MO | 65101 | |
| MONIKA KOSA | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | |
| MONTANA OFFICE OF THE ATTORNEY GENERAL | | JUSTICE BUILDING, 3RD FLOOR | 215 N SANDERS | PO BOX 201401 | HELENA | MT | 59602 | |
| MURPHY, JR, THOMAS PATRICK | | ON FILE | | | | | | |
| NEBRASKA OFFICE OF THE ATTORNEY GENERAL | | 2115 STATE CAPITOL | | | LINCOLN | NE | 68509 | |
| NEVADA OFFICE OF THE ATTORNEY GENERAL | | OLD SUPREME COURT BUILDING | 100 N CARSON ST | | CARSON CITY | NV | 89701 | |
| NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | 33 CAPITOL ST | | | CONCORD | NH | 3301 | |
| NEW JERSEY OFFICE OF THE ATTORNEY GENERAL | | RICHARD J. HUGHES JUSTICE COMPLEX | 25 MARKET ST 8TH FLOOR | BOX 080, WEST WING | TRENTON | NJ | 8611 | |
| NEW MEXICO OFFICE OF THE ATTORNEY GENERAL | | 408 GALISTEO ST | VILLAGRA BUILDING | | SANTA FE | NM | 87501 | |
| NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC & PREH SPANISH RIDGE, LLC | C/O LEVIN EPSTEIN & ASSOCIATES PC | ATTN: JOSHUA D. LEVIN-EPSTEIN, ESQ. | 60 E 42ND ST | SUITE 4700 | NEW YORK | NY | 10165 | |
| NEW YORK OFFICE OF THE ATTORNEY GENERAL | | THE CAPITOL | 2ND FLOOR | | ALBANY | NY | 12224 | |
| NHAT VAN MEYER | C/O MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: EDWARD J. LOBELLO & JORDAN D. WEISS | 1350 BROADWAY | SUITE 1420 | NEW YORK | NY | 10018 | |
| NOL MYER | C/O MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: EDWARD J. LOBELLO & JORDAN D. WEISS | 1350 BROADWAY | SUITE 1420 | NEW YORK | NY | 10018 | |
| NORTH CAROLINA OFFICE OF ATTORNEY GENERAL | | 114 W EDENTON ST | | | RALEIGH | NC | 27603 | |
| NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | 600 E BOULEVARD AVE | DEPT. 125 | | BISMARCK | ND | 58505 | |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL | 201 VARICK ST | ROOM 1006 | | NEW YORK | NY | 10014 | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | 555 S FLOWER ST | SUITE 2700 | LOS ANGELES | CA | 90071 | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: DAVID M. TURETSKY & SAMUEL P. HERSHEY | 1221 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | 111 S WACKER DR | SUITE 5100 | CHICAGO | IL | 60606 | |
| OHIO OFFICE OF THE ATTORNEY GENERAL | | STATE OFFICE TOWER | 30 E BROAD ST | 14TH FLOOR | COLUMBUS | OH | 43215 | |
| OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | | 313 NE 21ST ST | | | OKLAHOMA CITY | OK | 73105 | |
| ORACLE AMERICA, INC. | C/O BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ. | 425 MARKET ST | SUITE 2900 | SAN FRANCISCO | CA | 94105-3493 | |
| OREGON OFFICE OF THE ATTORNEY GENERAL | | 1162 COURT ST NE | | | SALEM | OR | 97301-4096 | |
