**WHITE & CASE LLP**
David M. Turetsky
Keith H. Wofford
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email:  david.turetsky@whitecase.com
            kwofford@whitecase.com
            sam.hershey@whitecase.com

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email:  aaron.colodny@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:  mandolina@whitecase.com
            gregory.pesce@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS' *EX PARTE* APPLICATION FOR AN ORDER, PURSUANT TO**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

**FED. R. BANKR. P. 2004(a) AND 9016, AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO ISSUE SUBPOENAS *DUCES TECUM* UPON EQUITIES FIRST HOLDINGS, LLC**

**WHEREAS**, on September 29, 2022, the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned Chapter 11 cases, by and through its counsel, White & Case LLP, filed the *Official Committee of Unsecured Creditors' Ex Parte Application for an Order, Pursuant to Fed. R. Bankr. P. 2004(A) And 9016, Authorizing the Official Committee of Unsecured Creditors to Issue Subpoenas Duces Tecum upon Equities First Holdings, LLC* [Dkt. No. 928] (the "EFH Motion");

**WHEREAS**, on September 30, 2022, the Committee was contacted by counsel to Equities First Holdings ("EFH") regarding the EFH Motion;

**WHEREAS**, EFH has agreed to accept service of the discovery requests attached to the EFH Motion and to waive any requirement that the Committee receive an order from this Court under Federal Rule of Bankruptcy Procedure 2004 authorizing the Committee to serve subpoenas on EFH;

**WHEREAS**, in accordance with EFH's agreement, the Committee believes the relief requested in the EFH Motion is moot;

**NOW, THEREFORE, PLEASE TAKE NOTICE** that the Committee hereby withdraws the EFH Motion without prejudice.[2]

---

[2] Except as expressly set forth herein, the Committee and EFH reserve all rights.

Dated: October 1, 2022
      New York, New York

                /s/ *Samuel P. Hershey*
**WHITE & CASE LLP**
David M. Turetsky
Keith H. Wofford
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email:  david.turetsky@whitecase.com
        kwofford@whitecase.com
        sam.hershey@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:  mandolina@whitecase.com
        gregory.pesce@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email:  aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*