**SILLS CUMMIS & GROSS P.C.**
Gregory A. Kopacz, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000 (Telephone)
gkopacz@sillscummis.com

*Counsel to Illumiti Corp a/k/a Syntax Systems USA LP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Sills Cummis & Gross P.C. ("**Sills**") hereby appears as counsel in the above-captioned proceeding on behalf of Illumiti Corp a/k/a Syntax Systems USA LP.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Sills request that copies of all notices and pleadings in this case be given and served upon Sills at the office, address, telephone number, and e-mail addresses set forth below:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

9203144

>SILLS CUMMIS & GROSS P.C.
>One Riverfront Plaza
>Newark, New Jersey 07102
>Attn:   Gregory A. Kopacz
>Telephone: (973) 643-7000
>Email: gkopacz@sillscummis.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes all of the notices and papers referred to in the Bankruptcy Rules, Bankruptcy Code, and the Local Bankruptcy Rules for the Southern District of New York, and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to the case and any proceedings therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telex or otherwise, all of which shall be sent to the attorneys listed above.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers, nor any later appearance, pleading, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after _de novo_ review by a judge of the United States District Court, (ii) the right to trial by jury in any proceeding related to this proceeding, (iii) the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court; (v) any objection to the jurisdiction of this Court for any purpose other than with respect to this notice, (vi) any election of remedy, or (vii) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 2, 2022　　　　　　**SILLS CUMMIS & GROSS, P.C.**

　　　　　　　　　　　　　　　　　By: /s/ Gregory a. Kopacz
　　　　　　　　　　　　　　　　　　　Gregory A. Kopacz, Esq.
　　　　　　　　　　　　　　　　　　　One Riverfront Plaza
　　　　　　　　　　　　　　　　　　　Newark, New Jersey 07102
　　　　　　　　　　　　　　　　　　　(973) 643-7000 (Telephone)

　　　　　　　　　　　　　　　　　*Counsel to Illumiti Corp a/k/a Syntax Systems USA LP*

- 3 -

9203144