UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Andrew J. Currie, to be admitted *pro hac vice* to represent creditor Ignat Tuganov in the above-referenced chapter 11 cases, and upon the movant's certification that he is a member in good standing of the bars of the State of Maryland, the State of Michigan, the District of Columbia, and the United States District Court for the District of Maryland, it is hereby:

**ORDERED** that Andrew J. Currie, is admitted to practice *pro hac vice* in the above-captioned cases to represent creditor Ignat Tuganov in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

New York, New York
Dated: October 6, 2022

                                                                             /s/Martin Glenn        
THE HONORABLE CHIEF JUDGE GLENN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.