Joshua A. Sussberg, P.C.  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
601 Lexington Avenue  
New York, New York 10022  
Telephone:    (212) 446-4800  
Facsimile:    (212) 446-4900  

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)  
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)  
Christopher S. Koenig  
Dan Latona (admitted *pro hac vice*)  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
300 North LaSalle Street  
Chicago, Illinois 60654  
Telephone:    (312) 862-2000  
Facsimile:    (312) 862-2200  

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |
| AD HOC GROUP OF CUSTODIAL ACCOUNT HOLDERS, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 22-01142 (MG) |
| CELSIUS NETWORK LLC; CELSIUS KEYFI LLC; CELSIUS LENDING LLC; CELSIUS MINING LLC; CELSIUS NETWORK INC.; CELSIUS NETWORK LIMITED; CELSIUS NETWORKS LENDING LLC; and CELSIUS US HOLDING LLC, | |
| Defendants. | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

# AGENDA FOR STATUS CONFERENCE TO BE HELD ON
# OCTOBER 7, 2022, AT 10:00 A.M. (PREVAILING EASTERN TIME)

| | |
|---|---|
| Time and Date of Status Conference: | October 7, 2022, at 10:00 a.m. (prevailing Eastern Time) (the "Status Conference") |
| Location of Status Conference: | The Honorable Chief Judge Martin Glenn<br>United States Bankruptcy Court for the Southern District of New York<br>Alexander Hamilton U.S. Custom House<br>One Bowling Green, Courtroom No. 523<br>New York, New York 10004 |
| Status Conference Attendance Instructions: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Status Conference will only be conducted using Zoom for Government. Parties wishing to appear at the Status Conference, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl **on or before 4:00 p.m. (prevailing Eastern Time) on October 6, 2022**.<br><br>Due to the large number of expected participants in the Status Conference and the Court's security requirements for participating in a Zoom for Government audio and video Status Conference, all persons seeking to attend the Status Conference (which is scheduled to commence at 10:00 a.m., October 7, 2022 (prevailing Eastern Time)) must connect to the Status Conference beginning at 9:00 a.m., October 7, 2022 (prevailing Eastern Time). When parties sign into Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Status Conference. Parties that type in only their first name, a nickname or initials will not be admitted into the Status Conference. When seeking to connect for either audio or video participation in a Zoom for Government Status Conference, you will first enter a "Waiting Room," in the order in which you seek to connect. Court personnel will admit each person to the Status Conference from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance. Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Status Conference. |
| Copies of Motions: | A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein. |

Pg 3 of 3

I.  **Status Conference Relating to Scheduling of the Below Matters.**

    1.    **Debtors' Withhold Accounts Motion.** Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Reopen Withdrawals for Certain Customers with Respect to Certain Assets Held in the Custody Program and Withhold Accounts and (II) Granting Related Relief [Docket No. 670].

    2.    **Ad Hoc Group's Lift Stay Motion.** Ad Hoc Group of Withhold Account Holders' Motion for Relief from the Automatic Stay [Docket No. 737].

    3.    **Adversary Complaint (Adv. Pro. No. 22-01142).** Complaint against Celsius Network LLC, Celsius Keyfi LLC, Celsius Lending LLC, Celsius Mining LLC, Celsius Network Inc., Celsius Network Limited, Celsius Networks Lending LLC, Celsius US Holding LLC [Adv. Pro. Docket No. 1].

New York, New York  
Dated: October 6, 2022

*/s/ Joshua A. Sussberg*  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
Joshua A. Sussberg, P.C.  
601 Lexington Avenue  
New York, New York 10022  
Telephone:    (212) 446-4800  
Facsimile:    (212) 446-4900  
Email:    jsussberg@kirkland.com

- and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)  
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)  
Christopher S. Koenig  
Dan Latona (admitted *pro hac vice*)  
300 North LaSalle Street  
Chicago, Illinois 60654  
Telephone:    (312) 862-2000  
Facsimile:    (312) 862-2200  
Email:    patrick.nash@kirkland.com  
        ross.kwasteniet@kirkland.com  
        chris.koenig@kirkland.com  
        dan.latona@kirkland.com

*Counsel to the Debtors and Debtors in Possession*