**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## <u>AFFIDAVIT OF SERVICE</u>

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On October 4, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Invictus Global Management, LLC, Attn: Cindy Chen Delano at 310 Comal Street, Building A, Suite 229, Austin, TX 78702:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 537]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 538]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 539]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 540]**

Furthermore, on October 4, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Madison Moure at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 537]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Furthermore, on October 4, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Monica Moure at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 538]**

Furthermore, on October 4, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Mitchell Moure at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 539]**

Furthermore, on October 4, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Brian Moure at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 540]**

Furthermore, on October 4, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Cherokee Debt Acquisition, LLC, Attn: Vladimir Jelisavcic at 1384 Broadway, Suite 906, New York, NY 10018:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 553]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 854]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 874]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 946]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 947]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 961]**

Furthermore, on October 4, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Michael M Michael at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 553]**

Furthermore, on October 4, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Contrarian Funds, LLC, Attn: Alpa Jimenez at 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 710]**

Furthermore, on October 4, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Levin, Andrew Wolf at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 710]**

Furthermore, on October 4, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Bradford Capital Holdings, LP, Attn: Brian L. Barger at PO Box 4353, Clifton, NJ 07012:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 724]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 894]**

Furthermore, on October 4, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Khanh Hua at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 724]**

Furthermore, on October 4, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Adam Steinberg at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 854]**

Furthermore, on October 4, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on one (1) confidential party not included herein:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 874]**

Furthermore, on October 4, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Valdez, Andrew at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 894]**

Furthermore, on October 4, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on one (1) confidential party not included herein:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 946]**

Furthermore, on October 4, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Lee-Hua, Jeanette at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 947]**

Furthermore, on October 4, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Reiss, Joshua Gordon at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 961]**

Furthermore, on October 5, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on NovaWulf Digital Management, LP, Attn: Michael Abbate at 9 Federal Street, Easton, MD 21601:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 614]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 615]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 885]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 889]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 890]**

Furthermore, on October 5, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Bradley Veeder at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 614]**

Furthermore, on October 5, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on BVeeder RD LLC at 901 Fremont Street, Apt 567, Las Vegas, NV 89101:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 615]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 889]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 890]**

Furthermore, on October 5, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Veeder, Bradley David at a redacted address:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 885]**

Dated: October 6, 2022

Sabrina G. Tu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Orange

Subscribed and sworn to (or affirmed) before me on this 6th day of October, 2022, by Sabrina G. Tu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____



STEPHANIE M. DELGADO
Notary Public · California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023