**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) ) ) | Case No. 22-10964 (MG) |
| Debtors. | ) ) | (Jointly Administered) |

**AMENDED NOTICE OF REJECTION OF**
**CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE** that on August 17, 2022, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered an order on the motion (the "Motion")[2] of debtors and debtors in possession (the "Debtors"), approving procedures for the rejection, assumption, or assumption and assignment of executory contracts and unexpired leases and granting related relief [Docket No. 517] (the "Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that on September 30, 2022, the Debtors filed the *Notice of Rejection of Certain Executory Contracts and Unexpired Leases* [Docket No. 942] (the "Rejection Notice").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Procedures Order and by this amended notice (this "Amended Rejection Notice"), the Debtors hereby notify you that they have determined, in the exercise of their business judgment, that each Contract set forth on **Exhibit 1** attached hereto is hereby rejected effective as of the date (the "Rejection Date") set forth in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**Exhibit 1** or such other date as the Debtors and the counterparty or counterparties to any such Contract agree; *provided* that the Rejection Date for a rejection of a lease of non-residential real property shall not occur until the later of (i) the Rejection Date set forth in this Amended Rejection Notice and (ii) the date the Debtors relinquish control of the premises by notifying the affected landlord in writing of the Debtors' surrender of the premises and (a) turning over keys, key codes, and security codes, if any, to the affected landlord or (b) notifying the affected landlord in writing that the keys, key codes, and security codes, if any, are not available but the landlord may rekey the leased premises.  Attached hereto as **Exhibit 2** is a redline identifying the changes in the Amended Rejection Notice from Exhibit 1 attached to the Rejection Notice.

**PLEASE TAKE FURTHER NOTICE** that parties seeking to object to the proposed rejection of any of the Contracts must file and serve a written objection so that such objection is filed with the Court on the docket of the Debtors' chapter 11 cases and served in accordance with the *Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 528] on the following parties no later than twenty-one days after the date that the Debtors served this Notice:  (a) Celsius Network LLC, 121 River Street, PH05, Hoboken, New Jersey 07030; Attn: Ron Deutsch; (b) counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn:  Joshua A. Sussberg, P.C. and Tommy Scheffer, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654, Attn: Patrick Nash, Jr., P.C., Ross M. Kwasteniet, P.C., Christopher S. Koenig, and Dan Latona; (c) the United States Trustee for the Southern District of New York (the "U.S. Trustee"), 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Shara Cornell, Mark Bruh, and Brian S. Masumoto; (d) counsel to the Official Committee of Unsecured Creditors (the "Committee"), White & Case LLP, 111 South Wacker Drive, Suite

5100, Chicago, Illinois 60606, Attn: Gregory F. Pesce, 1221 6th Ave, New York, New York 10020, Attn: David Turetsky, and 555 South Flower Street, Suite 2700, Los Angeles, California 90071, Attn: Aaron E. Colodny; and (e) to the extent not listed herein, those parties requesting notice pursuant to Bankruptcy Rule 2002. Only those responses that are timely filed, served, and received will be considered at any hearing.

**PLEASE TAKE FURTHER NOTICE** that, absent an objection being timely filed, the rejection of each Contract shall become effective on the Rejection Date set forth in **Exhibit 1** or such other date as the Debtors and the counterparty or counterparties to such Contract agree.[3]

**PLEASE TAKE FURTHER NOTICE** that if an objection to the rejection of any Contract is timely filed and not withdrawn or resolved, the Debtors shall file a notice for a hearing to consider the objection for the Contract or Contracts to which such objection relates. If such objection is overruled or withdrawn, such Contract or Contracts shall be rejected as of the Rejection Date set forth in **Exhibit 1** or such other date as the Debtors and the counterparty or counterparties to any such Contract agree.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if the Debtors have deposited monies with a Contract counterparty as a security deposit or other arrangement, the Contract counterparty may not setoff or recoup or otherwise use such monies without further order of the Court, unless the Debtors, the Committee, and the counterparty or counterparties to such Contracts, with notice to the U.S. Trustee, otherwise agree.

---

[3] An objection to the rejection of any particular Contract listed in this Amended Rejection Notice shall not constitute an objection to the rejection of any other contract or lease listed in this Amended Rejection Notice. Any objection to the rejection of any particular Contract listed in this Rejection must state with specificity the Contract to which it is directed. For each particular Contract whose rejection is not timely or properly objected to, such rejection will be effective in accordance with this Amended Rejection Notice and the Order.

