**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On September 30, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Notice Regarding Meeting of Creditors to be held August 19, 2022, at 9:00 a.m. (Prevailing Eastern Time)** (Docket No. 297)

Furthermore, on September 30, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**, pursuant to USPS forwarding instructions:

- **Notice of Chapter 11 Bankruptcy Case** (attached hereto as **Exhibit C**)

Furthermore, on October 4, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Wolstenholme, Macgregor at a redacted address, pursuant to USPS forwarding instructions:

- **Notice of Hearing on Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Akin Gump Strauss Hauer & Feld LLP as Special Litigation Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date** (Docket No. 392)

- **Notice of Filing of Declaration of Alex Mashinsky, Chief Executive Officer of Celsius Network LLC, Providing Terms of use Dating Back to February 18, 2018** (Docket No. 394)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

Furthermore, on October 4, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Lendit Fintech at a redacted address, pursuant to USPS forwarding instructions:

- **Notice of Adjournment of Debtors' Motion Seeking Entry of (I) an Order (A) Approving Bidding Procedures for the Potential Sale of the Debtors' Assets, (B) Scheduling Certain Dates With Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving Bid Protections, (E) Approving Contract Assumption and Assignment Procedures, (II) an Order Authorizing the Debtors to Enter Into a Definitive Purchase Agreement, and (III) Granting Related Relief; and Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Prepare a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) Authorizing the Debtors to File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information, (IV) Approving the Form and Manner of Notifying Creditors of Commencement, and (V) Granting Related Relief** (Docket No. 445)

Furthermore, on or before October 5, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit D**, pursuant to USPS forwarding instructions:

- **Notice Regarding Meeting of Creditors to be held August 19, 2022, at 9:00 a.m. (Prevailing Eastern Time)** (Docket No. 297)

- **Notice of Chapter 11 Bankruptcy Case** (attached hereto as **Exhibit C**)

Dated: October 7, 2022

Monica Arellano

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 7th day of October, 2022, by Monica Arellano, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

JESSIE DE GUZMAN
Notary Public - California
Orange County
Commission # 2401464
My Comm. Expires Apr 20, 2026

# **Exhibit A**




**Exhibit A**

Served via First-Class Mail

| NAME | ADDRESS |
|---|---|
| ANDREW STILL, DAVID | ON FILE |
| ARPAIA, PATRICK | ON FILE |
| GRANT, YOLANDA | ON FILE |
| KINSTNER, LANCE | ON FILE |
| LONGAZEL, BRAD | ON FILE |
| PUCKETT , JOHN | ON FILE |
| TYLA INNOCENT | ON FILE |

# **Exhibit B**



# Exhibit B

Served via First-Class Mail

| NAME | ADDRESS |
|---|---|
| ANDREW STILL, DAVID | ON FILE |
| ROSINK, ASHLEY | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

# **<u>Exhibit C</u>**

| Information to identify the case: | | | | |

| Debtor: | Celsius Network LLC, *et al.*[1] | | EIN | 8 7 – 1 1 9 2 1 4 8 |
| | Name | | | |

United States Bankruptcy Court for the: Southern District of New York    Date case filed for chapter 11: July 13, 2022
(State)    MM / DD / YYYY

Case Number: 22-10964 (MG)

## Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case     10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

1.     **Debtors' full name:  See chart below.**

        **List of Jointly Administered Cases**

| No. | Debtor | Former Name | Address | Case No. | EIN # |
|---|---|---|---|---|---|
| 1 | **Celsius Network LLC** | **N/A** | **121 River Street, PH05, Hoboken, New Jersey 07030** | **22-10964 (MG)** | **87-1192148** |
| 2 | **Celsius KeyFi LLC** | **N/A** | **121 River Street, PH05, Hoboken, New Jersey 07030** | **22-10967 (MG)** | **85-3374414** |
| 3 | **Celsius Lending LLC** | **N/A** | **121 River Street, PH05, Hoboken, New Jersey 07030** | **22-10970 (MG)** | **85-3428417** |

---

[1]    The location of the Debtors' service address for purposes of these chapter 11 cases is:  121 River Street, PH05, Hoboken, New Jersey 07030.

