Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900

*Counsel to the Debtors and*
*Debtors in Possession*

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF FILING OF UNREDACTED VERSION OF**
**THE FIRST SUPPLEMENTAL DECLARATION OF ROBERT CAMPAGNA**
**IN SUPPORT OF THE DEBTORS' APPLICATION TO EMPLOY AND RETAIN**
**ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISOR TO**
**THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF JULY 13, 2022**

**PLEASE TAKE NOTICE** that on August 31, 2022, the above-captioned debtors and

debtors in possession (collectively, the "Debtors") filed a redacted version of the *First*

*Supplemental Declaration of Robert Campagna in Support of the Debtors' Application to Employ*

*and Retain Alvarez & Marsal North America, LLC as Financial Advisor to the Debtors and*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
    number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius
    Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks
    Lending LLC (3390); and Celsius US Holding LLC (7956).  The location of Debtor Celsius Network LLC's
    principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05,
    Hoboken, New Jersey 07030.

*Debtors in Possession Effective As of July 13, 2022* [Docket No. 667] (the "Declaration") in accordance with the *Order (I) Authorizing the Debtors to Prepare a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) Authorizing the Debtors to File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information, (IV) Approving the Form and Manner of Notifying Creditors Of Commencement Of these Chapter 11 Cases, and (V) Granting Related Relief* [Docket No. 55] and the *Debtors' Ex Parte Motion Pursuant to Section 107 of the Bankruptcy Code Seeking Entry of an Order (I) Authorizing the Debtors to Redact Certain Personally Identifiable Information from the Creditor Matrix, Schedules and Statements and Related Documents and (II) Granting Related Relief* [Docket No. 344] (the "Sealing Motion"), which was pending at the time the Declaration was filed. Contemporaneously therewith, an unredacted version of the Declaration was provided to the United States Bankruptcy Court for the Southern District of New York (the "Court"), counsel to the official committee of unsecured creditors, and the United States Trustee for the Southern District of New York.

    **PLEASE TAKE FURTHER NOTICE** that on September 9, 2022, the Debtors filed the *Notice of Corrected First Supplemental Declaration of Robert Campagna in Support of Debtors' Application to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisor to the Debtors and Debtors in Possession Effective as of July 13, 2022* [Docket No.765] (the "Corrected Declaration").

    **PLEASE TAKE FURTHER NOTICE** that on September 16, 2022, the Court entered the *Order Authorizing Debtors to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisor to the Debtors and Debtors in Possession Effective as of July 13, 2022* [Docket No. 842] (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, the Debtors agreed that, "[t]o the extent that the Court does not grant certain of the relief requested in the [Sealing Motion] or other motion seeking to authorize the sealing of information, the Debtors shall file, as soon as reasonably practicable thereafter, unredacted versions of any declaration or other supplemental disclosure to the extent necessary to comply with such rulings by the Court." *See* Order at ¶ 15.

**PLEASE TAKE FURTHER NOTICE** that on September 28, 2022, the Court entered the *Memorandum Opinion and Order on the Debtors' Sealing Motion* [Docket No. 910] (the "Opinion and Order"), which directed all of the Debtors' professionals that filed retention applications to file unredacted retention applications within fourteen days after the entry of the Opinion and Order. *See* Opinion and Order at § IV.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Opinion and Order, the Debtors hereby file an unredacted version of the Corrected Declaration, attached hereto as **Exhibit A** (the "Unredacted Declaration").

**PLEASE TAKE FURTHER NOTICE** that copies of the Unredacted Declaration and other pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Stretto at http://www.cases.stretto.com/celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder of page left intentionally blank]*

New York, New York
Dated: October 11, 2022

/s/ Joshua A. Sussberg

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:          jsussberg@kirkland.com

- and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:          patrick.nash@kirkland.com
                ross.kwasteniet@kirkland.com
                chris.koenig@kirkland.com
                dan.latona@kirkland.com

*Counsel to the Debtors and*
*Debtors in Possession*

## Exhibit A

**Unredacted Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| | (Jointly Administered) |
| Debtors. | |

**FIRST SUPPLEMENTAL DECLARATION OF ROBERT CAMPAGNA**
**IN SUPPORT OF DEBTORS' APPLICATION TO EMPLOY AND RETAIN**
**ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISOR TO**
**THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF JULY 13, 2022**

I, ROBERT CAMPAGNA, hereby declare under penalty of perjury, as follows:

1.      I am a Managing Director with Alvarez & Marsal North America, LLC (together with employees of its professional service provider affiliates (all of which are wholly-owned by its parent company and employees), its wholly-owned subsidiaries and independent contractors, "A&M"), a restructuring advisory services firm with numerous offices throughout the country.  I submit this declaration (this "First Supplemental Declaration") to supplement my prior declaration that has been submitted in connection with A&M's retention in these chapter 11 cases.  Except as otherwise noted, I have personal knowledge of the matters set forth herein or have been informed of such matters by professionals of A&M.

