UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.* | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

# ORDER GRANTING EXAMINER'S MOTION TO SHORTEN NOTICE OF MOTION AUTHORIZING EXAMINER TO CONDUCT 2004 EXAMINATIONS

Upon the Examiner's Motion to Shorten Notice on Motion for an Order Authorizing the Examiner to Conduct 2004 Examinations (the "**Motion**"[1]); the Court finding that the notice of the Motion is good and sufficient under the circumstances; the Court having reviewed the Motion and finding good cause to grant the Motion, it is ORDERED:

1. The Motion is granted to the extent provided herein.

2. The Examiner may present the Rule 2004 Motion for hearing, on shortened notice at the October 20, 2022 hearing.[i]

3. This Court shall retain jurisdiction to resolve any disputes arising or related to this Order including any discovery disputes that may arise between or among the parties and to interpret, implement, and enforce the provisions of this Order.

**IT IS SO ORDERED.**

Dated:  October 17, 2022
           New York, New York

                              /s/ Martin Glenn
                              MARTIN GLENN
                              Chief United States Bankruptcy Judge

---

[1]  Capitalized terms that are not otherwise defined herein are intended to have the same meaning attributed to them in the Motion.

---

[i] The Court shall provide a Zoom link to those persons who have made an eCourtAppearance by 4 PM the business day before the hearing.  Any party appearing at, listening to, or observing the Hearing, must make an electronic appearance, an eCourtAppearance, by using the eCourtAppearance portal located on the Court's website, https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl, or by clicking the "eCourtAppearances" tab on Judge Glenn's page of the Court's website at, https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn. Appearances must be entered on or before 4:00 p.m. prevailing Eastern Time on October 19, 2022. After the deadline to make appearances passes, the Court will send Outlook invitations to those persons who made eCourtAppearances, using the email addresses submitted with those appearances.

4879-2484-2298.v1