M. Todd Parker, Esq.
todd.parker@parkerpohl.com
David Pohl, Esq.
david.pohl@parkerpohl.com
Wendy Tannenbaum, Esq.
wendy.tannenbaum@parkerpohl.com
PARKER POHL LLP
99 Park Ave. Suite 1510
New York, NY 10016
Tel: (212) 202-8886

*Counsel for Bradley Condit*

**Hearing Date: November 1, 2022 at 11:00 a.m.**
**Objection Deadline: October 25, 2022**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG) |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF
BRADLEY CONDIT FOR ENTRY OF AN ORDER PURSUANT TO
11 U.S.C. § 362(d)(1) FOR RELIEF FROM THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that on September 1, 2022, undersigned counsel for Bradley Condit filed the *Motion of Bradley Condit for Entry of an Order Pursuant to 11 U.S.C. § 362(d)(1) for Relief from the Automatic Stay* [Docket No. 684] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion was initially scheduled to take place on October 6, 2022, at 10:00 a.m., prevailing Eastern Time (the "Hearing"), and that the hearing was previously adjourned to October 20, 2022, at 10:00 a.m., prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that the Hearing has been adjourned to November 1, 2022, at 11:00 a.m., prevailing Eastern Time before the Honorable Martin Glenn, Chief United States Bankruptcy Judge. In accordance with General Order M-543 dated March 20, 2020, the

Hearing will be conducted remotely using Zoom for Government. Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance (an "eCourtAppearance") through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Electronic appearances (eCourtAppearances) need to be made by 4:00 p.m., prevailing Eastern Time, the business day before the hearing (i.e., on October 31, 2022).

**PLEASE TAKE FURTHER NOTICE** that the objection deadline for the Motion has been reset to October 25, 2022, at 4:00 p.m., prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that due to the large number of expected participants in the Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Hearing at 11:00 a.m., prevailing Eastern Time on November 1, 2022, must connect to the Hearing beginning at 10:00 a.m., prevailing Eastern Time on November 1, 2022. When parties sign in to Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Hearing. Parties that type in only their first name, a nickname, or initials will not be admitted into the Hearing. When seeking to connect for either audio or video participation in the Zoom for Government Hearing, you will first enter a "Waiting Room," in the order in which you seek to connect. Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance. Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Hearing.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at

htttps://cases.stretto.com/Celsius. You may also obtain copies of the Motions and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: October 17, 2022

Respectfully submitted,

**PARKER POHL LLP**

/s/ M. Todd Parker
M. Todd Parker, Esq.
David Pohl, Esq.
Wendy Tannenbaum, Esq.
99 Park Ave., Suite 1510
New York, New York 10016
Telephone: (212) 202-8886
todd.parker@parkerpohl.com
david.pohl@parkerpohl.com
wendy.tannenbaum@parkerpohl.com

*Counsel for Bradley Condit*