Immanuel Herrmann
*Pro se Celsius creditor*
Admin of the worldwide Celsius
Earn Customer Telegram group
**https://t.me/celsiusearn**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                          )
In re:                                    )    Chapter 11
                                          )
CELSIUS NETWORK LLC, *et al.,*[1]         )    Case No. 22-10964 (MG)
                                          )
          Debtors.                        )    (Jointly Administered)
_____   )


**<u>SUPPLEMENTAL DECLARATION AND SUPPLEMENTAL EXHIBITS C AND D–</u>**

**<u>ADDENDA TO MY AMENDED SUPPLEMENTAL RESPONSE, DECLARATION,</u>**

**<u>EXHIBIT, AND REQUEST FOR RELIEF, D.R. 1058</u>**


I, Immanuel Herrmann, *pro se* Celsius creditor, hereby submit the following

supplemental declaration and supplemental Exhibits ("Exhibit C" and "Exhibit D") to my

*Amended Supplemental Response, Declaration, Exhibit, and Request for Relief* (D.R.

1058.) I respectfully state as follows:

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

**SUPPLEMENTAL DECLARATION OF IMMANUEL HERRMANN**

I, Immanuel Herrmann, hereby declare as follows under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

The author of the tweet, @erikanswerman, has informed me that "I misspoke which is why I removed the post. Madoffshitsky was not at Consensus. However, there were signs for months that Celsius was in trouble. And people were sending me screenshots of how warned down and ragged he looked leading up to the freeze during his AMAs." [Exhibit D]

Additionally, @FrancieJones has informed me that: "yeah there's definitely some substance to the story but you'd have to ask people who were there/they tell us. Tal @Theloansqueen was at Consensus2022. She managed to get all her coins off the app except CEL. See @sileclercq's data with Celsius employees." [Exhibit D]

While I do not plan to amend the *Amended Declaration of Immanuel Herrmann,* D.R. 1058 Exhibit A, dated 10/13/22–because it remains accurate–I believe that adding this additional declaration provides additional color to the court and other parties in interest who may be looking into these matters.

I have attached 2 Exhibits to this filing. Exhibit C, which was inadvertently left off of D.R. 1058–but is referenced in D.R. 1058–and Exhibit D, which is a true and correct copy of my follow-up Twitter correspondence on this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on October 17, 2022, at Silver Spring, Maryland.

/s/ Immanuel Herrmann

Immanuel Herrmann

Exhibit C

## Markets

# Former CEO of Bankrupt Crypto Lender Celsius Cashes Out $960K in CEL, USDC, Data Shows

Data show that Alex Mashinsky, who resigned as Celsius' CEO on Sept. 27, continues to move crypto out of wallets while withdrawals are suspended for customers.

By Sam Reynolds

Oct 11, 2022 at 6:59 a.m. EDT
Updated Oct 11, 2022 at 11:49 a.m. EDT



*Former Celsius CEO Alex Mashinsky at Consensus 2019 (CoinDesk)*

Almost $1 million in CEL and USDC has been sent to UniSwap and MetaMask since the beginning of October from wallets belonging to former Celsius Network CEO Alex Mashinsky, according to data compiled by Nansen.



*Some of the transactions from Alex Mashinsky's crypto wallets (Nansen)*

On-chain data from analytics platform Nansen identifies wallets belonging to Mashinsky showing a steady stream of Celsius' CEL token and Circle's USDC stablecoin leaving his six wallets over the last month.

Coffezilla, a blockchain sleuth that exposes crypto scams on YouTube, claims to have spotted another wallet controlled by Mashinsky that has moved approximately $225,376 in CEL and USDC during the last month. Ownership of this wallet has not been confirmed by Nansen, however on-chain data shows that it has been funded by a confirmed Mashinsky wallet.





This is in addition to the $28,242 moved by Mashinsky in August over the course of a few days, as CoinDesk has previously reported, and the nearly $27 million that was withdrawn by executives in two tranches before the firm declared bankruptcy.

Mashinsky did not respond to a request for comment by CoinDesk by press time.

According to on-chain data, Mashinsky's collection of wallets still contains $197,301 worth of crypto, primarily comprised of CEL and USDC.



