Joshua A. Sussberg, P.C.  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
601 Lexington Avenue  
New York, New York 10022  
Telephone:       (212) 446-4800  
Facsimile:        (212) 446-4900  

Judson Brown, P.C. (admitted *pro hac vice*)  
T.J. McCarrick (admitted *pro hac vice*)  
Leah Hamlin (admitted *pro hac vice*)  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
1301 Pennsylvania Avenue NW  
Washington, D.C. 20004  
Telephone:       (202) 389-5000  
Facsimile:        (202) 389-5200  

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)  
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)  
Christopher S. Koenig  
Dan Latona (admitted *pro hac vice*)  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
300 North LaSalle Street  
Chicago, Illinois 60654  
Telephone:       (312) 862-2000  
Facsimile:        (312) 862-2200  

*Counsel to the Debtors and*  
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**PROPOSED JOINT STIPULATION**  
**AND AGREED SCHEDULING ORDER BY AND AMONG THE**  
**DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED**  
**CREDITORS, AND CORE SCIENTIFIC, INC. WITH RESPECT TO SCHEDULE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

1

This stipulation and agreed scheduling order (this "Stipulation and Order") is entered into by and among the Debtors, the Official Committee of Unsecured Creditors (the "Committee") and Core Scientific, Inc. ("Core Scientific").

### Recitals

**WHEREAS**, on September 28, 2022, the Debtors filed the *Debtors' Motion to Enforce the Automatic Stay and for Civil Contempt* [Docket No. 917] ("Debtors' Motion").

**WHEREAS**, on October 9, 2022, Core Scientific filed a letter on the docket [Docket No. 997] seeking an extension of a hearing on the Debtors' Motion and indicating Core Scientific may file its own motion for affirmative relief (the "Core Scientific Motion").

**WHEREAS**, on October 10, 2022, the Debtors filed a responsive letter on the docket [Docket No. 1003].

**WHEREAS**, the Debtors, Core Scientific and the Committee (the "Parties") have met and conferred regarding scheduling for the Debtors' Motion and the Core Scientific Motion.

**WHEREAS**, the Parties now jointly submit this Stipulation and Order and respectfully request that the Court approve the schedule set forth below.

**IT IS THEREFORE STIPULATED AND AGREED, AND UPON COURT APPROVAL HEREOF, IT IS HEREBY ORDERED THAT:**

1. The deadline for the Committee and Core Scientific to file a response or joinder to the Debtors' Motion is October 19, 2022.

2. The deadline for Core Scientific to file the Core Scientific Motion seeking affirmative relief is October 19, 2022.

3. The deadline for all depositions is November 1, 2022, unless declarations from any new witnesses are added after November 1, in which case such witnesses shall be made available for deposition on or before November 8.

4. The deadline for the Debtors and the Committee to file a reply in support of the Debtors' Motion is November 4, 2022.

5. The deadline for the Debtors and the Committee to file a response to the Core Scientific Motion is November 4, 2022.

6. The deadline for Core Scientific to file a reply in support of the Core Scientific Motion is November 7, 2022.

7. A hearing on both motions will be held at the Court's earliest convenience on or after November 9, 2022. The Parties will seek to be efficient in their presentation of evidence, but at this time they estimate that an evidentiary hearing will take approximately one day.

8. At the hearing, direct testimony will be submitted by declaration, and the declarant will be available for live cross examination. The parties may submit direct testimony declarations from any witness who has been identified and deposed on or before November 8, and the deadline for such declarations will be November 8, 2022. Alternatively, the parties may rely on any declaration submitted in conjunction with their pleadings as the direct testimony for the declarant.

**SO STIPULATED:**

Dated: October 17, 2022

/s/ *Ray C. Schrock*
**WEIL, GOTSHAL & MANGES LLP**
Ray C. Schrock, P.C.
David J. Lender
Ronit J. Berkovich
Theodore E. Tsekerides
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: ray.schrock@weil.com
         david.lender@weil.com
         ronit.berkovich@weil.com
         theodore.tsekerides@weil.com

*Counsel to Core Scientific, Inc.*

/s/ *David M. Turetsky*
**WHITE & CASE LLP**
David M. Turetsky
Keith H. Wofford
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: david.turetsky@whitecase.com
         kwofford@whitecase.com
         sam.hershey@whitecase.com

-and-

Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: mandolina@whitecase.com
         gregory.pesce@whitecase.com

-and-

/s/ *Joshua A. Sussberg*
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: jsussberg@kirkland.com

-and-

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: patrick.nash@kirkland.com
         ross.kwasteniet@kirkland.com
         chris.koenig@kirkland.com
         dan.latona@kirkland.com

-and-

Judson Brown, P.C. (admitted *pro hac vice*)
T.J. McCarrick (admitted *pro hac vice*)
Leah Hamlin (admitted *pro hac vice*)
1301 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
Email: judson.brown@kirkland.com
         tj.mccarrick@kirkland.com
         leah.hamlin@kirkland.com

*Counsel to the Debtors and Debtors in Possession*

Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329
Email:  aaron.colodny@whitecase.com

*Counsel to the Official Committee of
Unsecured Creditors*

**IT IS SO ORDERED.**

Dated: _____, 2022
New York, New York

                                        _____
                                        THE HONORABLE MARTIN GLENN
                                        CHIEF UNITED STATES BANKRUPTCY JUDGE