UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>     Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |
| CELSIUS NETWORK LIMITED and<br>CELSIUS KEYFI LLC,<br><br>     Plaintiffs,<br>  v.<br><br>JASON STONE and KEYFI, INC.,<br><br>     Defendants. | Adversary Proceeding<br> No. 22-01139 (MG) |
| CELSIUS NETWORK LIMITED and<br>CELSIUS NETWORK LLC,<br><br>     Plaintiffs,<br>  v.<br><br>PRIME TRUST, LLC,<br><br>     Defendant. | Adversary Proceeding<br> No. 22-01140 (MG) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Elizabeth D. Scott, to be admitted *pro hac vice* to represent Plaintiffs Celsius Network Limited and Celsius KeyFi LLC and Plaintiffs Celsius Network Limited and Celsius Network LLC in the above-referenced adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas, the bar

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey (07030).

of the United States District Court for the Eastern District of Texas, the United States District Court for the Northern District of Texas, the United States District Court for the Southern District of Texas, the United States District Court for the Western District of Texas, the United States Court of Appeals for the Second Circuit and the United States Court of Appeals for the Fifth Circuit, it is hereby

**ORDERED,** that Elizabeth D. Scott, Esq. is admitted to practice *pro hac vice* in the above-referenced adversary proceedings to represent Plaintiffs Celsius Network Limited and Celsius KeyFi LLC and Plaintiffs Celsius Network Limited and Celsius Network LLC in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: October 18, 2022     _____/s/Martin Glenn_____
    New York, New York     THE HONORABLE MARTIN GLENN
                                CHIEF UNITED STATES BANKRUPTCY JUDGE