**US Bankruptcy Court**
**Southern District of New York**

_____

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, | ) | Case No. 22-10964 |
| Debtor | ) | |
| _____ | ) | |

**JOINDER TO MOTION SEEKING FOR RULING OF FULL TITLE OF OWNERSHIP OF FUNDS WITH RESPECT TO USERS WHO HAVE BEEN BLOCKED ACCESS BY DEBTOR PRIOR TO BANKRUPTCY AND TO REQUEST DISCLOSURE FROM DEBTOR ON THE NUMBER AND AMOUNT OF SUSPENDED/CLOSED ACCOUNTS WHICH FUNDS STILL KEPT BY DEBTOR**

Luca Zara

[*Celsius.80210@gmail.com;lzara.mailbox@gmail.com;mrbot620@gmail.com;lucazara04@gmail.com*], suspended accounts user in 12 April 2022, hereby joins in the motion filed by Kwok Mei Po, motion seeks to rule full title of ownership of funds for his motion is to seek for jury's ruling of full title of ownership of funds to respective account holders who experienced a blocked access to the accounts (called "suspended"/ "closed" accounts) and been promised by the compliance team of return of funds within 30 days. As well as to request Debtor to disclose such number of accounts and the amounts involved, which funds are still being kept by Debtor. (Dkt. 877).

Specifically, my account was suspended in 2022 April 12 and I have started emailing them on 2022 April 21:

Exhibit A:



For account celsius.80210@gmail.com I open ticket 93779

For account lzara.mailbox@gmail.com I open ticket 938139

For account mrbot620@gmail.com I open ticket 938408

For account lucazara04@gmail.com I open ticket 937111 and 984297

For account mrzeta100@gmail.com I open ticket 936513

I don't receive any further reply but only the promise return of funds exactly the same as what Kwok Mei Po has received: *"Referral awards and any interest credited to this account will be cancelled and any deposits not already withdrawn will be returned within the next 30 days".*

Exhibit B:



I provided the withdrawal address on the same date I wrote to reply at Celsius (April 21).

However, I have not received my funds within 30 days as promised and I have not received an email since then. I kept emailing them and received no reply for my email.

I would like to join case to Kwok Mei Po that 30 days have been a standardized mechanism from the Compliance Team regarding return of funds for suspended accounts and my funds have been stuck there for months which I was denied access to and login to my account has been blocked since 2022 April 12

Respectfully submitted,
Luca Zara
Non-US Creditor with accounts access blocked in April 2022