**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:    Case No.: 22-10964 (MG)

CELSIUS NETWORK LLC, et al.,    Chapter 11

                              Debtor s    Jointly Administered

------------------------------------------------------------x

                              Plaintiff    Adversary Proceeding No.: _____

                  v.

                              Defendant

------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

        Upon the motion of Erica L. Kravchenko, to be admitted, ***pro hac vice***, to represent Keith Ryals, (the "Client") a creditor in the above referenced case adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio and, if applicable, the bar of the U.S. District Court for the Southern District of Ohio, it is hereby

        **ORDERED**, that Erica L. Kravchenko, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: October 19, 2022
       New York, New York                                      **/s/ Martin Glenn**
                                                       CHIEF UNITED STATES BANKRUPTCY JUDGE