UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
In re                                          :    Chapter 11
                                               :
CELSIUS NETWORK LLC, et al.,                   :    Case No. 22-10964 (MG)
                                               :
                    Debtors.¹                  :    (Jointly Administered)
------------------------------------------------------------x
```

ORDER AUTHORIZING REDACTION OF
CERTAIN INFORMATION AND FILING OF CERTAIN DOCUMENTS
UNDER SEAL PURSUANT TO SECTION 107(b) OF THE BANKRUPTCY CODE,
RULE 9018 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE,
AND LOCAL BANKRUPTCY RULE 9018-1 IN CONNECTION WITH CORE
SCIENTIFIC, INC.'S FORTHCOMING OBJECTION TO DEBTORS' MOTION TO
ENFORCE THE AUTOMATIC STAY AND FOR CIVIL CONTEMPT AND CORE
SCIENTIFIC INC.'S MOTION SEEKING AFFIRMATIVE RELIEF

Upon the motion, dated October 19, 2022 (the "**Motion**"),² of Core Scientific Inc. ("**Core**"), pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, for entry of an order authorizing Core to redact and file under seal the Confidential Exhibits, all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

² Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

due and proper notice of the Motion having been provided, and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and upon any hearing held on the Motion; and all objections, if any, to the relief requested in the Motion having been withdrawn, resolved, or overruled by this Court; and this Court having determined that the legal and factual bases set forth in the Motion justify the relief granted herein; and it appearing that the relief requested in the Motion is necessary to avoid harm to Core, and is in the best interests of Core, their customers, their creditors, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted to the extent set forth herein, subject to later determination by the Court that that information should be unsealed.

2. Pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, Core is authorized to redact and file the Confidential Exhibits under seal to protect the Confidential Information.

3. Core shall submit unredacted copies of the Confidential Exhibits to the Clerk of this Court under seal in an envelope, clearly indicating that the same has been filed under seal.

4. Except as otherwise provided in paragraph 2 of this Order or by a further order of this Court, the Confidential Exhibits shall remain under seal and confidential and shall not be made available without the prior written consent of Core to any party other than (i) the Court, and (ii) the U.S. Trustee.

5. Unredacted copies of the Confidential Exhibits shall not be filed on the public docket and shall remain permanently under seal, except as otherwise provided by a further order of this Court. Upon closure, the Clerk's Office is directed to release any hard copies of, or electronic storage devices of, the Confidential Exhibits for disposal.

6. Nothing in this Order shall restrict in any way the right of any party in interest or the U.S. Trustee to seek relief from this Court to unseal any part of the Confidential Exhibits.

7. Core is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**IT IS SO ORDERED.**

Dated: October 19, 2022
New York, New York

                                          **/s/ Martin Glenn**
                                          MARTIN GLENN
                                Chief United States Bankruptcy Judge