**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CELSIUS NETWORK LLC, et al., | ) 22-10964 (MG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                                        )    SS.:
COUNTY OF NEW YORK  )

Charmaine M. Thomas, being duly sworn, deposes and says,

1.        I am employed by Milbank LLP, counsel to the Series B Preferred Shareholders in the above-captioned proceedings, having offices located at 55 Hudson Yards, New York, New York.  I am a resident of the United States, over the age of eighteen years, and am not a party to these proceedings.

2.        On the 19th of October 2022, I caused true and correct copies of the following docs.:

(1) Requesting Holders' Motion for Entry of an Order Authorizing the Filing of Certain Information Under Seal in Connection with the Reply in Further Support of The Requesting Holders' Motion for entry of an Order Directing the Appointment of an Official Preferred Equity Committee [ECF 1118]

(2) Requesting Holders' Motion to Shorten Notice on Their Motion for Entry of an Order Authorizing the Filing of Certain Information Under Seal in Connection with the Reply in Further Support of The Requesting Holders' Motion for Entry of an Order Directing the Appointment of an Official Preferred Equity Committee [ECF 1119]

(3) Reply in Further Support of The Requesting Holders' Motion for Entry of an Order Directing Appointment of an Official Preferred Equity Committee [ECF 1120]

(4) Declaration of Andrew M. Leblanc in Support of The Requesting Holders' Motion for Entry of an Order Directing the Appointment of an Official Preferred Equity Committee [ECF 1122]

(5) Notice of Filing of Proposed Order Authorizing the Filing of Certain Information Under Seal in Connection with the Reply in Further Support of The Requesting Holders' Motion for Entry of an Order Directing the Appointment of An Official Preferred Equity Committee [ECF 1123], and

(6) Notice of Filing of Proposed Order Shortening Notice on The Requesting Holders' Motion for Entry of an Order Authorizing the Filing of Certain Information Under Seal in Connection with the Reply in Further Support of The Requesting Holders' Motion for Entry of an Order Directing the Appointment of an Official Preferred Equity Committee [ECF 1124]

to be served by email upon the parties identified on the Core/2002 Service List attached hereto as

Exhibit A, and to be served by first class mail upon the parties identified on the Core/2002 Service

List attached hereto as Exhibit B.

Dated: October 24, 2022
New York, New York

                                 /s/ Charmaine Thomas
                                 CHARMAINE THOMAS

SWORN TO AND SUBSCRIBED before me
on this 24th of October 2022

 /s/   Jacqueline Brewster
JACQUELINE BREWSTER
Notary Public, State of New York
No. 01BR6093249
Qualified in Bronx County
Certificate filed in New York County
Commission Expires June 2, 2023

