

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re **Celsius Network LLC, et al.**  Case No. **22-10964**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| Michael Wexler | Contrarian Funds, LLC |

Address of Transferor:

9400 Columbia BLVD
Silver Spring, MD 20910
Michael Wexler

Address of Transferee:

411 West Putnam Avenue, Suite 425
Greenwich, CT 06830
Keith McCormack
KMcCormack@contrariancapital.com

| Schedule/Claim No. | Creditor Name | Date Claim Filed | Amount | Debtor | Case No. |
|---|---|---|---|---|---|
| Sch. No. 3.1.398126 | MICHAEL WEXLER | N/A | Undetermined | Celsius Network LLC | 22-10964 |
| POC 8833 | Wexler, Michael | 09/15/22 | $187,310.32 | Celsius Network LLC | 22-10964 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Keith McCormack_ (signature)    10/19/22
Transferee / Transferee's Agent    Date

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Annex A

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court for the Southern District of New York

Michael Wexler, with offices at 9400 Columbia BLVD, Silver Spring, MD 20910 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to Contrarian Funds, LLC, its successors and assigns, with offices at 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830 ("Buyer"), all rights, title and interest in and to the following claims of Seller against the Debtors listed below (the "Claims") in the United States Bankruptcy Court Southern District of New York (jointly administered under Case No.22-10964):

| Schedule/Claim No. | Creditor Name | Date Claim Filed | Amount | Debtor | Case No. |
|---|---|---|---|---|---|
| Sch. No. 3.1.398126 | MICHAEL WEXLER | N/A | Undetermined | Celsius Network LLC | 22-10964 |
| POC 8833 | Wexler, Michael | 09/15/22 | $187,310.32 | Celsius Network LLC | 22-10964 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect to the Claims to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the Effective Date.

BUYER: Contrarian Funds, LLC
By: Contrarian Capital Management, LLC, as Manager

By: Keith McCormack
Date: *[signature]*
Email: KMcCormack@contrariancapital.com

SELLER: Michael Wexler

By: Michael Wexler
Date: 10/19/2022