In re: Celsius Network LLC, et al.                                                          Chapter 11

                                                                                        Case No. 22-10964

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

   PLEASE TAKE NOTICE that Michael Wexler, a creditor in the cases of the above-captioned debtors ("Debtors"), has changed his/her/its address and directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims (as listed on the Debtors' schedules and claims register) and hereby requests that service of any pleadings, notices, correspondence, ballots and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Michael Wexler
9400 Columbia BLVD
Silver Spring, MD 20910

New Address
Michael Wexler
c/o Contrarian Funds, LLC
411 West Putnam Avenue, Suite 425
Greenwich, CT 06830

I declare that the foregoing is true and correct.

Authorized Signatory for:

Michael Wexler

By: _/s/ Michael Wexler_

Name: Michael Wexler

Title: _____

Date: 10/19/2022