# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

Ross M. Kwasteniet, P.C.
To Call Writer Directly:
+1 312 862 2069
ross.kwasteniet@kirkland.com

300 N LaSalle
Chicago, IL 60654
United States

+1 312 862 2000

www.kirkland.com

Facsimile:
+1 312 862 2200

October 26, 2022

**By eFile & E-mail**

Hon. Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

Re:   *In re Celsius Network LLC*, No. 22-10964 (MG) – Confirmation of Objection
Deadline Extension re Stablecoin Sale Motion

Dear Chief Judge Glenn:

Pursuant to paragraph 27 of the *Case Management Procedures*, attached as Exhibit 1 to
the *Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative
Procedures and (II) Granting Related Relief* [Docket No. 1181] (the "Amended Final Order"), we
write to request confirmation of the extension of the ad hoc group of withhold account holders's
deadline to object to the *Debtors' Motion Seeking Entry of an Order (I) Permitting the Sale of
Stablecoin in the Ordinary Course and (II) Granting Related Relief* [Docket No. 832] (the
"Stablecoin Sale Motion") until Wednesday, October 26, 2022, at 4:00 p.m. (prevailing Eastern
Time).

Sincerely,

*/s/ Ross M. Kwasteniet*

Ross M. Kwasteniet, P.C.

The deadline for the ad hoc group of withhold account holders to object is extended to
Wednesday, October 26, 2022 at 4:00 p.m.  MEMORANDUM ENDORSED.  IT IS SO
ORDERED.

Dated: 10/26/22

**/s/Martin Glenn**
CHIEF UNITED STATES BANKRUPTCY JUDGE

Austin  Bay Area  Beijing  Boston  Brussels  Chicago  Dallas  Hong Kong  Houston  London  Los Angeles  Munich  Paris  Salt Lake City  Shanghai  Washington, D.C.