WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
David J. Lender
Ronit J. Berkovich
Ted E. Tsekerides

*Counsel to Core Scientific, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> CELSIUS NETWORK LLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-10964 (MG) <br><br> (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

State of New York    )
                     )  ss.:
County of New York   )

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

WEIL:\98875233\1\39031.0011

Paul Fabsik, being duly sworn, hereby deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Weil, Gotshal & Manges LLP, having offices at 767 Fifth Avenue, New York, New York 10153.

2. I caused true and correct copies of the *Letter re: Response to Request for Informal Conference with the Court, Pursuant to Local Rule 7007-1(b)* [ECF No. 1200] to be served upon the parties listed on **Exhibit A**, as indicated.

    /s/ Paul Fabsik
    Paul Fabsik

Sworn to before me this
26th day of October, 2022

/s/ Tanya T. Stewart
Tanya T. Stewart
Notary Public, State of New York
No. 01ST6385817
Qualified in Kings County
Commission Expires January 14, 2023

# Exhibit A

**(Served via E-Mail on October 26, 2022)**

Patrick Nash, Esq.
PATRICK.NASH@KIRKLAND.COM

Gregory Pesce, Esq.
GREGORY.PESCE@WHITECASE.COM

Shara Cornell, Esq.
SHARA.CORNELL@USDOJ.GOV

Mark Bruh, Esq.
MARK.BRUH@USDOJ.GOV

Annie Wells, Esq.
ANNIE.WELLS@USDOJ.GOV

Brian Masumoto, Esq.
BRIAN.MASUMOTO@USDOJ.GOV

Kyle J. Ortiz, Esq.
KORTIZ@TEAMTOGUT.COM

Deborah Kovsky-Apap, Esq.
DEBORAH.KOVSKY@TROUTMAN.COM

Andrew R. Gottesman, Esq.
gottesman@mintzandgold.com

Judson Brown, Esq.
judson.brown@kirkland.com