| PAOLA LEANO PERALTA | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 | |
| PARK, SEONG | | ON FILE | | | | | | |
| PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL | | STRAWBERRY SQUARE 16TH FL | | | HARRISBURG | PA | 17120 | |
| PERRY, BRETT ALAN | | ON FILE | | | | | | |
| PETER POLOMBO | C/O NORGAARD O'BOYLE & HANNON | ATTN: BRIAN G. HANNON, ESQ. & MARK E. NORGAARD, ESQ. | 184 GRAND AVE | | ENGLEWOOD | NJ | 07631 | |
| PETERSON, STEPHEN PAUL | | ON FILE | | | | | | |
| PHAROS USD FUND SP & PHAROS FUND SP | | LANDMARK SQUARE, 1ST FLOOR | 64 EARTH CLOSE | PO BOX 715 | GRAND CAYMAN | | KY-1107 | CAYMAN ISLANDS |
| RESOURCES CONNECTION, LLC, DBA RESOURCES GLOBAL PROFESSIONALS, AKA RGP | C/O FORTIS LLP | ATTN: PAUL R. SHANKMAN | 650 TOWN CENTER DR | SUITE 1530 | COSTA MESA | CA | 92626 | |
| RH MONTGOMERY PROPERTIES, INC. | C/O WALLER LANSDEN DORTCH & DAVIS LLP | ATTN: MORRIS D. WEISS | 100 CONGRESS AVE | 18TH FLOOR | AUSTIN | TX | 78704 | |
| RH MONTGOMERY PROPERTIES, INC. | C/O WALLER LANSDEN DORTCH & DAVIS LLP | ATTN: TYLER N. LAYNE | 511 UNION ST | SUITE 2700 | NASHVILLE | TN | 37219 | |
| RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | | 150 S MAIN ST | | | PROVIDENCE | RI | 2903 | |
| RIPPLE LABS INC. | C/O DAVIS WRIGHT TREMAINE LLP | ATTN: ALEXANDRA STEINBERG BARRAGE & HUGH MCCULLOUGH | 1251 SIXTH AVE | 21ST FLOOR | NEW YORK | NY | 10020 | |
| SAENZ, JESUS ARMANDO | | ON FILE | | | | | | |
| SAP AMERICA, INC. AND SAP NATIONAL SECURITY SERVICES, INC. | C/O BROWN & CONNERY LLP | ATTN: JULIE F. MONTGOMERY, ESQ. | 6 N BROAD ST | SUITE 100 | WOODBURY | NJ | 08096 | |
| SECURITIES & EXCHANGE COMMISSION | | 100 F ST NE | | | WASHINGTON | DC | 20549 | |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | 100 PEARL ST | SUITE 20-100 | | NEW YORK | NY | 10004-2616 | |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR NY REGIONAL OFFICE | 200 VESEY ST SUITE 400 | BROOKFIELD PLACE | | NEW YORK | NY | 10281-1022 | |
| SOUTH CAROLINA OFFICE OF ATTORNEY GENERAL | | REMBERT C. DENNIS BLDG | 1000 ASSEMBLY ST | ROOM 519 | COLUMBIA | SC | 29201 | |
| SOUTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | | 1302 E HIGHWAY 14 | SUITE 1 | | PIERRE | SD | 57501-8501 | |
| SOUTHERN DISTRICT OF NEW YORK UNITED STATES ATTORNEYS OFFICE | | ONE ST. ANDREWS PLAZA | | | NEW YORK | NY | 10007 | |
| STEWART, RUSSELL GARTH | | ON FILE | | | | | | |
| STROBILUS LLC | | ON FILE | | | | | | |
| TAN, RICHARD | | ON FILE | | | | | | |
| TAN, YAN | | ON FILE | | | | | | |
| TENNESSEE DEPARTMENT OF COMMERCE AND INSURANCE | C/O TENNESSEE ATTORNEY GENERALS OFFICE, BANKRUPTCY DIVISION | ATTN: MARVIN E. CLEMENTS, JR. | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 | |