**PLEASE TAKE FURTHER NOTICE** that, absent timely objection, any personal property of the Debtors that is listed and described in **Exhibit 1** shall be deemed abandoned as of the Rejection Date; *provided* that the Debtors shall receive prior written consent from counsel to the Committee and shall provide notice to the U.S. Trustee (email sufficient) prior to abandoning any such personal property.

**PLEASE TAKE FURTHER NOTICE** that, to the extent you wish to assert a claim with respect to rejection of your Contract or Contracts, you must do so by the later of (a) the claims bar date established in these chapter 11 cases, if any, and (b) thirty days after the Rejection Date. IF YOU FAIL TO TIMELY SUBMIT A PROOF OF CLAIM IN THE APPROPRIATE FORM BY THE DEADLINE SET FORTH HEREIN, YOU WILL BE, FOREVER BARRED, ESTOPPED, AND ENJOINED FROM (1) ASSERTING SUCH CLAIM AGAINST ANY OF THE DEBTORS AND THEIR CHAPTER 11 ESTATES, (2) VOTING ON ANY CHAPTER 11 PLAN OF REORGANIZATION FILED IN THESE CASES ON ACCOUNT OF SUCH CLAIM, AND (3) PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| New York, New York<br>Dated: October 6, 2022 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:          jsussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:  (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:          patrick.nash@kirkland.com<br>                     ross.kwasteniet@kirkland.com<br>                     chris.koenig@kirkland.com<br>                     dan.latona@kirkland.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |

# EXHIBIT 1

## Rejected Contracts

| Counterparty | Debtor Counterparty | Description of Property[1] | Rejection Date |
|---|---|---|---|
| ACC Business | Celsius Network LLC | Internet Service Agreement | 10/6/2022 |
| Cablevision Lightpath LLC | Celsius Network LLC | Service Agreement dated January 24, 2022 | 10/6/2022 |
| CenturyLink Communications, LLC d/b/a Lumen Technologies Group | Celsius Network LLC | Service Order dated October 20, 2021 & Service Order dated January 9, 2022 | 10/6/2022 |
| Charter Communications Operating, LLC | Celsius Network LLC | Spectrum Enterprise Service Agreement dated January 5, 2022 | 10/6/2022 |
| Cox Communications Las Vegas, Inc.; Cox Nevada Telcom, LLC | Celsius Network LLC | Commercial Services Agreement dated October 27, 2021 | 10/6/2022 |
| Hootsuite Inc. | Celsius Network Inc. | Enterprise Package Plan dated March 26, 2021 & Business Package Plan dated February 18, 2021 | 10/6/2022 |
| Meltwater News US Inc. | Celsius Network LLC | Services Agreement for Single-Sign-On and Additional Users dated December 1, 2021 & Services Order Confirmation for Explore Unlimited - Premium, Audience Insight Reports, 12 Insight Reports & Dow Jones Bundle | 10/6/2022 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

22-10965-mg    Doc    Filed 10/06/22    Entered 10/06/22 19:26:16    Main Document

**Exhibit 2**

**Redline**

# EXHIBIT 1

## Rejected Contracts

| Counterparty | Debtor Counterparty | Description of Property[1] | Rejection Date |
|---|---|---|---|
| ACC Business | Celsius Network LLC | Internet Service Agreement | ~~9/1/2022~~ 10/6/2022 |
| Cablevision Lightpath LLC | Celsius Network LLC | Service Agreement dated January 24, 2022 | ~~10/1/2022~~ 10/6/2022 |
| CenturyLink Communications, LLC d/b/a Lumen Technologies Group | Celsius Network LLC | Service Order dated October 20, 2021 & Service Order dated January 9, 2022 | ~~10/1/2022~~ 10/6/2022 |
| Charter Communications Operating, LLC | Celsius Network LLC | Spectrum Enterprise Service Agreement dated January 5, 2022 | ~~9/1/2022~~ 10/6/2022 |
| Cox Communications Las Vegas, Inc.; Cox Nevada Telcom, LLC | Celsius Network LLC | Commercial Services Agreement dated October 27, 2021 | ~~10/1/2022~~ 10/6/2022 |
| Hootsuite Inc. | Celsius Network Inc. | Enterprise Package Plan dated March 26, 2021 & Business Package Plan dated February 18, 2021 | ~~9/30/2022~~ 10/6/2022 |
| Meltwater News US Inc. | Celsius Network LLC | Services Agreement for Single-Sign-On and Additional Users dated December 1, 2021 & Services Order Confirmation for Explore Unlimited - Premium, Audience Insight Reports, 12 Insight Reports & Dow Jones Bundle | ~~9/30/2022~~ 10/6/2022 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.