**For more information, see page 2 ▶**

Debtor    Celsius Network LLC
         Name _____    Case number (*if known*)  22-10964 (MG)

| 4 | **Celsius Mining LLC** | **Celsius Core LLC** | **121 River Street, PH05, Hoboken, New Jersey 07030** | **22-10968 (MG)** | **85-3471387** |
| 5 | **Celsius Network Inc.** | **N/A** | **121 River Street, PH05, Hoboken, New Jersey 07030** | **22-10965 (MG)** | **82-4381219** |
| 6 | **Celsius Network Limited** | **N/A** | **1 Bartholomew Lane London, UK EC2N 2AX** | **22-10966 (MG)** | **98-1528554** |
| 7 | **Celsius Networks Lending LLC** | **N/A** | **121 River Street, PH05, Hoboken, New Jersey 07030** | **22-10969 (MG)** | **84-3503390** |
| 8 | **Celsius US Holding LLC** | **N/A** | **121 River Street, PH05, Hoboken, New Jersey 07030** | **22-10971 (MG)** | **85-3387956** |

| 2. | **All other names used in the last 8 years** | See chart above |
|---|---|---|
| 3. | **Address** | See chart above |
| 4. | **Debtor's attorney** <br> Name and address | Joshua A. Sussberg, P.C. <br> Kirkland & Ellis LLP <br> Kirkland & Ellis International LLP <br> 601 Lexington Avenue <br> New York, New York 10022 <br> Telephone:  (212) 446-4800 <br> Facsimile:   (212) 446-4900 <br><br> Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) <br> Ross M. Kwasteniet, P.C. (admitted *pro hac vice*) <br> Kirkland & Ellis LLP <br> Kirkland & Ellis International LLP <br> 300 North LaSalle Street <br> Chicago, Illinois 60654 <br> Telephone:  (312) 862-2000 <br> Facsimile:   (312) 862-2200 |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court <br> Southern District of New York <br> One Bowling Green <br> New York, NY 10004 <br><br> All documents in this case are available free of charge on the website of the Debtors' notice and claims agent at https://cases.stretto.com/Celsius | Hours open <br> 8:30 a.m. to 5:00  p.m. (prevailing Eastern Time)[2] <br><br> Contact phone: <br> (212) 668-2870 |

_____

[2]    Please reference the Court's website for operating procedures in response to the COVID-19 pandemic:  http://www.nysb.uscourts.gov/general-orders-and-guidance-created-covid-19.

| 6. | **Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **Date:** **Location:** **Time:** | August 19, 2022 Telephonic - Dial-In Instructions to be Provided <u>9:00 a.m. ET</u> |

| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** | **Not yet set. If a deadline is set court will send you another notice.** |

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:

☒ your claim is designated as *disputed*, *contingent*, or *unliquidated*;
☒ you file a proof of claim in a different amount; or
☒ you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

| 8. | **Exception to discharge deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for filing the complaint:**            **Not yet set. If a deadline is set court will send you another notice.** |

| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |

| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

# **Exhibit D**



**Exhibit D**

Served via First-Class Mail

| NAME | ADDRESS |
|------|---------|
| AARON NEILSON | ON FILE |
| BROOKE GUNTER | ON FILE |
| CAROLYN NELSON | ON FILE |
| CHELSEA OMER | ON FILE |
| CRYSTAL SWEETSER | ON FILE |
| DELLA VOLPE, ERICH | ON FILE |
| DEREK XIAO | ON FILE |
| DESHAUN BAKER | ON FILE |
| ELEANOR ONEIL | ON FILE |
| EMMANUEL MUNOZ | ON FILE |
| ERIK BARNES | ON FILE |
| GABE MOLSTRE | ON FILE |
| GLENDERL MALLARD | ON FILE |
| HARRY ZHANG | ON FILE |
| HUBERT BENTON | ON FILE |
| JAKE KNEUTE | ON FILE |
| JASON RIZZI | ON FILE |
| JENEICE WASCHLE | ON FILE |
| JEREMY RITZERT | ON FILE |
| JOSEL ALLENDE | ON FILE |
| KEVIN WILLIAMS | ON FILE |
| LAMARQUIS PATTEN | ON FILE |
| LUCAS DAY | ON FILE |
| LUKE CARNEVAL | ON FILE |
| MARCUS TAM | ON FILE |
| MATTHEW BARTON | ON FILE |
| MATTHEW NIENOW | ON FILE |
| MICHAEL DAW | ON FILE |
| MITCHELL MOHR | ON FILE |
| NICK LAZO | ON FILE |
| OMAR ALSAIFI | ON FILE |
| RODNEY ROBERTS | ON FILE |
| RYAN BELOTE | ON FILE |
| SAM FOSSETT | ON FILE |
| SAM GAYHEART | ON FILE |
| SAM KRUPIARZ | ON FILE |
| SAM MOORE | ON FILE |
| SAMANTHA IVKOVICH | ON FILE |
| SAMANTHA KHONGSAENGDAO | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)