2.      On July 13, 2022 (the "Petition Date"), Celsius Network LLC and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively the

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

"Debtors") commenced these cases by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "Court").

3.      On August 9, 2022, the Debtors filed their *Application to Employ and Retain Alvarez & Marsal North America, LLC As Financial Advisor to the Debtors And Debtors In Possession* (the "Application") and attached thereto was my declaration in support of the Application (the "Prior Declaration").

4.      I submit this First Supplemental Declaration at the request of the U.S. Trustee to disclose certain additional information relevant to connections that were identified in the Prior Declaration and to disclose additional connections to Potential Parties in Interest.  Capitalized terms used herein and not otherwise defined have the respective meanings set forth in the Prior Declaration.

## ADDITIONAL DISCLOSURES

5.      In the Prior Declaration, A&M made certain disclosures related to its Cayman affiliate.  To clarify, the A&M Cayman affiliate does not have a role in these chapter 11 cases. A&M has set up an information wall between the A&M Cayman team working on Invictus and New World Holdings and the team providing services to the Debtors.

6.      On July 12, 2022, A&M Canada was appointed as the Information Officer of the Voyager Digital Ltd. Canadian proceedings to recognize Voyager's U.S. chapter 11 cases.  As an Information Officer, A&M Canada is an officer of the Ontario Superior Court of Justice (the "Canadian Court") and does not represent Voyager.  The Information Officer will report to the Canadian Court from time to time on the status of the Voyager Chapter 11 proceeding, the proposed restructuring of Voyager, the U.S. orders sought to be recognized and given effect by the Canadian Court, and any other information that may be material to the Canadian Court or Canadian

stakeholders.  The Information Officer's role is not to collect assets of Voyager from Celsius or any other party.  The Information Officer has no relationship to the Voyager business operations or plan development, and therefore A&M's role as Information Officer, does not result in A&M Canada representing an interest adverse to the Debtors.  The total balance of Voyager's accounts held by the Debtors is $11,300.

7.      Caisse de depot et placement du Quebec and its affiliates and subsidiaries ("CDPQ") has the following connections to A&M and its affiliates (all of which are unrelated to the Debtors): (i) CDPQ holds an equity interest in a company Allied Universal Topco LLC that A&M Capital has also made a minority investment in; (ii) CDPQ is a client of A&M's India affiliates in various transaction related diligence matters; and (iii) CDPQ is a joint venture partner and equity holder of various A&M clients and/or their affiliates and/or subsidiaries and/or funds.

## ADDITIONAL POTENTIAL PARTIES IN INTEREST

8.      In connection with its proposed retention by the Debtors in these cases, A&M has undertaken an ongoing analysis to determine whether any material relevant facts or relationships have arisen or discovered.  In connection therewith, it has come to A&M's attention that the entities identified on Schedule A hereto ("Additional Parties") are parties involved in the Debtor's Chapter 11 cases who were not identified on Schedule A to the Prior Declaration.  The Additional Parties together with the parties identified on Schedule A to the Prior Declarations are hereinafter referred to as the "Potential Parties in Interest".