**Sign up for Crypto for Advisors, our weekly newsletter defining crypto, digital assets and the future of finance.**

Email address

Sign Up

*By signing up, you will receive emails about CoinDesk product updates, events and marketing and you agree to our terms of services and privacy policy.*

## DISCLOSURE

*Please note that our privacy policy, terms of use, cookies, and do not sell my personal information has been updated.*

*The leader in news and information on cryptocurrency, digital assets and the future of money, CoinDesk is a media outlet that strives for the highest journalistic standards and abides by a strict set of editorial policies. CoinDesk is an independent operating subsidiary of Digital Currency Group, which invests in cryptocurrencies and blockchain startups. As part of their compensation, certain CoinDesk employees, including editorial employees, may receive exposure to DCG equity in the form of stock appreciation rights, which vest over a multi-year period. CoinDesk journalists are not allowed to purchase stock outright in DCG.*

**Sam Reynolds**
Follow @thesamreynolds on Twitter

### CoinDesk

Bitcoin  $19,118.16 -0.39%    Ethereum  $1,281.78 -1.30%    XRP  $0.483956 -0.62%    Binance Coin  $269.71 -0.03%    Binance USD  $1.00

Crypto Prices →    CoinDesk Market Index →

**1  Business**
$114M Mango Markets Exploiter Outs Himself, Returns Most of the Money
Oct 15, 2022


**2  CoinDesk Podcast Network**
Headlines: Top Stories of the Week 10-15-22
Oct 15, 2022


**3  The Breakdown, With NLW**
Why Chip Manufacturing Is at the Center of Great Power Tension
Oct 15, 2022


**4  Markets Daily Crypto Roundup**
Weekend Story: Bitcoin Mining Is Cool Again; We Can Thank Africa, Prudence and Growing Hashrate for That


10/15/22, 10:55 PM

22-10965-mg    Doc    Exposed: Celsius founder is still dumping hundreds of thousands of dollars in CEL across wallets
Filed 10/17/22    Entered 10/17/22 17:19:39    Main Document
Pg 8 of 14

Exhibit C (Continued)

**⚡ CRYPTOCURRENCY NEWS**

# Exposed: Celsius founder is still dumping hundreds of thousands of dollars in CEL across wallets



      Ana Nicenko    5 days ago
3 mins read



After the news broke that senior executives of <u>cryptocurrency</u> lending firm Celsius had cashed out between $17 and $23 million worth of crypto from custody accounts right before suspending client withdrawals and filing for bankruptcy, its ex-CEO seems to be dumping his CEL tokens.

Indeed, Mashinsky, who stepped down from the position of Celsius' CEO on September 27, has been keeping himself busy by dumping his Celsius (<u>CEL</u>) tokens across multiple <u>crypto wallets</u>, YouTube investigator *Coffeezilla* <u>tweeted</u> on October 11.

## CEL dumping continues



According to the popular YouTuber, who referred to Mashinsky as a "cartoonish villain," there is another wallet belonging to Mashinsky that has moved about $225,376 in CEL and USDC over the past month. As he stated:

> "After getting called out for stealing money from his company on the brink of bankruptcy, he starts dumping hundreds of thousands of dollars of CEL tokens across multiple wallets."

**Related**

[Financial Stability Board proposes crypto regulations that protect innovations](#)

[R. Kiyosaki says Bitcoin can protect wealth 'as economy crashes', recommends side hustles](#)

[Konami seeks blockchain specialists for Web3 and metaverse expansion](#)

On top of that, *Coffeezilla* noted that Mashinsky was still dumping the tokens across wallets at the time when he was writing his tweet – "last trade 3 min ago."



Alex Mashinsky's CEL token dumping. Source: [Coffeezilla](#)

Stephen Findeisen, a.k.a. *Coffeezilla* is known for his investigations of online scams, including [false marketing of crypto brokerage firm Voyager Digital](#), TRON DAO Reserve's USDD [stablecoin](#) he suggested could be [a Ponzi scheme](#), claims of [insider trading](#) at [Coinbase](#), as well as SafeMoon ex-marketing chief's [pump and dump scheme](#).