## EXHIBIT A

'KORTIZ@TEAMTOGUT.COM'; 'BKOTLIAR@TEAMTOGUT.COM';
'DPERSON@TEAMTOGUT.COM'; 'AODEN@TEAMTOGUT.COM';
'AGLAUBACH@TEAMTOGUT.COM'; 'EBLANDER@TEAMTOGUT.COM';
'ARODRIGUEZ@TEAMTOGUT.COM'; 'BKOTLIAR@TEAMTOGUT.COM';
'GQUIST@TEAMTOGUT.COM'; 'ASTOLP@TEAMTOGUT.COM';
'DEBORAH.KOVSKY@TROUTMAN.COM'; 'KAY.KRESS@TROUTMAN.COM';
'LJKOTLER@DUANEMORRIS.COM'; 'MBATES@DUANEMORRIS.COM';
'CONSUMERINTEREST@ALABAMAAG.GOV'; 'DIETDERICHA@SULLCROM.COM';
'GLUECKSTEINB@SULLCROM.COM'; 'BELLERB@SULLCROM.COM';
'ATTORNEY.GENERAL@ALASKA.GOV'; 'RICHARD@ALTCOINTRADER.CO.ZA';
'TDOMINCZYK@MAURICEWUTSCHER.COM'; 'THOMAS-DOMINCZYK-
5025@ECF.PACERPRO.COM'; 'DADLER@MCCARTER.COM'; 'AGINFO@AZAG.GOV';
'OAG@ARKANSASAG.GOV'; 'MIDDLEOFFICE@B2C2.COM'; 'SPG@13TRUSTEE.NET';
'XAVIER.BECERRA@DOJ.CA.GOV'; 'JSUSSBERG@KIRKLAND.COM';
'PATRICK.NASH@KIRKLAND.COM'; 'ROSS.KWASTENIET@KIRKLAND.COM';
'DADLER@MCCARTER.COM'; 'SPG@13TRUSTEE.NET';
'CORA.REQUEST@COAG.GOV'; 'ATTORNEY.GENERAL@CT.GOV';
'RAY.SCHROCK@WEIL.COM'; 'DAVID.LENDER@WEIL.COM';
'RONIT.BERKOVICH@WEIL.COM'; 'CELSIUSBANKRUPTCY@COVAR.IO';
'MARK.BANNER@COVAR.IO'; 'DAZMAN@MWE.COM'; 'MCO@MWE.COM';
'CGREER@MWE.COM'; 'GSTEINMAN@MWE.COM';
'C10_SPC@INVICTUSCAPITAL.COM'; 'DANIEL@INVICTUSCAPITAL.COM';
'CIADONISI@DEFERRED1031.COM'; 'ATTORNEY.GENERAL@STATE.DE.US';
'ATTORNEY.GENERAL@DELAWARE.GOV'; 'ELOBELLO@MSEK.COM';
'JWEISS@MSEK.COM'; 'OAG@DC.GOV'; 'JEFFREY.GLEIT@AFSLAW.COM';
'ALLISON.WEISS@AFSLAW.COM'; 'LISA.INDELICATO@AFSLAW.COM';
'ALYSSA.FIORENTINO@AFSLAW.COM'; 'SCHROEDER@JRLAW.ORG';
'HEALEY@JRLAW.ORG'; 'KJOHNSON3@FTC.GOV'; 'KAIZPURU@FTC.GOV';
'ASHLEY.MOODY@MYFLORIDALEGAL.COM'; 'brosszer@law.ga.gov';
'HAWAIIAG@HAWAII.GOV'; 'DUFFYS2@GMAIL.COM';
'STEPHANIE.GUYON@AG.IDAHO.GOV'; 'AJCURRIE@VENABLE.COM';
'JSSABIN@VENABLE.COM'; 'CWEINERLEVY@VENABLE.COM';
'APELED@VENABLE.COM'; 'INFO@LISAMADIGAN.ORG';
'GKOPACZ@SILLSCUMMIS.COM'; 'C20_SPC@INVICTUSCAPITAL.COM';
'DANIEL@INVICTUSCAPITAL.COM'; 'CONSUMER@AG.IOWA.GOV';
'KYLE@ROCHEFREEDMAN.COM'; 'AKARADJAS@ROCHEFREEDMAN.COM';
'DADLER@MCCARTER.COM'; 'EVAN.ZUCKER@BLANKROME.COM';
'EDOCKETING@BLANKROME.COM'; 'MJB@HOPKINSCARLEY.COM';
'EAMARO@HOPKINSCARLEY.COM'; 'SPG@13TRUSTEE.NET';
'DEREK.SCHMIDT@AG.KS.GOV'; 'DADLER@MCCARTER.COM';
'SPG@13TRUSTEE.NET'; 'ADMININFO@AG.STATE.LA.US';
'ATTORNEY.GENERAL@MAINE.GOV'; 'DADLER@MCCARTER.COM';
'OAG@OAG.STATE.MD.US'; 'BGOLUB@WGPLLP.COM';
'JCIANCIULLI@WGPLLP.COM'; 'MBROADHURST@WGPLLP.COM';