**Exhibit A**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| TENNESSEE OFFICE OF THE ATTORNEY GENERAL | | PO BOX 20207 | | | NASHVILLE | TN | 37202-0207 | |
| TEXAS DEPARTMENT OF BANKING | C/O OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: LAYLA D. MILLIGAN, ABIGAIL R. RYAN, JASON B. BINFORD, ROMA N. DESAI, ASSISTANT ATTORNEYS GENERAL | PO BOX 12548 MC008 | | AUSTIN | TX | 78711-2548 | |
| TEXAS OFFICE OF THE ATTORNEY GENERAL | | 300 W 15TH ST | | | AUSTIN | TX | 78701 | |
| TEXAS STATE SECURITIES BOARD | ATTN: JASON B. BINFORD, LAYLA D. MILLIGAN, ABIGAIL R. RYAN & ROMA N. DESAI | PO BOX 12548 MC 008 | BANKRUPTCY & COLLECTIONS DIVISION | OFFICE OF THE ATTORNEY GENERAL OF TEXAS | AUSTIN | TX | 78711-2548 | |
| THE CAEN GROUP LLC | | ON FILE | | | | | | |
| THOMAS DIFIORE | C/O PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN & MATTHEW W. SILVERMAN | 7 TIMES SQUARE | | NEW YORK | NY | 10036-6569 | |
| TRUSSELL, MARK | | ON FILE | | | | | | |
| TYCHALSKI, GEORGE | | ON FILE | | | | | | |
| UTAH OFFICE OF THE ATTORNEY GENERAL | ATTN: SEAN D. REYES | UTAH STATE CAPITOL COMPLEX | 350 N STATE ST | SUITE 230 | SALT LAKE CITY | UT | 84114 | |
| VAN, LOC TRUYEN | | ON FILE | | | | | | |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | ATTN: JENNIFER ROOD, ESQ. | 89 MAIN ST | 3RD FLOOR | | MONTPELIER | VT | 05620 | |
| VERMONT OFFICE OF THE ATTORNEY GENERAL | | 109 STATE ST | | | MONTPELIER | VT | 5609 | |
| VICKERS, LISA T. | C/O BERLINER & PILSON, ESQS | ATTN: RICHARD J. PILSON, ESQ | 40 CUTTERMILL RD | SUITE 308 | GREAT NECK | NY | 11021 | |
| VILLINGER, CHRISTOPHER | | ON FILE | | | | | | |
| VINCENT THEODORE GOETTEN | C/O FISHERBROYLES, LLP | ATTN: HOLLACE T. COHEN, ESQ. | 445 PARK AVE | 9TH FLOOR | NEW YORK | NY | 10022 | |
| VINCENT, CAROLYN MARGARET | | ON FILE | | | | | | |
| VIRGINIA OFFICE OF THE ATTORNEY GENERAL | | 202 N NINTH ST | | | RICHMOND | VA | 23219 | |
| WASHINGTON DEPARTMENTS OF REVENUE, LABOR & INDUSTRIES, AND EMPLOYMENT SECURITY | ATTN: DINA L. YUNKER, ASSISTANT ATTORNEY GENERAL | BANKRUPTCY & COLLECTIONS UNIT | 800 FIFTH AVE | SUITE 2000 | SEATTLE | WA | 98104-3188 | |
| WASHINGTON OFFICE OF THE ATTORNEY GENERAL | | 1125 WASHINGTON ST SE | | | OLYMPIA | WA | 98501 | |
| WASHINGTON OFFICE OF THE ATTORNEY GENERAL | | PO BOX 40100 | | | OLYMPIA | WA | 98504-00 | |
| WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | 1900 KANAWHA BLVD E | BUILDING 1 | ROOM E-26 | CHARLESTON | WV | 25305 | |
| WILCOX, WAYLON J | | ON FILE | | | | | | |