**Exhibit D**

Served via First-Class Mail

| NAME | ADDRESS |
|------|---------|
| SAMANTHA MCCULLEY | ON FILE |
| SAMANTHA SAMRA | ON FILE |
| SAMUEL MILLER | ON FILE |
| SAMUEL PROSCHANSKY | ON FILE |
| SAMUEL STOLZ | ON FILE |
| SAMUEL VALLADARES | ON FILE |
| SANDRA DITORE | ON FILE |
| SANJAR HAGHSHENAS | ON FILE |
| SANTIAGO ESTELA | ON FILE |
| SARA TORRES VILLARROEL | ON FILE |
| SARA VOORHEES | ON FILE |
| SARAH KISKA | ON FILE |
| SARAH ROBERTS | ON FILE |
| SARASWATHI SINDHU MUTHIAH | ON FILE |
| SCOTT CHRISTIE | ON FILE |
| SCOTT DAWKINS | ON FILE |
| SCOTT DYE | ON FILE |
| SCOTT ROBINSON | ON FILE |
| SCOTT SHORT | ON FILE |
| SCOTT SPIEGEL | ON FILE |
| SCOTT WOODROW | ON FILE |
| SEAMUS RICHARD MCNAMARA | ON FILE |
| SEAN BENICEWICZ | ON FILE |
| SEAN CONRAD | ON FILE |
| SEAN CROOK | ON FILE |
| SEAN DUNGAN | ON FILE |
| SEAN GREEN | ON FILE |
| SEAN HIGGINS | ON FILE |
| SEAN MAUK | ON FILE |
| SEAN PURCELL | ON FILE |
| SEAN SOAVE | ON FILE |
| SEAN SWANSON | ON FILE |
| SEAN WAGNER | ON FILE |
| SEBASTIAN ERNEST | ON FILE |
| SEN KEEFE | ON FILE |
| SEQUAYAH LAWSON | ON FILE |
| SERENA MALIK | ON FILE |
| SERGEI SHEK | ON FILE |
| SERGEY PEREVOZNYI | ON FILE |



## Exhibit D

Served via First-Class Mail

| NAME | ADDRESS |
|------|---------|
| SETH BENNETT | ON FILE |
| SETH MARTIN | ON FILE |
| SETH MCENTEE | ON FILE |
| SETH RANDALL | ON FILE |
| SETH RATCLIFFE | ON FILE |
| SETH ROAN | ON FILE |
| SHAHEIN TAJMIR | ON FILE |
| SHANA RENZEMA | ON FILE |
| SHANE DUFFY | ON FILE |
| SHANE KOSKI | ON FILE |
| SHANE WAGNER | ON FILE |
| SHANNON BETTELHEIM | ON FILE |
| SHANNON BISHOP | ON FILE |
| SHANNON FISHER | ON FILE |
| SHANNON GAVOZZI | ON FILE |
| SHANNON KIBLER | ON FILE |
| SHARON GALE | ON FILE |
| SHARON LISI | ON FILE |
| SHASHWAT GAUTAM | ON FILE |
| SHAUN BONK | ON FILE |
| SHAUN DOCKERY | ON FILE |
| SHAUN LASKY | ON FILE |
| SHAWN BURGEN | ON FILE |
| SHAWN HOEHN | ON FILE |
| SHAWN LAABS | ON FILE |
| SHAWN PROVOST | ON FILE |
| SHAYRA ANTIA | ON FILE |
| SHEILA SAWYER | ON FILE |
| SHELBY ROWELL | ON FILE |
| SHELBY TANNER | ON FILE |
| SHERI HARRIS | ON FILE |
| SHERMAN GREENE | ON FILE |
| SHERRY MCGEARY | ON FILE |
| SHIRYL BRYAN | ON FILE |
| SHOAIB SHEIKH | ON FILE |
| SHONALI SAHA | ON FILE |
| SHUBHANKAR CHHOKRA | ON FILE |
| SHYAM BASNET | ON FILE |
| SIERA BRAMSCHREIBER | ON FILE |