New York, New York
Dated: September 8, 2022

/s/ Robert Campagna
Name:      Robert Campagna
Title:      Managing Director
           Alvarez & Marsal North America, LLC

## Schedule A

### List of Potential Parties in Interest

**Bankruptcy Judges**
Beckerman, Lisa G.
Chapman, Shelley C.
Drain, Robert D.
Garrity, Jr., James L.
Glenn, Martin
Jones, David S.
Lane, Sean H.
Mastando III, John P.
Morris, Cecelia G.
Wiles, Michael E

**Bankruptcy Judges Staff**
Anderson, Deanna
Barajas, Andres
Slemmer, Daniel
Ziesing, Frances "Annie"

**Bankruptcy Professionals**
C Street Advisory Group
Deloitte & Touche LLP
Elementus
Kroll Restructuring
M-III Partners, LLC
Perella Weinberg Partners
Troutman Pepper Hamilton Sanders LLP

**Director/Officers**
Ayalon, Amir
Ferraro, Chris
Cohen-Pavon, Roni

**Ordinary Course Professionals**
A. Georgiou & Co LLC
Advokatu Kontora Sorainen IR Partneriai
Buckley LLP
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Holley Nethercote Pty Ltd.
Jackson Lewis P.C.
McCarthy Tetrault LLP
Taylor Wessing LLP
Uría Menéndez Abogados, S.L.P
White & Case LLP
Wilson Sonsini Goodrich & Rosati

**Retail Customers**
007 Capital LLC
A'Vard, Suzanne
Abdolsalehi, Alvand
Academic Health Research Group Inc
Adam, Alexander
AK Solutions Inc
Alblooki, Noora
Alfi, Eldad M
Allen Davis, Otis
Allen-Narker, Rosalind
Alliance Service, Inc
Alshehhi, Ali
Alshehhi, Sultan
Alven Jerome Kroot Agreement Of Trust Dated July 16, 1990, As Amended,
Amaro, Johnny
An Eye Toward Retirement LLC
Anand, Kamaljit
Andrews, Nik
Andrianakos, Fotis
Andrus, Brent W
Aos Investments LLC
Araújo, João Pedro
Asaff, Glenn
August , Lucia Kim
Ayon, Brandon
Bae, Peter
Baggenstos, Thomas Stephan
Bailey, Christoher
Bailey, Jeremy Douglas
Baillie, Robert
Baker, Brian
Baker, William Harold
Baldwin, Kevin
Balter, Lon
Barrett, Bryan
Barrett, Craig R
Barry, Patrick
Bartholf, John David
Bartlett, Chris
Baum, Joe
Becin, Christopher Michael
Bedard, Craig
Beerda, Douwe
Bellotte, Brent

| | |
|---|---|
| Benfanti, Michael Frederick | Cartmell, Brian |
| Benotsch, Alan | Casal, Gerardo De La Caridad |
| Bergman, Devon Aaron | Castillo, Ryan |
| Bertsch, Kirk | Cech, Seikan |
| Betancourt, Leopoldo | Celeste, Beth |
| Beyer, Richard William | Cetin, Edward |
| Bfaller Rd LLC | Chambless, Jill |
| Bi, Mariam | Chan, Channing |
| Biig LLC | Chang, Christopher Bonyen |
| Biscontine, Stephen C | Chang, Kai |
| Blackthorne, Jordan | Chen, Yihong |
| Block, Michael Henry | Chen, Yiyue |
| Blum, Hugo | Cheng , Anthony |
| Bnktothefuture | Cheng, Kwok Yuk |
| Boari, Francesco | Chester Church Buckenmaier 3rd |
| Bofilis, Dimosthenis | Chetaud, Louis |
| Bohnett, David Charles | Chetchotisak, Chot |
| Bolger, Marilyn | Chi, Sang Keun |
| Bongiorno, John | Chiapuris , Paul Neil |
| Bos, Stephen Richard | Chin, Jason |
| Boskovski, Nikola | Christensen, Chad R |
| Bosman, Andre | Chu, Pui Sum |
| Botlani Esfahani, Rana | Chvalek, Jirka |
| Bourell, Roy | Claessens, Cris |
| Bowman, Eric Lee | Clark, Nicholas |
| Bradbury Jr, Josh Douglas | Clark, Scott |
| Brechtl, Marques | Coache, Philippe |
| Bresson, Laurent | Cochran , Peter Mckinney |
| Brida, Anthony | Coin Meester B.V. |
| Brigham, Gerrad William | Cole, John |
| Broytman, Meyer M | Cole, Joshua |
| Brue, Chad | Coleman, Rasan A |
| Brunner, Hannes Oskar | Collins, Cade Alexander Walker |
| Bslater Ddo LLC | Conlin, Jon Collins |
| Bugeja, Paul | Connolly, Thomas Joseph |
| Buono, Ian | Cook, Daniel |
| Butendieck , Ronald | Corp, Prasine |
| Butryn, David | Corporation, Stellence |
| Bveeder Rd LLC | Costa, John |
| Byrd, Jeffery L | Côte, Damien |
| Byrd, William Michael | Courtney, Tod Andrew |
| Byrne , Michael S | Coward, Martin John |
| Caceres, Santos | Cowen, Clint |
| Cadwell, Charles | Crab, Marijke |
| Caj Krogh Holding Aps | Cromack, Brendan |
| Cannon, Andrew | Crosby, Daniel Lee |
| Caraballo, Christopher Richard | Croucher, Paul |
| Carmonatoscano, Rafael | Cruz, Edmond Harada |
| Caroulle, Irénée | Cruz, Joshua Boda |
| Carroz, Martial | Cumenal, Pierre |
| Carter, Micah | Cura, Nicolas |
| Carter, William | Curran, Ryan |