## Celsius in trouble with the law

Meanwhile, Mashinsky and former chief security officer at Celsius Daniel Leon allegedly [removed at least $17 million](#) in Bitcoin ([BTC](#)), Ethereum ([ETH](#)), USD Coin, and Celsius tokens from custody

At the same time, court documents have uncovered that Kristine Mashinsky, the wife of the former Celsius CEO, herself might have participated in the withdrawals, cashing out more than $2 million in the CEL token on May 31, as Finbold reported.

Earlier in September, the Vermont Department of Financial Regulation submitted a public court filing in which it accused Celsius of hiding its financial woes from its investors and "engaged in the improper manipulation of the price" of its tokens to improve its balance sheet.

**Invest in crypto and stocks**

Interactive Brokers →

| What we like | Min deposit | ★★★★★ |
|---|---|---|
| Highly credible broker | $0.00 | Rating 4.81/5 |
| Invest worldwide at low cost | | |
| Buy stocks, ETFs, crypto, mutual funds & more | **Fees** | **Visit Now** |
| Most-advanced trading tools | Maximum $0.005 per share for Pro platform or 1% of trade value, $0 for IBKR Lite | Investing involves risk of loss. |
| Fully regulated | | |



**23 Freaking Awesome Gadgets**

23 Freaking Awesome Gadgets You Didn't Know You Needed (Until Today)

Smart Trending Gifts

## Latest News


**CRYPTOCURRENCY NEWS**
Over 50% of major UK banks allow customers to interact with crypto exchanges
8 hours ago · 2 mins read


**CRYPTOCURRENCY NEWS**
Financial Stability Board proposes crypto regulations that protect innovations
14 hours ago · 2 mins read


**CRYPTOCURRENCY NEWS**
R. Kiyosaki says Bitcoin can protect wealth 'as economy crashes', recommends side hustles
16 hours ago · 2 mins read


**CRYPTOCURRENCY NEWS**
Konami seeks blockchain specialists for Web3 and metaverse expansion
1 day ago · 2 mins read


Trade between assets with ease



| New Tech: The End of Big Oil? | Julia's Daughter Is Gorgeous | 23 Freaking Awesome Gadgets | Meg Ryan Is Unrecognizable |
|---|---|---|---|
| Ad  Wall Street Watchdogs | Ad  Reference | Ad  Smart Trending Gifts | Ad  MDRNToday |
| Top Stocks for 2022 | Learn More About Gold | Jordan's Divorce Makes History | [Photos] W... Truly Wild |
| Ad  Ace of Investing | Ad  Rosland Capital | Ad  familythis.com | Ad  www.journey... |



**CRYPTOCURRENCY NEWS**

**Indian city deploys Polygon blockchain to manage public complaints**

1 day ago · 2 mins read



**CRYPTOCURRENCY NEWS**

**Ethereum adds almost 90,000 new unique addresses daily since Merge went live**

1 day ago · 2 mins read



**STOCKS NEWS**

**Volume of options traded on the S&P 500 hits a record high; Indications of a market bottom?**

2 days ago · 2 mins read

Join us on  Twitter or  Telegram

Or follow us on Flipboard 

## Like the article? Vote up or share on your social media

   

### Weekly Finance Digest

Email *

**Subscribe!**

By subscribing you agree with Finbold T&C's



**Author**
**Ana Nicenko**



Trade between assets with ease



AD

https://finbold.com/exposed-celsius-founder-is-still-dumping-hundreds-of-thousands-of-dollars-in-cel-across-wallets/    4/5

Ana Nicenko has a plethora of knowledge and experience as a journalist covering the cryptocurrency and blockchain industries, having written for a variety of projects and organizations. Additionally, Ana has a master's degree in English Language and Literature. At Finbold, she reports news on the digital assets sector.

# Finbold

Copyright © 2019-2022
Finbold.com

Follow us
on social media

## Weekly Finance Digest

Email *

Subscribe!