'HARRISJ12@MICHIGAN.GOV'; 'ATTORNEY.GENERAL@AG.STATE.MN.US';
'CONSUMER.HELP@AGO.MO.GOV'; 'DADLER@MCCARTER.COM';
'CONTACTDOJ@MT.GOV'; 'ATTORNEYGENERAL@DOJ.NH.GOV';
'HBALDERAS@NMAG.GOV'; 'JOSHUA@LEVINEPSTEIN.COM';
'ELOBELLO@MSEK.COM'; 'JWEISS@MSEK.COM'; 'ELOBELLO@MSEK.COM';
'JWEISS@MSEK.COM'; 'NDAG@ND.GOV'; 'USTPREGION02.NYECF@USDOJ.GOV';
'SHARA.CORNELL@USDOJ.GOV'; 'CAROLINEGWARREN@GMAIL.COM';
'TOMDIF@GMAIL.COM'; 'ICBSOLUTIONS@PROTON.ME';
'CHRISTOPHER.J.COCO@GMAIL.COM'; 'CELSIUSBANKRUPTCYCASE@GMAIL.COM';
'MARKROBINSON55@GMAIL.COM'; 'CELSIUSBANKRUPTCY@COVAR.IO';
'AARON.COLODNY@WHITECASE.COM'; 'DAVID.TURETSKY@WHITECASE.COM';
'SAM.HERSHEY@WHITECASE.COM'; 'MCOSBNY@WHITECASE.COM';
'JDISANTI@WHITECASE.COM'; 'MANDOLINA@WHITECASE.COM';
'GREGORY.PESCE@WHITECASE.COM'; 'JDISANTI@WHITECASE.COM';
'MCO@WHITECASE.COM'; 'QUESTIONS@OAG.OK.GOV';
'SCHRISTIANSON@BUCHALTER.COM'; 'ELLEN.ROSENBLUM@DOG.STATE.OR.US';
'ATTORNEYGENERAL@DOJ.STATE.OR.US'; 'DADLER@MCCARTER.COM';
'BHANNON@NORGAARDFIRM.COM'; 'MNORGAARD@NORGAARDFIRM.COM';
'CROSE@NORGAARDFIRM.COM'; 'KCIMMINO@NORGAARDFIRM.COM';
'CROSE@NORGAARDFIRM.COM'; 'ADMIN@LANTERNVENTURES.COM';
'PSHANKMAN@FORTISLAW.COM'; 'MORRIS.WEISS@WALLERLAW.COM';
'SHERRI.SAVALA@WALLERLAW.COM'; 'ANNMARIE.JEZISEK@WALLERLAW.COM';
'TYLER.LAYNE@WALLERLAW.COM'; 'CHRIS.CRONK@WALLERLAW.COM';
'AG@RIAG.RI.GOV'; 'ABARRAGE@DWT.COM'; 'HUGHMCCULLOUGH@DWT.COM';
'ELAINEHUCKABEE@DWT.COM'; 'SEADOCKET@DWT.COM';
'JMONTGOMERY@BROWNCONNERY.COM'; 'SECBANKRUPTCY-OGC-
ADO@SEC.GOV'; 'NYROBANKRUPTCY@SEC.GOV';
'BANKRUPTCYNOTICESCHR@SEC.GOV'; 'NYROBANKRUPTCY@SEC.GOV';
'KCORDRY@NAAG.ORG'; 'GOTTESMAN@MINTZANDGOLD.COM';
'SONDHI@MINTZANDGOLD.COM'; 'AGBANKNEWYORK@AG.TN.GOV';
'LAYLA.MILLIGAN@OAG.TEXAS.GOV'; 'ABIGAIL.RYAN@OAG.TEXAS.GOV';
'JASON.BINFORD@OAG.TEXAS.GOV'; 'ROMA.DESAI@OAG.TEXAS.GOV';
'JASON.BINFORD@OAG.TEXAS.GOV'; 'LAYLA.MILLIGAN@OAG.TEXAS.GOV';
'ABIGAIL.RYAN@OAG.TEXAS.GOV'; 'ROMA.DESAI@OAG.TEXAS.GOV';
'SLIEBERMAN@PRYORCASHMAN.COM'; 'MSILVERMAN@PRYORCASHMAN.COM';
'UAG@UTAH.GOV'; 'JENNIFER.ROOD@VERMONT.GOV';
'AGO.INFO@VERMONT.GOV'; 'RPILSON@BERLINERPILSON.COM';
'HOLLACE.COHEN@FISHERBROYLES.COM'; 'MAIL@OAG.STATE.VA.US';
'DINA.YUNKER@ATG.WA.GOV'; 'BCUYUNKER@ATG.WA.GOV';

'STEPHEN.MANNING@ATG.WA.GOV'; 'BCUYUNKER@ATG.WA.GOV';
'CONSUMER@WVAGO.GOV'; 'SPG@13TRUSTEE.NET'; 'CFO@ZIGLU.IO'

## EXHIBIT B

AD HOC GROUP OF CUSDIAL ACCOUNT HOLDERS
C/O GUT SEGAL & SEGAL LLP
ATTN: KYLE J. ORTIZ & BRYAN M. KOTLIAR
ONE PENN PLAZA, SUITE 3335
NEW YORK, NY 10119