| WISCONSIN OFFICE OF THE ATTORNEY GENERAL | | 17 W MAIN ST | ROOM 114 EAST P | | MADISON | WI | 53702 | |
| WYOMING OFFICE OF THE ATTORNEY GENERAL | | 109 STATE CAPITOL | | | CHEYENNE | WY | 82002 | |
| YASMINE PETTY | ATTN: STUART P. GELBERG, ESQ. | 600 OLD COUNTRY RD | SUITE 410 | | GARDEN CITY | NY | 11530 | |
| YATES-WALKER, JOSH OISIN | | ON FILE | | | | | | |
| YOON, ANDREW | | ON FILE | | | | | | |
| ZIGLU LIMITED | | 1 POULTRY | | | LONDON | | EC2R8EJ | UNITED KINGDOM |

# **<u>Exhibit B</u>**

**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| AD HOC GROUP OF CUSTODIAL ACCOUNT HOLDERS | C/O TOGUT SEGAL & SEGAL LLP | ATTN: KYLE J. ORTIZ & BRYAN M. KOTLIAR | KORTIZ@TEAMTOGUT.COM<br>BKOTLIAR@TEAMTOGUT.COM<br>DPERSON@TEAMTOGUT.COM<br>AODEN@TEAMTOGUT.COM<br>AGLAUBACH@TEAMTOGUT.COM<br>EBLANDER@TEAMTOGUT.COM<br>ARODRIGUEZ@TEAMTOGUT.COM<br>BKOTLIAR@TEAMTOGUT.COM<br>GQUIST@TEAMTOGUT.COM<br>ASTOLP@TEAMTOGUT.COM |
| AD HOC GROUP OF WITHHOLD ACCOUNT HOLDER | C/O TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DEBORAH KOVSKY-APAP | DEBORAH.KOVSKY@TROUTMAN.COM<br>KAY.KRESS@TROUTMAN.COM |
| ALABAMA OFFICE OF THE ATTORNEY GENERAL | | | CONSUMERINTEREST@ALABAMAAG.GOV |
| ALAMEDA RESEARCH LLC AND AFFILIATES | C/O SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, BRIAN D. GLUECKSTEIN, & BENJAMIN S. BELLER | DIETDERICHA@SULLCROM.COM<br>GLUECKSTEINB@SULLCROM.COM<br>BELLERB@SULLCROM.COM |
| ALASKA OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@ALASKA.GOV |
| ALTCOINTRADER (PTY) LTD | | | RICHARD@ALTCOINTRADER.CO.ZA |
| AMTRUST NORTH AMERICA, INC. ON BEHALF OF ASSOCIATED INDUSTRIES INSURANCE COMPANY INC. | C/O MAURICE WUTSCHER LLP | ATTN: THOMAS R. DOMINCZYK | TDOMINCZYK@MAURICEWUTSCHER.COM<br>THOMAS-DOMINCZYK-5025@ECF.PACERPRO.COM |
| ANABELLE DIAS | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| ARIZONA OFFICE OF THE ATTORNEY GENERAL | | | AGINFO@AZAG.GOV |
| ARKANSAS OFFICE OF THE ATTORNEY GENERAL | | | OAG@ARKANSASAG.GOV |
| B2C2 LTD | | | MIDDLEOFFICE@B2C2.COM |
| BAKER, DOMINIC JOHN | | | ON FILE |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | | | XAVIER.BECERRA@DOJ.CA.GOV |
| CELSIUS NETWORK LLC, ET AL. | C/O KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG | JSUSSBERG@KIRKLAND.COM |
| CELSIUS NETWORK LLC, ET AL. | C/O KIRKLAND & ELLIS LLP | ATTN: PATRICK J. NASH, JR. & ROSS M. KWASTENIET | PATRICK.NASH@KIRKLAND.COM<br>ROSS.KWASTENIET@KIRKLAND.COM |
| CHANG, RICKIE | | | ON FILE |
| CHRISTOPHER J. LITTLE | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| CLINT PETTY | ATTN: STUART P. GELBERG, ESQ. | | SPG@13TRUSTEE.NET |
| COLORADO OFFICE OF THE ATTORNEY GENERAL | | | CORA.REQUEST@COAG.GOV |
| CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@CT.GOV |
| COVARIO AG | | | CELSIUSBANKRUPTCY@COVAR.IO<br>MARK.BANNER@COVAR.IO |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP | ATTN: DARREN AZMAN | DAZMAN@MWE.COM<br>MCO@MWE.COM<br>CGREER@MWE.COM |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP | ATTN: GREGG STEINMAN | GSTEINMAN@MWE.COM |
| CRYPTO10 SP -SEGREGATED PORTFOLIO OF INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC | | | C10_SPC@INVICTUSCAPITAL.COM<br>DANIEL@INVICTUSCAPITAL.COM |
| DEFERRED 1031 EXCHANGE, LLC | | | CIADONISI@DEFERRED1031.COM |
| DEKKER, CARLOS C | | | ON FILE |
| DELAWARE DEPARTMENT OF JUSTICE | | | ATTORNEY.GENERAL@STATE.DE.US<br>ATTORNEY.GENERAL@DELAWARE.GOV |
| DENTZEL, ZARYN | | | ON FILE |
| DIANA THANT AND NATAKOM CHULAMORKODT | C/O MEYER, SUOZZI, ENGLISH & KLEIN, PC | ATTN: EDWARD J. LOBELLO & JORDAN D. WEISS | ELOBELLO@MSEK.COM<br>JWEISS@MSEK.COM |
| DIFIORE, THOMAS ALBERT | | | ON FILE |
| DISTRICT OF COLUMBIA OFFICE OF ATTORNEY GENERAL | | | OAG@DC.GOV |
| DIXON, SIMON | | | ON FILE |

**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| DOWNS, BRADLEY JAMES | | | ON FILE |
| DR. ASHRAF ELSHAFEI | C/O ARENTFOX SCHIFF LLP | ATTN: JEFFREY R. GLEIT & ALLISON H. WEISS | JEFFREY.GLEIT@AFSLAW.COM<br>ALLISON.WEISS@AFSLAW.COM<br>LISA.INDELICATO@AFSLAW.COM<br>ALYSSA.FIORENTINO@AFSLAW.COM |
| EMIL PILACIK, JR. AND EMCO TECHNOLOGY, INC. | ATTN: WILLIAM D. SCHROEDER, JR. | | SCHROEDER@JRLAW.ORG<br>HEALEY@JRLAW.ORG |
| FARR, NICHOLAS | | | ON FILE |
| FEDERAL TRADE COMMISSION | ATTN: KATHERINE JOHNSON & KATHERINE AIZPURU | | KJOHNSON3@FTC.GOV<br>KAIZPURU@FTC.GOV |
| FEINTISCH, ADAM MICHAEL | | | ON FILE |
| FITE, JACOB BENJAMIN | | | ON FILE |
| FLORIDA OFFICE OF THE ATTORNEY GENERAL | | | ASHLEY.MOODY@MYFLORIDALEGAL.COM |
| GEORGIA OFFICE OF THE ATTORNEY GENERAL | BERNADETT ROSSZER FIGUEROA | | BROSSZER@LAW.GA.GOV |
| HAWAII OFFICE OF THE ATTORNEY GENERAL | | | HAWAIIAG@HAWAII.GOV |
| ICB SOLUTIONS | | | DUFFYS2@GMAIL.COM |
| IDAHO OFFICE OF THE ATTORNEY GENERAL | | | STEPHANIE.GUYON@AG.IDAHO.GOV |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | | | INFO@LISAMADIGAN.ORG |
| INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC | | | C20_SPC@INVICTUSCAPITAL.COM<br>DANIEL@INVICTUSCAPITAL.COM |
| IOWA OFFICE OF THE ATTORNEY GENERAL | | | CONSUMER@AG.IOWA.GOV |
| JASON STONE AND KEYFI INC. | C/O ROCHE FREEDMAN LLP | ATTN: KYLE W. ROCHE, ESQ. | KYLE@ROCHEFREEDMAN.COM<br>AKARADJAS@ROCHEFREEDMAN.COM |
| JEFFRIES, DAVID | | | ON FILE |