**Exhibit D**

Served via First-Class Mail

| NAME | ADDRESS |
|------|---------|
| SILVANIA BLAKLEY | ON FILE |
| SIMON JORDAN | ON FILE |
| SIMON POLLAYIL | ON FILE |
| SOHAIL GILANI | ON FILE |
| SOLANCH MEJIA | ON FILE |
| SOLOMON NICHOLAS | ON FILE |
| SONNEE PHOMSOUVANH | ON FILE |
| SOPHIA TYLER | ON FILE |
| SOUMITRA KUMAR MOHAKUD | ON FILE |
| SOUSOUNI BAJIS | ON FILE |
| SOUTHALACK SIPHONEKHAM | ON FILE |
| SPENCER AYER | ON FILE |
| SPENCER CUSHING | ON FILE |
| SPENCER HOIUM | ON FILE |
| SPENCER PLASSMAN | ON FILE |
| SREEDHAR NANNURI | ON FILE |
| SRIDHAR IYER | ON FILE |
| SRINIVAS GANGJI | ON FILE |
| SRINIVAS PENTAVALLI | ON FILE |
| STAN GRACZYK | ON FILE |
| STANISLAV SINITSYN | ON FILE |
| STANLEY ABANTO | ON FILE |
| STANLEY BOUKNIGHT | ON FILE |
| STEPHANIE ALVAREZ | ON FILE |
| STEPHANIE NICOLE ALLEN | ON FILE |
| STEPHANIE OTOOLE | ON FILE |
| STEPHANIE RENEE HALSTEAD | ON FILE |
| STEPHEN BYRNE | ON FILE |
| STEPHEN CANGEMI | ON FILE |
| STEPHEN FULLER | ON FILE |
| STEPHEN GRAY | ON FILE |
| STEPHEN KEARNEY | ON FILE |
| STEPHEN NAGY | ON FILE |
| STEPHEN VALENTIN | ON FILE |
| STEVEN DIGIORGIO | ON FILE |
| STEVEN E SANDERSON | ON FILE |
| STEVEN GENTNER | ON FILE |
| STEVEN GREEK | ON FILE |
| STEVEN GUILAMO | ON FILE |



**Exhibit D**

Served via First-Class Mail

| NAME | ADDRESS |
|------|---------|
| STEVEN HANSBERRY | ON FILE |
| STEVEN HARRISON | ON FILE |
| STEVEN HULSE | ON FILE |
| STEVEN JACKSON | ON FILE |
| STEVEN JONES | ON FILE |
| STEVEN KEPLER | ON FILE |
| STEVEN NAVARRO | ON FILE |
| STEVEN NORMANDY | ON FILE |
| STEVEN PUGH | ON FILE |
| STEVEN ROOT | ON FILE |
| STEVEN THIBOUTOT | ON FILE |
| STEVEN WILLIAMS | ON FILE |
| STEVEN ZEILER | ON FILE |
| STEWART BLAQUIERE | ON FILE |
| STUART MCLEAN | ON FILE |
| SUFYAN ABDELSHIFE | ON FILE |
| SWARAJ KUNDU | ON FILE |
| SYDNEY FLAIG | ON FILE |
| TABATHA GARNER | ON FILE |
| TAHSIN MUSTAQUE | ON FILE |
| TAIRO MAAS | ON FILE |
| TAL OHAYON | ON FILE |
| TALON LLOYD | ON FILE |
| TAMALA DURAN | ON FILE |
| TAMEKA ROGERS | ON FILE |
| TAMMIKA EVANS | ON FILE |
| TAMMY MARIE HARRISON | ON FILE |
| TANNER DERY | ON FILE |
| TARA CARDENAS | ON FILE |
| TATUM THOMPSON | ON FILE |
| TATYANA REZNIK | ON FILE |
| TAYLOR JONES | ON FILE |
| TAYLOR NELSON | ON FILE |
| TED SEGER | ON FILE |
| TENA OGLE-CORTES | ON FILE |
| TERESA ABRAHAM | ON FILE |
| TERESA ESTEP | ON FILE |
| TERESA STREY | ON FILE |
| TERRANCE GIVAN | ON FILE |