| | |
|---|---|
| Dailey, Jonathan | Fuller, Christopher Wayne |
| Dan, Claudia | Futuris Capital Inc |
| Dan, Flaviu | Galindo, Cesar |
| Dancs, Douglas | Gallagher , Rebecca |
| Dang, Phuoc Trung | Gallardo, Jorge |
| Darby, Thomas | Gamez, Arturo Rafael |
| Darschewski , Kenneth Edward | Gauch, Roger |
| Davey, Joseph | Gavrilovic, Nikola |
| Davison , Daniel Carson | Gayle, Patrick C |
| Decamp, Ryan Alan | Genç, Raci |
| Dekker, Barbara | Geoghegan , Alexei |
| Deleon, Michael A | Gerbán, Dániel Jeno |
| Deshotels, Kerry L | Gettner , Mark |
| Dezfuli-Arjomandi, Arman Ahmad | Ghiselli, Antonio |
| Dhamani, Khairunnisa | Gi, Richard |
| Dhillon, Jagatjit | Giardiello, Bradley Edwin |
| Difiore , Thomas Albert | Gibbs, Jack |
| Difiore TSA Irrevocable GST Trust | Giese, Dale |
| Dipaolo, William Richard | Giese, Jeannette |
| Dobrajc, Rok | Giesselman, Troy |
| Donaldson, Troy | Giorgianni, Massimo |
| Donnelly, Stephen | Girod, John |
| Downing, Marcus | Glensgard, Dan |
| Drake, Cem Danial | Global Regency Limited |
| DSCA44 LLC | Golcovs, Aleksandrs |
| Duffy, Jamie | Goldsmith, Mary E |
| Dum, Joseph | Gollapudi, Shilpa Kamala |
| Dunnett, Darren | Gololicic, Gregor |
| Dzaran, John Peter | Gonella, Damien |
| Edgar, David | Gonzales, Carlos |
| Egnet, Eric | Graham, Steven Neil |
| Eigenberg-Gordon, Marlee | Group, K1 Financial |
| El Achkar, David | Haidukewych , George |
| Elwell, Daniel Robert | Haijen, Peter |
| Engelin, Peter | Hald, David Friis |
| Etzold , Derrick Wayne | Hamilton, John |
| Fagan, Peter | Hammell, Robert Howard |
| Fang, Hsin Jan Sean | Hammond III, Edward Hopkins |
| Farley, John U | Hanchett, Dolores |
| Farnsworth, Darren Scott | Hannagan, Cory |
| Farpella, Kevin Ray | Hansen, Frederik |
| Fay, Christopher Derrick | Hardy, Marie |
| Finkle, James | Hargrove, Kathy |
| Finley, Patrick Westall | Haro Avila, Hector Manuel |
| Fisher, John | Harper, Lisa |
| FL3XX Gmbh | Hart, Dan |
| Ford, Robert | Hawley, John Follen |
| Forlini, Yoann | Hayes, Michael |
| Foy, Aixa | Haynie, Robert |
| Frangioni, Pierre | He, Yunzheng |
| Fraser , Daniel | Heads, Michael Anthony |
| Freedman, Paul | Heavenly Scent Professionals LLC |