By subscribing you agree with Finbold T&C's

### News
- Finance news
- Cryptocurrency news
- Startups news
- Technology news
- Cybersecurity news
- Stocks news
- Regulations news

### Learn
- Finance Guides
- Service Reviews
- Finance Podcasts
- Banking Guides
- Investing Guides

### Pages
- About Us
- Submit News Tip
- Contact
- Terms & Conditions
- Privacy Policy
- Disclaimer
- Editorial policies

**DISCLAIMER**
WARNING: The content on this site should not be considered investment advice. Investing is speculative. When investing your capital is at risk. This site is not intended for use in jurisdictions in which the trading or investments described are prohibited and should only be used by such persons and in such ways as are legally permitted. Your investment may not qualify for investor protection in your country or state of residence, so please conduct your own due diligence. This website is free for you to use but we may receive commission from the companies we feature on this site.



Trade between
assets with ease

AD



# Exhibit D

Search Twitter

**Erik** @erikanswerman

I misspoke which is why I removed the post. Madoffshitsky was not at Consensus. However, there were signs for months that Celsius was in trouble. And people were sending me screenshots of how warned down and ragged he looked leading up to the freeze during his AMAs.

> **Celsius Loans** @CelsiusLoans · Oct 7
> Please reach out if the Criminal Celsius Cartel and Mashinsky told you or someone you know that Celsius was in trouble at Consensus 2022 on June 9 and *checks notes* halted withdrawals a couple days later...
>
> ser @erikanswerman pls address... twitter.com/Mashinsky/stat...

4:46 PM · Oct 12, 2022 · Twitter for iPhone

**5** Likes

Tweet your reply

Reply

Some accounts you follow often like this Tweeter

**Celsius Loans** @CelsiusLoans · Oct 12
Replying to @erikanswerman
T y for response ser and for clarifying. Makes sense.

@kadhim thinks Madoffscamshitsky was not at Consensus as well.

1 1

**Erik** @erikanswerman · Oct 12
Replying to @CelsiusLoans and @kadhim
No problem. Thanks for checking me 😉 I don't want to spread false info ever. I was emotional when I posted that and my source was as well. And they were wrong. Although he's at every conference. That fact that Alex wasn't at consensus is telling as well.

1 3

**Peace** @FrancieJones · Oct 14
Replying to @erikanswerman @CelsiusLoans and @kadhim

Messages

10/15/22, 10:52 PM Erik on Twitter: "I misspoke which is why I removed the post. Mashinsky was not at Consensus. However, there were signs for months…

22-10965-mg    Doc    Filed 10/17/22    Entered 10/17/22 17:19:39    Main Document
Pg 14 of 14

That's right, Mashinsky lost his voice, he was meant to be there. I still agree with @mannymane's ideas

cases.stretto.com/public/x191/11…

**SUPPLEMENTAL REQUEST FOR RELIEF**

In addition to the relief request in my initial objection, I request that before Custody or Withhold accounts, or any other creditors, are able to withdraw any funds preferentially, regardless of the account size, that such customers certify under penalty of perjury that they had no inside, non-public information from Celsius Network, or its affiliates, and had no secondhand inside, non-public information from those who passed on such inside information before "the Pause."

I believe the court is best equipped to provide the precise language here, and/or the US Trustee, to ensure any laws and rules around insider and preferential payments are followed by any customers that may eventually be allowed to withdraw preferential amounts *vis a vis* other customers, should they prevail in their claims.

Such a sworn declaration could easily be implemented through the app, or any future app or website, and electronically signed or make a claim at no significant cost or effort to the Debtor.

This disclaimer may perhaps also appropriately apply to "pure custody" withdrawals and/or withdrawals under the $7575 preference payment threshold.

I also request that the court consider (but not decide today) if a similar disclaimer should be required if there is a future with regards to any special relief or final settlement with regards to customer clawbacks. People who did not have inside information should have no problem signing such a statement to get their coins back, or to get a release from preference actions.

I am willing to work on getting more sworn declarations, or to look for recordings, if helpful or needed. There are recordings floating around on (some) of these things, but some

1    ♡ 1

**mannymane** @mannymane · Oct 14
Replying to @FrancieJones @erikanswerman and 2 others
Thanks. I will file this with the court so they know while still saying my overall points stand.

1    ♡ 3

**Peace** @FrancieJones · Oct 14
Replying to @mannymane @erikanswerman and 2 others
yeah there's definitely some substance to the story but you'd have to ask people who were there/they tell us. Tal @Theloansqueen was at Consensus2022. She managed to get all her coins off the app except CEL. See @sileclercq 's data with Celsius employees.