AD HOC GROUP OF WITHHOLD ACCOUNT HOLDER
C/O TROUTMAN PEPPER HAMILN SANDERS LLP
ATTN: DEBORAH KOVSKY-APAP
4000 WN CENTER, SUITE 1800
SOUTHFIELD, MI 48075

ALABAMA OFFICE OF THE ATTORNEY GENERAL
501 WASHINGTON AVE
MONTGOMERY, AL 36104

ALAMEDA RESEARCH LLC AND AFFILIATES
C/O SULLIVAN & CROMWELL LLP
ATTN: ANDREW G. DIETDERICH, BRIAN D. GLUECKSTEIN, & BENJAMIN S. BELLER
125 BROAD ST
NEW YORK, NY 10004

ALASKA OFFICE OF THE ATTORNEY GENERAL
1031 W 4TH AVE
SUITE 200
ANCHORAGE, AK 99501

ALTCOINTRADER (PTY) LTD
229 ONTDEKKERS RD, HORIZON
ROODEPOORT, 1724
SOUTH AFRICA

AMTRUST NORTH AMERICA, INC. ON BEHALF OF ASSOCIATED INDUSTRIES
INSURANCE CO. INC.
C/O MAURICE WUTSCHER LLP
ATTN: THOMAS R. DOMINCZYK
5 WALTER FORAN BLVD, SUITE 2007
FLEMINGN, NJ 08822

ANABELLE DIAS
C/O MCCARTER & ENGLISH, LLP
ATTN: DAVID J. ADLER
WORLDWIDE PLAZA, 825 EIGHTH AVE 31ST FLOOR
NEW YORK, NY 10019

ARIZONA OFFICE OF THE ATTORNEY GENERAL
2005 N CENTRAL AVE
PHOENIX, AZ 85004

ARKANSAS OFFICE OF THE ATTORNEY GENERAL
323 CENTER ST
SUITE 200,
LITTLE ROCK, AR 72201

B2C2 LTD
86-90 PAUL ST
LONDON, EC2A 4NE
UNITED KINGDOM

CALIFORNIA OFFICE OF THE ATTORNEY GENERAL
PO BOX 944255
SACRAMEN, CA 94244-2550

CELSIUS NETWORK LLC, ET AL.
C/O KIRKLAND & ELLIS LLP
ATTN: JOSHUA A. SUSSBERG
601 LEXINGN AVE
NEW YORK, NY 10022

CELSIUS NETWORK LLC, ET AL.
C/O KIRKLAND & ELLIS LLP
ATTN: PATRICK J. NASH, JR. & ROSS M.
KWASTENIET
300 N LASALLE ST
CHICAGO, IL 60654

CHRISPHER J. LITTLE
C/O MCCARTER & ENGLISH, LLP
ATTN: DAVID J. ADLER
WORLDWIDE PLAZA, 825 EIGHTH AVE 31ST FLOOR
NEW YORK, NY 10019

CLINT PETTY
ATTN: STUART P. GELBERG, ESQ.
600 OLD COUNTRY RD
SUITE 410
GARDEN CITY, NY 11530

COLORADO OFFICE OF THE ATTORNEY GENERAL
RALPH L. CARR JUDICIAL BUILDING
1300 BROADWAY, 10TH FLOOR

DENVER, CO 80203

CONNECTICUT OFFICE OF THE ATTORNEY GENERAL
165 CAPITOL AVE
HARTFORD, CT 06106

COVARIO AG
LANDYS GYR STRASSE 1
ZUG, 6300
SWITZERLAND

CRED INC. LIQUIDATION TRUST
C/O MCDERMOTT WILL & EMERY LLP
ATTN: DARREN AZMAN
ONE VANDERBILT AVE
NEW YORK, NY 10017-3852

CRED INC. LIQUIDATION TRUST
C/O MCDERMOTT WILL & EMERY LLP
ATTN: GREGG STEINMAN
333 SE 2ND AVE, SUITE 4500
MIAMI, FL 33131-4336

CRYP10 SP -SEGREGATED PORTFOLIO OF INVICTUS
CAPITAL FINANCIAL TECHNOLOGIES SPC
67 FORT ST
1ST FLOOR, ARTEMIS HOUSE
GEORGETOWN, KY1-1000
GRAND CAYMAN