| JOHN DZARAN | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| JOHN MARCHIONI | C/O BLANK ROME LLP | ATTN: EVAN J. ZUCKER | EVAN.ZUCKER@BLANKROME.COM<br>EDOCKETING@BLANKROME.COM |
| JONATHAN JERRY SHROYER | C/O HOPKINS & CARLEY, ALC | ATTN: MONIQUE D. JEWETT-BREWSTER | MJB@HOPKINSCARLEY.COM<br>EAMARO@HOPKINSCARLEY.COM |
| JYOTI SUKHNANI | ATTN: STUART P. GELBERG, ESQ. | | SPG@13TRUSTEE.NET |
| KANSAS OFFICE OF THE ATTORNEY GENERAL | ATTN: ATTORNEY GENERAL DEREK SCHMIDT | | DEREK.SCHMIDT@AG.KS.GOV |
| KEITH SUCKNO | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| KIBLER-MELBY, CORT | | | ON FILE |
| KIESER, GREGORY ALLEN | | | ON FILE |
| KOHJI, HIROKADO | | | ON FILE |
| KYLE FARMERY | ATTN: STUART P. GELBERG, ESQ. | | SPG@13TRUSTEE.NET |
| LOUISIANA OFFICE OF THE ATTORNEY GENERAL | DEPARTMENT OF JUSTICE | | ADMININFO@AG.STATE.LA.US |
| LYLLOFF, SANDER | | | ON FILE |
| MAINE OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@MAINE.GOV |
| MARTIN LANGLOIS | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| MARYLAND OFFICE OF THE ATTORNEY GENERAL | | | OAG@OAG.STATE.MD.US |
| MATTHEW PINTO | C/O WEIR GREENBLATT PIERCE LLP | ATTN: BONNIE R. GOLUB | BGOLUB@WGPLLP.COM |
| MATTHEW PINTO | C/O WEIR GREENBLATT PIERCE LLP | ATTN: JEFFREY S. CIANCIULLI & MICHAEL P. BROADHURST | JCIANCIULLI@WGPLLP.COM<br>MBROADHURST@WGPLLP.COM |
| MCCLINTOCK, MICHAEL | | | ON FILE |
| MCMULLEN, BRIAN | | | ON FILE |
| MICHIGAN DEPARTMENT OF TREASURY | ATTN: JUANDISHA HARRIS | | HARRISJ12@MICHIGAN.GOV |
| MINNESOTA OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@AG.STATE.MN.US |
| MISSOURI OFFICE OF THE ATTORNEY GENERAL | | | CONSUMER.HELP@AGO.MO.GOV |
| MONIKA KOSA | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| MONTANA OFFICE OF THE ATTORNEY GENERAL | | | CONTACTDOJ@MT.GOV |
| MURPHY, JR, THOMAS PATRICK | | | ON FILE |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 2 of 4



**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| NEW HAMPSHIRE OFFICE OF ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | | ATTORNEYGENERAL@DOJ.NH.GOV |
| NEW MEXICO OFFICE OF THE ATTORNEY GENERAL | | | HBALDERAS@NMAG.GOV |
| NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC & PREH SPANISH RIDGE, LLC | C/O LEVIN EPSTEIN & ASSOCIATES PC | ATTN: JOSHUA D. LEVIN-EPSTEIN, ESQ. | JOSHUA@LEVINEPSTEIN.COM |
| NHAT VAN MEYER | C/O MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: EDWARD J. LOBELLO & JORDAN D. WEISS | ELOBELLO@MSEK.COM<br>JWEISS@MSEK.COM |
| NOL MYER | C/O MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: EDWARD J. LOBELLO & JORDAN D. WEISS | ELOBELLO@MSEK.COM<br>JWEISS@MSEK.COM |
| NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | | NDAG@ND.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL | | USTPREGION02.NYECF@USDOJ.GOV<br>SHARA.CORNELL@USDOJ.GOV |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: CAROLINE G. WARREN, THOMAS DIFIORE, SCOTT DUFFY FOR ICB SOLUTIONS, CHRISTOPHER COCO, ANDREW YOON, MARK ROBINSON, & KEITH NOYES FOR COVARIO AG | | ON FILE |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | AARON.COLODNY@WHITECASE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: DAVID M. TURETSKY & SAMUEL P. HERSHEY | DAVID.TURETSKY@WHITECASE.COM<br>SAM.HERSHEY@WHITECASE.COM<br>MCOSBNY@WHITECASE.COM<br>JDISANTI@WHITECASE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | MANDOLINA@WHITECASE.COM<br>GREGORY.PESCE@WHITECASE.COM<br>JDISANTI@WHITECASE.COM<br>MCO@WHITECASE.COM |
| OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | | | QUESTIONS@OAG.OK.GOV |
| ORACLE AMERICA, INC. | C/O BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ. | SCHRISTIANSON@BUCHALTER.COM |
| OREGON OFFICE OF THE ATTORNEY GENERAL | | | ELLEN.ROSENBLUM@DOG.STATE.OR.US<br>ATTORNEYGENERAL@DOJ.STATE.OR.US |
| PAOLA LEANO PERALTA | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| PARK, SEONG | | | ON FILE |
| PERRY, BRETT ALAN | | | ON FILE |
| PETER POLOMBO | C/O NORGAARD O'BOYLE & HANNON | ATTN: BRIAN G. HANNON, ESQ. & MARK E. NORGAARD, ESQ. | BHANNON@NORGAARDFIRM.COM<br>MNORGAARD@NORGAARDFIRM.COM<br>CROSE@NORGAARDFIRM.COM<br>KCIMMINO@NORGAARDFIRM.COM<br>CROSE@NORGAARDFIRM.COM |
| PETERSON, STEPHEN PAUL | | | ON FILE |
| PHAROS USD FUND SP & PHAROS FUND SP | | | ADMIN@LANTERNVENTURES.COM |
| RAJ, RAFAEL | | | ON FILE |
| RESOURCES CONNECTION, LLC, DBA RESOURCES GLOBAL PROFESSIONALS, AKA RGP | C/O FORTIS LLP | ATTN: PAUL R. SHANKMAN | PSHANKMAN@FORTISLAW.COM |
| RH MONTGOMERY PROPERTIES, INC. | C/O WALLER LANSDEN DORTCH & DAVIS LLP | ATTN: MORRIS D. WEISS | MORRIS.WEISS@WALLERLAW.COM<br>SHERRI.SAVALA@WALLERLAW.COM<br>ANNMARIE.JEZISEK@WALLERLAW.COM |
| RH MONTGOMERY PROPERTIES, INC. | C/O WALLER LANSDEN DORTCH & DAVIS LLP | ATTN: TYLER N. LAYNE | TYLER.LAYNE@WALLERLAW.COM<br>CHRIS.CRONK@WALLERLAW.COM |
| RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | | | AG@RIAG.RI.GOV |
| RIPPLE LABS INC. | C/O DAVIS WRIGHT TREMAINE LLP | ATTN: ALEXANDRA STEINBERG BARRAGE & HUGH MCCULLOUGH | ABARRAGE@DWT.COM<br>HUGHMCCULLOUGH@DWT.COM<br>ELAINEHUCKABEE@DWT.COM<br>SEADOCKET@DWT.COM |



**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| SAENZ, JESUS ARMANDO | | | ON FILE |
| SAP AMERICA, INC. AND SAP NATIONAL SECURITY SERVICES, INC. | C/O BROWN & CONNERY LLP | ATTN: JULIE F. MONTGOMERY, ESQ. | JMONTGOMERY@BROWNCONNERY.COM |