## Exhibit D

Served via First-Class Mail

| NAME | ADDRESS |
| --- | --- |
| TERRY KLINGER | ON FILE |
| TERRY MILLER | ON FILE |
| TERRY SALAZAR | ON FILE |
| TERRY TIMM | ON FILE |
| TESSA POLSON | ON FILE |
| TEVIN GAMBLE | ON FILE |
| THACH NGUYEN | ON FILE |
| THANH-BINH LE | ON FILE |
| THEODORE HARRISON | ON FILE |
| THOMAS COHEN III JOHNSON | ON FILE |
| THOMAS JARDINE | ON FILE |
| THOMAS JOHNSON | ON FILE |
| THOMAS MADLON | ON FILE |
| THOMAS MCCARTHY | ON FILE |
| THOMAS MOBLEY | ON FILE |
| THOMAS PATERSON | ON FILE |
| THOMAS PHILIP | ON FILE |
| THOMAS ROBERT KOMENDA | ON FILE |
| THORBEN RATH | ON FILE |
| THURMAN PUGH | ON FILE |
| TIFFANY DUBRA | ON FILE |
| TIFFANY FRANCHY | ON FILE |
| TIFFANY OSSI | ON FILE |
| TIFFANY TENICELA | ON FILE |
| TIM DANIEL | ON FILE |
| TIM FLYNN | ON FILE |
| TIM JACKSON | ON FILE |
| TIM KIRK | ON FILE |
| TIM LILLY | ON FILE |
| TIM MERKEL | ON FILE |
| TIMOTHY COOL | ON FILE |
| TIMOTHY GRANT | ON FILE |
| TIMOTHY GYENIS | ON FILE |
| TIMOTHY HOBBA | ON FILE |
| TIMOTHY HOSKINS | ON FILE |
| TIMOTHY L TRIPP | ON FILE |
| TIMOTHY MUNSELL | ON FILE |
| TIMOTHY PARKER | ON FILE |
| TIMOTHY WILLIAMS II | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)



## Exhibit D
Served via First-Class Mail

| NAME | ADDRESS |
|------|---------|
| TIMOTHY WOLF | ON FILE |
| TJ DUNHAM | ON FILE |
| TOBY DEUEL | ON FILE |
| TODD DUCKETT | ON FILE |
| TODD HARRIS | ON FILE |
| TODD HEIL | ON FILE |
| TOM CHEN | ON FILE |
| TOM PYLE | ON FILE |
| TOMER MAYARA | ON FILE |
| TOMMY LAWTON | ON FILE |
| TONY TRAPUZZANO | ON FILE |
| TORREAN KELLMAN | ON FILE |
| TORREH ARASTEH | ON FILE |
| TRACEY MACCORKINDALE | ON FILE |
| TRACY BELL | ON FILE |
| TRAVIS ALEXANDER BRICKER | ON FILE |
| TRAVIS DEAN PIERSON | ON FILE |
| TRAVIS MULL | ON FILE |
| TRAVIS SMITH | ON FILE |
| TRAVIS TURNBULL | ON FILE |
| TRAVIS WALLENTINE | ON FILE |
| TRAVIS YORK | ON FILE |
| TREASA SEVERSON | ON FILE |
| TRENT EVANS | ON FILE |
| TREVOR DYKES | ON FILE |
| TREVOR GARDNER | ON FILE |
| TREVOR GIBB | ON FILE |
| TREY HILLARD | ON FILE |
| TREY WILLIAMS | ON FILE |
| TRISTAN NEWMAN | ON FILE |
| TROY SANCHEZ | ON FILE |
| TRUMANE LAWRENCE | ON FILE |
| TRYSTAN FRITZ | ON FILE |
| TY JOHNSTON | ON FILE |
| TYCE BRUURSEMA | ON FILE |
| TYLER COOPER | ON FILE |
| TYLER FISHER | ON FILE |
| TYLER HENRY | ON FILE |
| TYLER JOHN HAYES | ON FILE |