| | |
|---|---|
| Hecht, Amara | Katehis, Konstantinos |
| Hedin, Daniel | Kauff, Steven Howard |
| Helfrich, Charles | Kazius, Ronald |
| Heo, Jae Yong | KCA Holdings, LP |
| Hibbard, Dustin Kyle | Keasey, Anne |
| Hilson, James Wayne | Kedzior, Martin Enrico |
| Hoan, Ly | Kelly, Sean |
| Hoefflin, Jeffrey David | Kendrix, Adam |
| Hoffmann, David | Khare, Rahul Kumar |
| Hofland, Gerhard | Khattiya, Lany |
| Hofstede, Jerry | KHK Investments LP |
| Hogan, Andrew | Khoo, Denis |
| Hollingshead, Thomas Leon | Kikko, John |
| Holmes, Lewis Robert | Kilpatrick, Keith H |
| Holmström, Christel | Kim , Eliot |
| Holt, Travon | Kim, Jay |
| Holzhauer, Kyle Michael | Kim, Miae |
| Horejsi, Adam | Kim, Peter |
| Hoskyn, John Mark | Kingsford, Todd |
| Hou, Chengyu | Kirsanov, Dimitry |
| House, Emanuel | Kjellin, Erik |
| Hsu, Roger | Kochalka, James |
| Huang, Chun | Kogan, Dmitriy |
| Huang, Cuihua | Kohan, Emil James |
| Huang, Gavryelle Xingbe | Kohn, Lawrence H |
| Huang, Tak | Komarovskiy, Valentin |
| Huang, Xue Wen | Kompaso Pty Ltd |
| Hulst, Petrus Adrianus Maria | Kouzbari, Munear |
| Huo, Lan | Kpham Rd LLC |
| Hwang, Kevin | Krampf, Oleg |
| Imokawa, Stuart | Krener, Olivier |
| Imtiaz , Lubna | Krienke, Gerri |
| Izzo, Daniele | Kryuchkov, Ivan |
| Jackson III, Clifton Edward | Kuijper, Ronald |
| Jacobs, Chloe Merithe | Kuipers, Jonathan Andrew |
| Jansen, Bob | Kumar, Tarun |
| Jellestad Capital S.A. SPF | Kutty, Madhu Kumaran |
| Jimenez, Alex Rene | Lablanc , Brian |
| Jimenez, Gustavo Alberto | Lacey, Peter |
| John Dzaran 401K Trust | Lai, Christopher |
| Jones, Beverly | Lakeside Oral & Facial Surgery Institute, LLC |
| Jones, Diann | Landskov, Gregg Raymond |
| Jones, Holly | Laski, Ludwik |
| Jones, Matthew Ernest | Laubjerg, Asker |
| Jones, Roger Lee | Lee, Edmund Wangkai |
| Jordan, Daniel T | Lee, Eunice Jungmin |
| Jue, Tyrone Todd | Lee, Keagan Hyunchul |
| Juneau, Michael William | Lee, Yih Neng |
| Kan, Ivan | Lee, Yun Chin |
| Kaneseki, Akiko | Legacy City Church |
| Kanngieãÿer, Stefan | Leister, Thomas A |
| Kansomdee, Pronthip | Leon, Shlomi |