CAYMAN ISLANDSCRYP10 SP -SEGREGATED PORTFOLIO OF INVICTUS
CAPITAL FINANCIAL TECHNOLOGIES SPC
67 FORT ST
1ST FLOOR, ARTEMIS HOUSE
GEORGETOWN, KY1-1000
CAYMAN ISLANDS

DEFERRED 1031 EXCHANGE,  LLC
LAKELAND AVE.
DOVER, DE 19901

DELAWARE DEPARTMENT OF JUSTICE
CARVEL STATE OFFICE BUILDING
820 N FRENCH ST,
WILMINGN, DE 19801

8

DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

DIANA THANT AND NATAKOM CHULAMORKODT
C/O MEYER, SUOZZI, ENGLISH & KLEIN, PC
ATTN: EDWARD J. LOBELLO & JORDAN D.
WEISS
1350 BROADWAY, SUITE 1420
NEW YORK, NY 10018

DISTRICT OF COLUMBIA OFFICE OF ATTORNEY GENERAL
400 6TH STREET NW
WASHINGTON, DC 20001

DR. ASHRAF ELSHAFEI
C/O ARENTFOX SCHIFF LLP
ATTN: JEFFREY R. GLEIT & ALLISON H. WEISS
1301 AVENUE OF THE AMERICAS, 42ND FLOOR
NEW YORK, NY 10019

EMIL PILACIK, JR. AND EMCO TECHNOLOGY, INC.
ATTN: WILLIAM D. SCHROEDER, JR.
920 LENMAR DR
BLUE BELL, PA 19422

FEDERAL TRADE COMMISSION
ATTN: KATHERINE JOHNSON & KATHERINE
AIZPURU
600 PENNSYLVANIA AVE NW
MAIL SP CC-9528,
WASHINGTON, DC 20580

FLORIDA OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL PL-01
TALLAHASSEE, FL 32399

GEORGIA OFFICE OF THE ATTORNEY GENERAL
BERNADETT ROSSZER FIGUEROA
40 CAPITOL SQ SW
ATLANTA, GA 30334

HAWAII OFFICE OF THE ATTORNEY GENERAL
425 QUEEN ST

HONOLULU, HI 96813

ICB SOLUTIONS
W ROYAL FOREST BLVD
COLUMBUS, OH 43214

IDAHO OFFICE OF THE ATTORNEY GENERAL
700 W JEFFERSON ST
SUITE 210, PO BOX 83720
BOISE, ID 83720

ILLINOIS OFFICE OF THE ATTORNEY GENERAL
JAMES R. THOMPSON CENTER
100 W RANDOLPH ST
CHICAGO, IL 60601

INDIANA OFFICE OF THE INDIANA ATTORNEY GENERAL
INDIANA GOVERNMENT CENTER SOUTH
302 W WASHINGTON ST, 5TH FLOOR
INDIANAPOLIS, IN 46204

INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC
67 FORT ST
GRAND CAYMAN, KY1-1102
CAYMAN ISLANDS

IOWA OFFICE OF THE ATTORNEY GENERAL
HOOVER STATE OFFICE BUILDING
1305 E WALNUT ST
DES MOINES, IA 50319

JASON SNE AND KEYFI INC.
C/O ROCHE FREEDMAN LLP
ATTN: KYLE W. ROCHE, ESQ.
99 PARK AVE, SUITE 1910
NEW YORK, NY 10016

JOHN DZARAN
C/O MCCARTER & ENGLISH, LLP
ATTN: DAVID J. ADLER
WORLDWIDE PLAZA, 825 EIGHTH AVE 31ST FLOOR
NEW YORK, NY 10019

JOHN MARCHIONI
C/O BLANK ROME LLP

ATTN: EVAN J. ZUCKER
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

JONATHAN JERRY SHROYER
C/O HOPKINS & CARLEY, ALC
ATTN: MONIQUE D. JEWETT-BREWSTER
70 S FIRST ST
SAN JOSE, CA 95113

KANSAS OFFICE OF THE ATTORNEY GENERAL
ATTN: ATTORNEY GENERAL DEREK SCHMIDT
120 SW 10TH AVE
2ND FLOOR
PEKA, KS 66612

KEITH SUCKNO
C/O MCCARTER & ENGLISH, LLP
ATTN: DAVID J. ADLER
WORLDWIDE PLAZA, 825 EIGHTH AVE 31ST FLOOR
NEW YORK, NY 10019