| SECURITIES & EXCHANGE COMMISSION | | | SECBANKRUPTCY-OGC-ADO@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | | NYROBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR NEW YORK REGIONAL OFFICE | | BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV |
| STEWART, RUSSELL GARTH | | | ON FILE |
| STROBILUS LLC | | | ON FILE |
| TAIAROA, KERI DAVID | | | ON FILE |
| TAN, RICHARD | | | ON FILE |
| TAN, YAN | | | ON FILE |
| TENNESSEE DEPARTMENT OF COMMERCE AND INSURANCE | C/O TENNESSEE ATTORNEY GENERALS OFFICE, BANKRUPTCY DIVISION | ATTN: MARVIN E. CLEMENTS, JR. | AGBANKNEWYORK@AG.TN.GOV |
| TEXAS DEPARTMENT OF BANKING | C/O OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: LAYLA D. MILLIGAN, ABIGAIL R. RYAN, JASON B. BINFORD, & ROMA N. DESAI | LAYLA.MILLIGAN@OAG.TEXAS.GOV ABIGAIL.RYAN@OAG.TEXAS.GOV JASON.BINFORD@OAG.TEXAS.GOV ROMA.DESAI@OAG.TEXAS.GOV |
| TEXAS STATE SECURITIES BOARD | ATTN: JASON B. BINFORD, LAYLA D. MILLIGAN, ABIGAIL R. RYAN & ROMA N. DESAI | | JASON.BINFORD@OAG.TEXAS.GOV LAYLA.MILLIGAN@OAG.TEXAS.GOV ABIGAIL.RYAN@OAG.TEXAS.GOV ROMA.DESAI@OAG.TEXAS.GOV |
| THE CAEN GROUP LLC | | | ON FILE |
| THOMAS DIFIORE | C/O PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN & MATTHEW W. SILVERMAN | SLIEBERMAN@PRYORCASHMAN.COM MSILVERMAN@PRYORCASHMAN.COM |
| TRUSSELL, MARK | | | ON FILE |
| TYCHALSKI, GEORGE | | | ON FILE |
| UTAH OFFICE OF THE ATTORNEY GENERAL | ATTN: SEAN D. REYES | | UAG@UTAH.GOV |
| VAN, LOC TRUYEN | | | ON FILE |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | ATTN: JENNIFER ROOD, ESQ. | | JENNIFER.ROOD@VERMONT.GOV |
| VERMONT OFFICE OF THE ATTORNEY GENERAL | | | AGO.INFO@VERMONT.GOV |
| VICKERS, LISA T. | C/O BERLINER & PILSON, ESQS | ATTN: RICHARD J. PILSON, ESQ | RPILSON@BERLINERPILSON.COM |
| VILLINGER, CHRISTOPHER | | | ON FILE |
| VINCENT THEODORE GOETTEN | C/O FISHERBROYLES, LLP | ATTN: HOLLACE T. COHEN, ESQ. | HOLLACE.COHEN@FISHERBROYLES.COM |
| VINCENT, CAROLYN MARGARET | | | ON FILE |
| VIRGINIA OFFICE OF THE ATTORNEY GENERAL | | | MAIL@OAG.STATE.VA.US |
| WASHINGTON DEPARTMENTS OF REVENUE, LABOR & INDUSTRIES, AND EMPLOYMENT SECURITY | ATTN: DINA L. YUNKER, ASSISTANT ATTORNEY GENERAL | | DINA.YUNKER@ATG.WA.GOV BCUYUNKER@ATG.WA.GOV |
| WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | | CONSUMER@WVAGO.GOV |
| WEXLER, KEVIN JAY | | | ON FILE |
| WILCOX, WAYLON J | | | ON FILE |
| WOLSTENHOLME, MACGREGOR | | | ON FILE |
| WRIGHT, CHRISTOPHER | | | ON FILE |
| YASMINE PETTY | ATTN: STUART P. GELBERG, ESQ. | | SPG@13TRUSTEE.NET |
| YATES-WALKER, JOSH OISIN | | | ON FILE |
| YOON, ANDREW | | | ON FILE |
| ZIGLU LIMITED | | | CFO@ZIGLU.IO |