**Exhibit D**
Served via First-Class Mail

| NAME | ADDRESS |
| --- | --- |
| TYLER KIPPING | ON FILE |
| TYLER KOENIG | ON FILE |
| TYLER LINN | ON FILE |
| TYLER MEEHAN | ON FILE |
| TYLER SHERWIN | ON FILE |
| TYLER THOMAS | ON FILE |
| TYLER ZUSPAN | ON FILE |
| TYRONE STAGGERS | ON FILE |
| UDAY KARTHIK YADLAPALLI | ON FILE |
| VALENTIN DMITRUK | ON FILE |
| VICTOR UDESHI | ON FILE |
| VICTORIA PAVIA | ON FILE |
| VICTORIA WASHINGTON | ON FILE |
| VINCENT CIACCIO | ON FILE |
| VINCENT HERMOSILLO | ON FILE |
| VINCENT KAWECKI | ON FILE |
| VINCENT MEAD | ON FILE |
| VINCENT REYNOLDS | ON FILE |
| VINCENT YACENDA | ON FILE |
| VINHCENT LE | ON FILE |
| VIVIANA CERVANTES | ON FILE |
| VIVIENNE PAK | ON FILE |
| VLADISLAV TONOV | ON FILE |
| VOLHA LENSKAYA | ON FILE |
| VOLHA LOCKHART | ON FILE |
| WALTER DITTO | ON FILE |
| WALTER HARRIS | ON FILE |
| WALTER NORRIS BONE | ON FILE |
| WARREN LOONEY | ON FILE |
| WAYNE TUCKER | ON FILE |
| WENTING ZENG | ON FILE |
| WESLEY MELVILLE | ON FILE |
| WESLEY STRONG | ON FILE |
| WESLEY WATKINS | ON FILE |
| WESTYN BARNES | ON FILE |
| WILFORD JONES | ON FILE |
| WILL DUKE | ON FILE |
| WILL THOMAS | ON FILE |
| WILLIAM BEAN | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)



**Exhibit D**

Served via First-Class Mail

| NAME | ADDRESS |
|------|---------|
| WILLIAM BRYAN | ON FILE |
| WILLIAM BUSSEY | ON FILE |
| WILLIAM CHURCHILL | ON FILE |
| WILLIAM COLEMAN | ON FILE |
| WILLIAM FIRESTONE | ON FILE |
| WILLIAM FITZPATRICK | ON FILE |
| WILLIAM GANNON | ON FILE |
| WILLIAM HALL | ON FILE |
| WILLIAM HASBROOK | ON FILE |
| WILLIAM III ENGEL | ON FILE |
| WILLIAM J DANIELS | ON FILE |
| WILLIAM JAY | ON FILE |
| WILLIAM JONES | ON FILE |
| WILLIAM KILRAIN | ON FILE |
| WILLIAM MCBRIDE | ON FILE |
| WILLIAM MOORE | ON FILE |
| WILLIAM MUNRO | ON FILE |
| WILLIAM ROY KLINE | ON FILE |
| WILLIAM SEED | ON FILE |
| WILLIAM SHEERR | ON FILE |
| WILLIAM WHETSTONE | ON FILE |
| WILLIE FELLS | ON FILE |
| WILLIE PATTERSON | ON FILE |
| WINNIEFRED GEDDEH | ON FILE |
| WINTER ANNETTE YOUNG | ON FILE |
| WOLF IKLOV | ON FILE |
| WOO JANG | ON FILE |
| XAVIER CASTILLO | ON FILE |
| XIAOGUANG ZHU | ON FILE |
| XIAOZHOU TANG | ON FILE |
| YANG LI | ON FILE |
| YASSER SYED | ON FILE |
| YATESEYA FERRELL | ON FILE |
| YCHARTS, INC. | ON FILE |
| YENGKONG XIONG | ON FILE |
| YEVGENY POLONSKY | ON FILE |
| YIFEI WANG | ON FILE |
| YOHANAN ANDARGACHEW | ON FILE |
| YORBIN CANAS | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)



**Exhibit D**
Served via First-Class Mail

| NAME | ADDRESS |
|---|---|
| YOSEF BERHE | ON FILE |
| YOUSSEF ABOU EL NEAJ | ON FILE |
| YUSUF SORUNKE | ON FILE |
| ZACH HINSEY | ON FILE |
| ZACHARY BIERIG | ON FILE |
| ZACHARY DOWDY | ON FILE |
| ZACHARY HOPKINS | ON FILE |
| ZACHARY HUMECKY | ON FILE |
| ZACHARY KOCAJ | ON FILE |
| ZACHARY MICHAEL THOMAS | ON FILE |
| ZACHARY ODELL | ON FILE |
| ZACHARY SUTHERLAND | ON FILE |
| ZACHARY TATTERSALL-HILL | ON FILE |
| ZACHARY TRZCIENSKI | ON FILE |
| ZACHARY TUCKER | ON FILE |
| ZACHARY WRIGHT | ON FILE |
| ZACHERY VAUGHN | ON FILE |
| ZENOBIA MORANT | ON FILE |
| ZERNYU CHOU | ON FILE |
| ZOE PARTRIDGE | ON FILE |
| ZUMRETA KEKIC | ON FILE |

In re: Celsius Network LLC, *et al*.
Case No. 22-10964 (MG)