| | |
|---|---|
| Lévy, Nicolas | McGurk, Jamie |
| Li, Yifan | McKenney, Scott Herbert |
| Libertad Group LLC | McLean, Stuart |
| Liljenquist, Brandon | McNeil, Laura Faller |
| Lim, Jong | Medeiros, Pablo |
| Lin, David | Mellema, Kamiel |
| Linevskiy, Anton | Mendes De Carvalho, Junior Joao |
| Linkhorst, Martin | Mercuri, Tom |
| Linton , Robert Brian | Meridian Crypto Trust |
| Liu, Clark Haito | Meyer, Marvin |
| Liu, Juqiang | Mghari, Rachid |
| Llewellyn, Isaac | Michaels, Alexander |
| Loh, Yuen Heng | Mick, Christopher |
| Lohmann, Michael Andrew | Milbert, Chris |
| Low, Ban Chai | Mildbrandt, Mark |
| Lucraft, Peter | Mindell, David Paul |
| Ludwig, Gerald | Miroshnyk, Valentyn |
| Luk, Yoshihiro | Mirpuri , Dinesh |
| Luo, Jin | Misra, Upmanyu |
| Luo, Robert | Mohr, Lance Randall |
| Luo, Xiangdong | Molly Spendthrift Trust |
| Ly., Eric | Montford, Harold Kevin |
| Lynce, Gary Joseph | Moore, Daniel |
| M4-Tse Inc | Moran, Jeffrey |
| Macaluso , Sean A | Most, Robert |
| Mackler , Bradley | Moure, Brian Campbell |
| Mahehswari, Bhavna | Moutawakkil, Khalil |
| Maheshwari, Pawan Kumar | Mr. Lock Inc |
| Main, Geoffrey | Mukhtar, Saeed |
| Mak, Edwin | Muschinski , Eric |
| Mandap, Stephen | MWR Investments Ltd |
| Mann, Jeffrey Brent | Narang, Shantanu |
| Marciniec, Andrzej | Neiman, Jason |
| Marina Point Investments LLC | Neptune Digital Asset |
| Marinho, Fréderick | Nervo, Miriam |
| Marlow, Daniel C | Ngo, David |
| Marroquin , Eric | Nguyen, Nam |
| Martin, Jesse | Nguyen, Phuong |
| Martin, Patrick | Nicol, Ronald |
| Martinez, Lucas | Novatzky, Benjamin D |
| Mason, Jeremy | Nung, Warren |
| Mastrokoukos, George | Ochisor, Nicolae |
| Mathews, William | Odonoghue, Kieran Terence |
| Matsumoto, Reid | Ogletree, Brian |
| Matthews, Lee | Olumide, Adedayo |
| Maya, Rafael | Orsinger, Drew Francis |
| McCollor, John | Ortega Arteaga , Daniel |
| McCommons , Jeremiah Curtis | Ortiz, George Emmanuel J |
| McDaniel, Paul | Osborn, Janine |
| McDonald, Pat | Oso, Kay |
| McElveen, Michael | Ostrye, Nate |
| McFarland, Heidi | Otero Vila, Juan |

| | |
|---|---|
| Ou, Amon | Rodman, Kaori |
| Owen, Jason Bruce | Rojas, Roberto R |
| Owens, Shane | Roness, Philip Andrew |
| Pagnanelli, Christopher Joseph | Ronning, Donald |
| Paholak , Thomas Daniel | Rooney, Alan |
| Pajeda, Nerijus | Rooney, Derek |
| Pak, Juno Kol | Roos, Evert Christian |
| Palmero, Claude | Rueca, Jaydee Crissare Racho |
| Papadakis, Elizabeth | Rusanescu, Vlad |
| Pappas, Alex | Russell, Jr, Frank Charles |
| Pappas, Eugenia | Ruszkay, Andrew Conard |
| Paraboschi, Gabriele | Ryan, Robert |
| Parsons, Aron William | S V Kandiah, Sivam |
| Patel, Mitesh | Sabariaga, Jethro |
| Patel, Shital Kantilal | Sabba, Isaac |
| Pearlman, Leah | Saenz, Jesus Armando |
| Pearson, Andrew John | Saker, Douglas |
| Perez, Julio | Samaha, Georges Farah |
| Pham, Sophia | Samian, Mohammed |
| Phan, Long | Sandrana, Naidu Appalaswamy |
| Picinic, Nicholas | Sarwar, Shahzad |
| Pick, Thomas | Savich, Tatjana Tina |
| Pinto, Matthew | Sayer, Carey |
| Pitta, Celso | Scalar Investments Corp. |
| Plutus21 Blockchain Opportunities I, SP of Plutus21 | Schallmann, Justin |
| Global, SPC | Schardt, Natalie |
| Point LLC | Schauder, Marco |
| Pototschnik, Andrew Alexander | Schenk, Rolf |
| Prabhu, Chetan | Schile, Clay Jeremiah |
| Pratt, Folarin | Schmid, Alan |
| Premoli, Alessandro | Schramm, Ryan Kristian |
| Profax Super Pty Ltd | Seldes, Richard |
| Profluent Trading Inc. | Seneca, Michael James |
| Quick, Tyson Lynn | Sepp, Todd Edward |
| Quinn, Christopher Michael | Sevastopoulos, Haralambous |
| Qureshi, Ashar | Sevastopoulos, Konstantinos |
| Rainthorpe, Robert | Sheehan, Todd Michael |
| Rakim, Kenneth | Shekhter , Dina |
| Ramsey, Roy | Shepherd, Lloyd Thomas |
| Ranchod , Pravin | Shriver, Damien Jay |
| Randel Brown Crypto Ventures, LLC | Sigle, Manfred |
| Rasmussen, Adam | Simard, René-Marc |
| Rathna Yake, Samira Sandaruwan | Simonsen, Robert |
| Reid, Robert W | Simov, Svetoslav |
| Reiss, Andrew Wesley | Sirjoo, Jitindra Wayne |
| Reph, Ryan Don | Siwik, Robert |
| Rianova Limited | Skrocki , James A |
| Richardson, Eric | Slater, Brian Thomas |
| Rieu, Guillem | Sleeper Hill Investments LLC |
| Ritholz, Susan K | Sleeper, Richard Daniel |
| Ritter, Dale | Smith, Bob |
| Robert, Alexander | Smith, Daniel W |