KENTUCKY OFFICE OF THE ATTORNEY GENERAL
ATTN: DANIEL CAMERON
700 CAPITAL AVE
SUITE 118
FRANKFORT, KY 40601

LOUISIANA OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
300 CAPITAL DR
BAN ROUGE, LA 70802

MAINE OFFICE OF THE ATTORNEY GENERAL
6 STATE HOUSE STATION
AUGUSTA, ME 04333

MARTIN LANGLOIS
C/O MCCARTER & ENGLISH, LLP
ATTN: DAVID J. ADLER
WORLDWIDE PLAZA, 825 EIGHTH AVE 31ST FLOOR
NEW YORK, NY 10019

MARYLAND OFFICE OF THE ATTORNEY GENERAL
200 ST. PAUL PLACE
BALTIMORE, MD 21202

MASSACHUSETTS ATTORNEY GENERAL'S OFFICE
1 ASHBURN PLACE
20TH FLOOR
BOSTON, MA 02108

MICHIGAN DEPARTMENT OF ATTORNEY GENERAL
525 W OTTAWA ST
LANSING, MI 48906

MINNESOTA OFFICE OF THE ATTORNEY GENERAL
445 MINNESOTA ST
SUITE 1400
ST. PAUL, MN 55101

MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL
WALTER SILLERS BUILDING
550 HIGH ST, PO BOX 220
JACKSON, MS 39201

MISSOURI OFFICE OF THE ATTORNEY GENERAL
SUPREME COURT BUILDING
207 W HIGH ST
JEFFERSON CITY, MO 65101

MONIKA KOSA
C/O MCCARTER & ENGLISH, LLP
ATTN: DAVID J. ADLER
WORLDWIDE PLAZA, 825 EIGHTH AVE 31ST FLOOR
NEW YORK, NY 10019

MONTANA OFFICE OF THE ATTORNEY GENERAL
Attn: JUSTICE BUILDING, 3RD FLOOR
215 N SANDERS, PO BOX 201401
HELENA, MT 59602

NEBRASKA OFFICE OF THE ATTORNEY GENERAL
2115 STATE CAPITOL
LINCOLN, NE 68509

NEVADA OFFICE OF THE ATTORNEY GENERAL
OLD SUPREME COURT BUILDING
100 N CARSON ST
CARSON CITY, NV 89701

NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL
NH DEPARTMENT OF JUSTICE

33 CAPITOL ST
CONCORD, NH 03301

NEW JERSEY OFFICE OF THE ATTORNEY GENERAL
RICHARD J. HUGHES JUSTICE COMPLEX
25 MARKET ST 8TH FL, WEST WING, BOX 080
TRENTON, NJ 08611

NEW MEXICO OFFICE OF THE ATTORNEY GENERAL
408 GALISTEO ST
VILLAGRA BUILDING,
SANTA FE, NM 87501

NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC & PREH SPANISH RIDGE,
LLC
C/O LEVIN EPSTEIN & ASSOCIATES PC
ATTN: JOSHUA D. LEVIN-EPSTEIN, ESQ.
60 E 42ND ST, SUITE 4700
NEW YORK, NY 10165

NEW YORK OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
2ND FLOOR,
ALBANY, NY 12224

NHAT VAN MEYER
C/O MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTN: EDWARD J. LOBELLO & JORDAN D.
WEISS
1350 BROADWAY, SUITE 1420
NEW YORK, NY 10018

NOL MYER
C/O MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTN: EDWARD J. LOBELLO & JORDAN D.
WEISS
1350 BROADWAY, SUITE 1420
NEW YORK, NY 10018

NORTH CAROLINA OFFICE OF THE ATTORNEY GENERAL
114 W EDENN ST
RALEIGH, NC 27603

NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL
STATE CAPITOL
600 E BOULEVARD AVE

DEPT. 125
BISMARCK, ND 58505

OFFICE OF THE UNITED STATES TRUSTEE FOR THE
SOUTHERN DISTRICT OF NEW YORK
ATTN: SHARA CORNELL
201 VARICK ST
ROOM 1006
NEW YORK, NY 10014