| | |
|---|---|
| Smith, Ralph | Ughetta, Mark Richard |
| Snowman, Michael J | Ulrey, Renard |
| Solyom, Andrew | Untermeyer, Ricky |
| Sommer, Michael | Uppheim, Kristoffer |
| Soulier, Matthew Frost | Urata-Thompson, Harumi |
| Southgate Superannuation Pty Ltd | Ustymenko, Vadym |
| Spain, Betty J | Valdes , Stephen |
| Spain, Court W | Valenzuela, Daniel Anthony |
| Speterson Rd LLC | Van De Weerd, Eugene |
| Spriggs, Leeton | Vance, Shawn Dylan |
| Sprinkle, David | Vanhoose , Derek Paul |
| Srisaikham, Palita | Vault12, Inc |
| Stefanski, John | Vegancuts Inc. |
| Steger, Reinhold | Venema, Wim |
| Stein, Jason | Verheyen, Kenneth |
| Steinberg, Michael | Vetsch, Richard |
| Stephenson , Cecil | Vidmar, Ziga |
| Stevens, Ashleigh | Vivar, Emmanuel |
| Stevenson, Nicholas | Vozzo, Mark Joseph |
| Stjohn, Sean | Wade, Ryan Kenneth |
| Stock , Jr., Darrell Lee | Walbeer Singh, Balwinder Singh |
| Stolle, Diane | Walker, Raphael |
| Sublett, Sandra | Wang, Feiting |
| Suckno, Keith Michael | Wangler, Mason Christian |
| Summers, Adam Neal | Watkins, Matthew |
| Suskind, Joseph | Wątor, Wojciech |
| Sutedjo, Juwono | Weimert, Bradley Thomas |
| Sutfin, Miller | Weiss, Allen Robert |
| Sutton, Richard | Weiss, Christoph |
| Sweeney, David | Welby, Caitlin |
| Taiaroa, Keri David | Wells, Jason |
| Taibi, Charlie | Wendling, Vincent |
| Tall Tree Consulting LLC | West, Darren |
| Tanaka, Colleen Takeko | Westhof, Tonia |
| Tanner, Delbert Hodges | Wheeless, Daniel |
| The Anna Pistey Family Trust | White, Brendan Battaglia |
| The KNL Family Trust | Whittlinger, Ryan |
| Thomann , Michael John | Wielzen, Fons |
| Thomas, Michael Anthony | Wierzbowski, Radoslaw Lech |
| Thornton, William Arthur | Williams, Brendan |
| Trahan, Ryan Michael | Williams, Charles |
| Transparencyx LLC | Williams, Paul |
| Trucksess, Cory | Witkin, Daniel |
| Trundy, Cory Lane | Woltzenlogel Paleo, Bruno |
| Truschel, Sante Kundermawan Arien | Wong, Eric Flores |
| Trussell, Mark | Wong, Jason |
| Tsai, Jonathan P | Woo, Ken |
| Tsang, Kwan Ming | Woolsey, Jonathan |
| Tsang, Wai Nam | Wright, Timothy |
| Tsonis , Con | Xiao, Ling |
| Turpin, James Phillip | Yang, Yen-Huoy |
| Turtle, Ryan Michael | Yarwood, Darren G |

Yoon , Tera Sahyun
Young, Rudolph Paul
Young, Timothy Shannon
Younts, David
Yu, Jenny
Zaharieva, Katerina
Zahra, Carmelo
Zarchi, Meir
Zhang, Kevin
Zhang, Qinghua
Zhao, Tianqi
Zhou, William
Zijlstra, Fayce
Zimmermann, Oliver
Zygas, Viktoras

**Significant Equity Holder**
Barrett, Craig

**Taxing Authority/Governmental/Regulatory Agencies**
California Department of Financial Protection and Innovation

**U.S Trustee Office**
Abriano, Victor
Allen, Joseph
Arbeit, Susan
Black, Christine
Bruh, Mark
Cornell, Shara
Gannone, James
Harrington, William K.