OFFICIAL COMMITTEE OF UNSECURED CREDIRS
ATTN: CAROLINE G. WARREN, THOMAS DIFIORE,
SCOTT DUFFY FOR ICB SOLUTIONS, CHRISPHER COCO, ANDREW YOON, MARK
ROBINSON, & KEITH NOYES FOR COVARIO AG
C/O WHITE & CASE LLP
ATTN: DAVID M. TURETSKY & SAMUEL P. HERSHEY
1221 AVENUE OF THE AMERICAS,
NEW YORK, NY 10020

OFFICIAL COMMITTEE OF UNSECURED CREDIRS
C/O WHITE & CASE LLP
ATTN: AARON E. COLODNY
555 S FLOWER ST, SUITE 2700
LOS ANGELES, CA 90071

OFFICIAL COMMITTEE OF UNSECURED CREDIRS
C/O WHITE & CASE LLP
ATTN: DAVID M. TURETSKY & SAMUEL P. HERSHEY
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

OFFICIAL COMMITTEE OF UNSECURED CREDIRS
C/O WHITE & CASE LLP
ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE
111 S WACKER DR, SUITE 5100
CHICAGO, IL 60606

OHIO OFFICE OF THE ATTORNEY GENERAL
STATE OFFICE WER
30 E BROAD ST, 14TH FLOOR
COLUMBUS, OH 43215

OKLAHOMA OFFICE OF THE ATTORNEY GENERAL
313 NE 21ST ST
OKLAHOMA CITY, OK 73105

ORACLE AMERICA, INC.
C/O BUCHALTER, A PROFESSIONAL CORPORATION
ATTN: SHAWN M. CHRISTIANSON, ESQ.
425 MARKET ST, SUITE 2900
SAN FRANCISCO, CA 94105-2491

OREGON OFFICE OF THE ATTORNEY GENERAL
1162 COURT ST NE
SALEM, OR 97301-4096

PAOLA LEANO PERALTA
C/O MCCARTER & ENGLISH, LLP
ATTN: DAVID J. ADLER
WORLDWIDE PLAZA, 825 EIGHTH AVE 31ST FLOOR
NEW YORK, NY 10019

PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL
STRAWBERRY SQUARE 16TH FL
HARRISBURG, PA 17120

PETER POLOMBO
C/O NORGAARD O'BOYLE & HANNON
ATTN: BRIAN G. HANNON, ESQ. & MARK E. NORGAARD, ESQ.
184 GRAND AVE.
ENGLEWOOD, NJ 07631

PHAROS USD FUND SP & PHAROS FUND SP
LANDMARK SQUARE, 1ST FLOOR
64 EARTH CLOSE, PO BOX 715
GRAND CAYMAN, KY1-1102
CAYMAN ISLANDS

RESOURCES CONNECTION, LLC, DBA RESOURCES
GLOBAL PROFESSIONALS, AKA RGP
C/O FORTIS LLP
ATTN: PAUL R. SHANKMAN
650 WN CENTER DR, SUITE 1530
COSTA MESA, CA 92626

RH MONTGOMERY PROPERTIES, INC.
C/O WALLER LANSDEN DORTCH & DAVIS LLP
ATTN: MORRIS D. WEISS
100 CONGRESS AVE, 18TH FLOOR
AUSTIN, TX 78704

RH MONTGOMERY PROPERTIES, INC.

C/O WALLER LANSDEN DORTCH & DAVIS LLP
ATTN: TYLER N. LAYNE
511 UNION ST, SUITE 2700
NASHVILLE, TN 37219

RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL
150 S MAIN ST
PROVIDENCE, RI 02903

RIPPLE LABS INC.
C/O DAVIS WRIGHT TREMAINE LLP
ATTN: ALEXANDRA STEINBERG BARRAGE & HUGH MCCULLOUGH
1251 SIXTH AVE, 21ST FLOOR
NEW YORK, NY 10020

SAP AMERICA, INC. AND SAP NATIONAL SECURITY
SERVICES, INC.
C/O BROWN & CONNERY LLP
ATTN: JULIE F. MONTGOMERY, ESQ.
6 N BROAD ST, SUITE 100
WOODBURY, NJ 08096

SECURITIES & EXCHANGE COMMISSION
100 F. ST. NE
WASHINGTON, DC 20549

SECURITIES & EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
100 PEARL ST
SUITE 20-100,
NEW YORK, NY 10004-2616