Higgins, Benjamin J.
Joseph, Nadkarni
Leonhard, Alicia
Masumoto, Brian S.
Mendoza, Ercilia A.
Moroney, Mary V.
Morrissey, Richard C.
Ogunleye, Alaba
Penpraze, Lisa
Riffkin, Linda
Rodriguez, Ilusion
Schmitt, Kathleen
Schwartz, Andrea B.
Schwartzberg, Paul K.
Scott, Shannon
Sharp, Sylvester
Tiantian, Tara
Van Baalen, Guy A.
Velez-Rivera, Andy
Vescovacci, Madeleine
Wells, Annie
Zipes, Greg M.

**UCC Members**
Coco, Christopher
Robinson, Mark
Warren, Caroline

**Vendor**
Avraham, Daniel
Coleman, Bradley K
Debak, Antun
Pušonja, Mališa
Sawhney, Rajiv

## Schedule B

## Known Connection to Potential Parties in Interest in Unrelated Matters

**Current and Former Clients of A&M and/or its Affiliates** [1]
Deloitte & Touche LLP
Futuris Capital Inc.
Kroll Restructuring
Prime Clerk
Wilson Sonsini Goodrich & Rosati

**Significant Equity Holders of Current and Former A&M Clients** [2]
Perella Weinberg Partners

**Professionals & Advisors** [3]
Buckley LLP
Deloitte & Touche LLP
Finnegan, Henderson, Farabow, Garrett &
   Dunner, LLP
Jackson Lewis P.C.
Kroll Restructuring
McCarthy Tetrault LLP
Perella Weinberg Partners
Prime Clerk
Taylor Wessing LLP
Troutman Pepper Hamilton Sanders LLP
Uria Menendez Abogados, S.L.P.

White & Case LLP
Wilson Sonsini Goodrich & Rosati

**A&M Vendors** [4]
Deloitte & Touche LLP
Perella Weinberg Partners
Taylor Wessing LLP
Troutman Pepper Hamilton Sanders LLP
White & Case LLP

**Individual Parties w/Indeterminate A&M Connections** [5]
Baker, William Harold
Barry, Patrick
Byrd, William Michael
Clark, Nicholas
Cole, John
Connolly, Thomas Joseph
Dailey, Jonathan
Fisher, John
Fraser, Daniel
Harper, Lisa
Hart, Dan
Hamilton, John
Hoffmann, David
Jones, Matthew Ernest
Jones, Roger

---

[1] A&M and/ or an affiliate is currently providing or has previously provided certain consulting or interim management services to these parties or their affiliates (or, with respect to those parties that are investment funds or trusts, to their portfolio or asset managers or their affiliates) in wholly unrelated matters.

[2] These parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds or trusts managed by such managers) are significant equity holders of clients or former clients of A&M or its affiliates in wholly unrelated matters.

[3] These professionals have represented clients in matters where A&M was also an advisor (or provided interim management services) to the same client. In certain cases, these professionals may have engaged A&M on behalf of such client.

---

[4] These parties or their affiliates provide or have provided products, goods and/or services (including but not limited to legal representation) to A&M and/or its affiliates

[5] A&M used reasonable efforts to determine whether the large number of individual Potential Parties in Interest in these chapter 11 cases are related to individual parties who appeared in A&M's Client Database; however, A&M may have been unable to identify with specificity certain connections based on the generality of such individuals' names and/or the information available to A&M at this time. To the extent A&M's connections to such individual
parties were unable to be confirmed, A&M has separately identified these parties on this Schedule as "Indeterminate".

1

Kim, Peter
Kogan, Dmitriy
Ly, Eric
Martin, Patrick
McDonald, Pat
Moore, Daniel
Palmero, Claude
Quinn, Christopher Michael
Reid, Robert W.
Ryan, Robert
Smith, Bob
Sutton, Richard
Valenzuela, Daniel Anthony
Verheyen, Kenneth
Weiss, Allen Robert
Williams, Charles
Williams, Charles W.
Williams, Paul
Wong, Jason
Xiao, Ling