SECURITIES AND EXCHANGE COMMISSION
ATTN: REGIONAL DIRECR NEW YORK
REGIONAL OFFICE
200 VESEY ST SUITE 400
BROOKFIELD PLACE,
NEW YORK, NY 10281

SOUTH CAROLINA OFFICE OF THE ATTORNEY GENERAL
REMBERT C. DENNIS BLDG
1000 ASSEMBLY ST, ROOM 519
COLUMBIA, SC 29201

SOUTH DAKOTA OFFICE OF THE ATTORNEY GENERAL
1302 E HIGHWAY 14

SUITE 1
PIERRE, SD 57501-8501

SOUTHERN DISTRICT OF NEW YORK UNITED STATES
ATTORNEYS OFFICE
ONE ST. ANDREWS PLAZA
NEW YORK, NY 10007

TENNESSEE DEPARTMENT OF COMMERCE AND INSURANC
C/O TENNESSEE ATTORNEY GENERALS OFFICE
ATTN: MARVIN E. CLEMENTS, JR.
PO BOX 20207, BANKRUPTCY DIVISION
NASHVILLE, TN 37202-0207

TENNESSEE OFFICE OF THE ATTORNEY GENERAL
PO BOX 20207
NASHVILLE, TN 37202

TEXAS OFFICE OF THE ATTORNEY GENERAL
300 W 15TH ST
AUSTIN, TX 78701

TEXAS STATE SECURITIES BOARD
ATTN: JASON B. BINFORD, LAYLA D. MILLIGAN, ABIGAIL R. RYAN & ROMA N.
DESAI
PO BOX 12548 MC 008
BANKRUPTCY & COLLECTIONS DIVISION, OFFICE OF THE ATTORNEY GENERAL
OF TEXAS
AUSTIN, TX 78701

THOMAS DIFIORE
C/O PRYOR CASHMAN LLP
ATTN: SETH H. LIEBERMAN & MATTHEW W.
SILVERMAN
7 TIMES SQUARE,
NEW YORK, NY 10036

UTAH OFFICE OF THE ATTORNEY GENERAL
ATTN: SEAN D. REYES
UTAH STATE CAPITOL COMPLEX
350 N STATE ST, SUITE 230
SALT LAKE CITY, UT 84114

VERMONT DEPARTMENT OF FINANCIAL REGULATION
ATTN: JENNIFER ROOD, ESQ.
89 MAIN ST

3RD FLOOR
MONTPELIER, VT 05620

VERMONT OFFICE OF THE ATTORNEY GENERAL
109 STATE ST
MONTPELIER, VT 05609

VICKERS, LISA T.
C/O BERLINER & PILSON, ESQS
ATTN: RICHARD J. PILSON, ESQ
40 CUTTERMILL RD, SUITE 308
GREAT NECK, NY 11021

VINCENT THEODORE GOETTEN
C/O FISHERBROYLES, LLP
ATTN: HOLLACE T. COHEN, ESQ.
445 PARK AVE, 9TH FLOOR
NEW YORK, NY 10022
VIRGINIA OFFICE OF THE ATTORNEY GENERAL
202 N NINTH ST
RICHMOND, VA 23219

WASHINGTON DEPARTMENTS OF REVENUE, LABOR &
INDUSTRIES, AND EMPLOYMENT SECURITY
ATTN: DINA L. YUNKER, ASSISTANT ATTORNEY
GENERAL
BANKRUPTCY & COLLECTIONS UNIT
800 FIFTH AVE, SUITE 2000
SEATTLE, WA 98104-3188

WASHINGTON OFFICE OF THE ATTORNEY GENERAL
1125 WASHINGTON ST SE
OLYMPIA, WA 98501

WASHINGTON OFFICE OF THE ATTORNEY GENERAL
PO BOX 40100
OLYMPIA, WA 98504-00

WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL
STATE CAPITOL
1900 KANAWHA BLVD E
BUILDING 1, ROOM E-26
CHARLESN, WV 25305

WISCONSIN OFFICE OF THE ATTORNEY GENERAL
17 W MAIN ST

ROOM 114 EAST P
MADISON, WI 53702

WYOMING OFFICE OF THE ATTORNEY GENERAL
109 STATE CAPITOL
CHEYENNE, WY 82002

ZIGLU LIMITED
1 POULTRY
LONDON
EC2R8EJ
UNITED KINGDOM